COPY

ORIGINAL FILED

07 SEP -5 PH 3: 50

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Christine P. Bartholomew (State Bar No. 211425)
   Mark Punzalan (State Bar No. 247599)
2  FINKELSTEIN, THOMPSON LLP
   100 Bush Street, Suite 1450
3  San Francisco, California 94104
   Telephone: (415) 398-8700
4  Facsimile: (415) 398-8704

5  [Additional Counsel Listed on Signature Page]

6  Attorneys for *Plaintiff*

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9   PETER RUDOLPH, individually and on        )  Case No. C-07-4578-SI
    behalf of all others similarly situated,  )
10                                            )
                                              )
11            Plaintiff,                       )  **CERTIFICATION OF ELIZABETH K.
                                              )  TRIPODI PURSUANT TO LOCAL**
12       vs.                                   )  **RULE 3-7(d)**
                                              )
13  UT STARCOM, HONG LIANG LU,                )
    MICHAEL SOPHIE, THOMAS TOY, and           )
14  FRANCIS BARTON,                           )
                                              )
15            Defendants.                      )
                                              )
16  ─────────────────────────────────────────)

17            I, Elizabeth K. Tripodi, make this declaration pursuant to Local Rule 3-7(d) of the

18  United States District Court for the Northern District of California. I am seeking to serve as class

19  counsel in this action, which is governed by the Private Securities Litigation Reform Act of 1995,

20  Pub. L. No. 104-67, 109 Stat. 737 (1995). I do not directly own or otherwise have a beneficial

21  interest in the securities that are the subject of this action.

22            I declare under penalty of perjury under the laws of the United States of America

23  that the foregoing is true and correct.

24            Executed this 5th day of September, 2007 in Washington, DC.

25

26

27            ─────────────────────────
              Elizabeth K. Tripodi

28
   ─────────────────────────────────────────────────────
              CERTIFICATION PURSUANT TO LOCAL RULE 3-7(d)