COPY

1  Christine P. Bartholomew (State Bar No. 211425)
   Mark Punzalan (State Bar No. 247599)
2  FINKELSTEIN, THOMPSON LLP
   100 Bush Street, Suite 1450
3  San Francisco, California 94104
   Telephone: (415) 398-8700
4  Facsimile: (415) 398-8704

5  [Additional Counsel Listed on Signature Page]

6  Attorneys for *Plaintiff*

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

PETER RUDOLPH, individually and on          )  Case No. C-07-4578-SI
behalf of all others similarly situated,    )
                                            )
                Plaintiff,                  )  CERTIFICATION OF DONALD J.
                                            )  ENRIGHT PURSUANT TO LOCAL
        vs.                                 )  RULE 3-7(d)
                                            )
UT STARCOM, HONG LIANG LU,                  )
MICHAEL SOPHIE, THOMAS TOY, and             )
FRANCIS BARTON,                             )
                                            )
                Defendants.                 )

        I, Donald J. Enright, make this declaration pursuant to Local Rule 3-7(d) of the United States District Court for the Northern District of California. I am seeking to serve as class counsel in this action, which is governed by the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995). I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        Executed this 5th day of September, 2007 in Washington, DC.

                        _____
                            Donald J. Enright

                                      1
            CERTIFICATION PURSUANT TO LOCAL RULE 3-7(d)