1   C. P. Bartholomew (State Bar No. 211425)
    Mark Punzalan (State Bar No. 247599)
2   FINKELSTEIN THOMPSON LLP
    100 Bush Street, Suite 1450
3   San Francisco, California 94104
    Telephone: (415) 398-8700
4   Facsimile: (415) 398-8704

5   [Additional Counsel Listed on Signature Page]

6   Attorneys for *Plaintiff*

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  PETER RUDOLPH, individually and on      ) Case No. C-07-4578-SI
    behalf of all others similarly situated, )
13                                           )
                  Plaintiff,                  ) **NOTICE OF ERRATA RE CLASS**
14                                           ) **ACTION COMPLAINT**
           vs.                                )
15                                           )
    UT STARCOM, HONG LIANG LU,               )
16  MICHAEL SOPHIE, THOMAS TOY, and          )
    FRANCIS BARTON,                          )
17                                           )
                  Defendants.                 )
18  ─────────────────────────────────────── )

19

20

21

22

23

24

25

26

27

28

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Class Action Complaint for Violations of the Federal Securities Laws ("Complaint"), filed by plaintiff on September 4, 2007, inadvertently omitted the spreadsheet of Plaintiff Peter Rudolph's ("Plaintiff") transactions involving securities of UTStarcom, Inc., referenced therein. Attached hereto is the spreadsheet of Plaintiff's transactions involving UTSTarcom, Inc. securities.

Dated: September 25, 2007

Respectfully submitted,

**FINKELSTEIN THOMPSON LLP**

MARK PUNZALAN

Christine Pedigo Bartholomew
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: 202.337.8000
Facsimile: 202.337.8090

Donald J. Enright, Esq.
Elizabeth K. Tripodi, Esq.
FINKELSTEIN THOMPSON LLP
1050 30th Street, NW
Washington, D.C. 20007
Telephone: 202.337.8000
Facsimile: 202.337.8090

2

NOTICE OF ERRATA RE CLASS ACTION COMPLAINT

**Mr. Peter Rudolph**
**UTStarcom, Inc. Purchases and Sales**

| DATE | TRADE | QUANTITY | PRICE | (PURCHASE AMOUNT) / PROCEEDS |
|---|---|---|---|---|
| 10/13/2003 | Bought | 510 | $36.40 | ($18,574.99) |
| 11/21/2003 | Bought | 400 | $35.73 | ($14,302.19) |
| 1/15/2004 | Bought | 410 | $37.03 | ($15,193.29) |
| 8/4/2004 | Bought | 80 | $18.58 | ($1,497.39) |
| 8/17/2004 | Bought | 100 | $15.60 | ($1,570.89) |
| 8/18/2004 | Bought | 300 | $15.99 | ($4,807.39) |
| 8/18/2004 | Bought | 100 | $15.99 | ($1,599.00) |
| 8/23/2004 | Bought | 400 | $16.90 | ($6,770.99) |
| 10/4/2004 | Bought | 1,100 | $17.75 | ($19,521.48) |
| 10/4/2004 | Bought | 500 | $17.75 | ($8,875.00) |
| 11/15/2004 | Bought | 1,600 | $19.40 | ($31,050.99) |
| 5/13/2005 | Bought | 2,000 | $7.18 | ($14,370.99) |
| 10/13/2006 | Bought | 1,600 | $9.76 | ($15,625.99) |
| 11/24/2003 | Sold | 500 | $30.00 | $14,969.30 |
| 12/22/2003 | Sold | 400 | $35.00 | $13,969.35 |
| 8/19/2004 | Sold | 400 | $16.28 | $6,500.85 |
| 10/4/2004 | Sold | 1,600 | $17.78 | $28,447.33 |
| 12/2/2004 | Sold | 200 | $22.34 | $4,456.90 |
| 12/2/2004 | Sold | 600 | $22.34 | $13,403.74 |
| 1/24/2005 | Sold | 200 | $12.50 | $2,469.92 |
| 10/5/2006 | Sold | 2,000 | $9.57 | $19,129.42 |
| 10/12/2006 | Sold | 1,600 | $9.74 | $15,574.81 |

| | | |
|---|---|---|
| Total Buys | 9,100 | |
| Total Sells | -7,500 | |
| Still owns | 1,600 | |