TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
BAHRAM SEYEDIN-NOOR, State Bar No. 203224 (bnoor@wsgr.com)
CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
BRYAN KETROSER, State Bar No 239105 (bketroser@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER RUDOLPH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UT STARCOM, HONG LIANG LU, MICHAEL SOPHIE, THOMAS TOY, and FRANCIS BARTON,<br><br>Defendants. | CASE NO.: C-07-4578 SI<br><br>NOTICE OF APPEARANCE OF COUNSEL |

1  TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Terry T. Johnson, Boris Feldman, Bahram Seyedin-Noor, Cheryl W. Foung and Bryan Ketroser hereby enter their appearance as counsel of record for defendants UTStarcom, Hong Liang Lu, Michael Sophie, Thomas Toy, and Francis Barton. Copies of all pleadings, papers and notices should be served as follows:

> Terry T. Johnson
> Boris Feldman
> Bahram Seyedin-Noor
> Cheryl W. Foung
> Bryan Ketroser
> WILSON SONSINI GOODRICH & ROSATI
> Professional Corporation
> 650 Page Mill Road
> Palo Alto, CA 94304-1050
> Telephone: (650) 493-9300
> Facsimile: (650) 493-6811

Dated: October 4, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ BAHRAM SEYEDIN-NOOR
       BAHRAM SEYEDIN-NOOR

Attorneys for Defendants

I, Bryan Ketroser, am the ECF User whose identification and password are being used to file the Joint Stipulation and [Proposed] Order Regarding Time for Defendants' Response to Plaintiff's Class Action Complaint. I hereby attest that Bahram Seyedin-Noor has concurred in this filing.

Dated: October 4, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ BRYAN KETROSER
    BRYAN KETROSER

Attorneys for Defendants