1  TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
2  BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
   BAHRAM SEYEDIN-NOOR, State Bar No. 203224 (bnoor@wsgr.com)
3  CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
   BRYAN KETROSER, State Bar No 239105 (bketroser@wsgr.com)
4  WILSON SONSINI GOODRICH & ROSATI
   650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
6  Facsimile: (650) 565-5100

7  Attorneys for Defendants

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 PETER RUDOLPH, individually and on behalf  )   CASE NO.: C-07-4578 SI
   of all others similarly situated,          )
12                                             )   DEFENDANTS' CERTIFICATION OF
                Plaintiff,                     )   INTERESTED ENTITIES OR
13                                             )   PERSONS
       v.                                      )
14                                             )
   UT STARCOM, HONG LIANG LU, MICHAEL          )
15 SOPHIE, THOMAS TOY, and FRANCIS             )
   BARTON,                                     )
16                                             )
                Defendants.                    )
17                                             )

1       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2   named parties, there is no such interest to report.

4   Dated: October 4, 2007                                WILSON SONSINI GOODRICH & ROSATI
                                                                             Professional Corporation

                                                                             By: /s/ BAHRAM SEYEDIN-NOOR
                                                                                      BAHRAM SEYEDIN-NOOR

                                                                             Attorneys for Defendants

13       I, Bryan Ketroser, am the ECF User whose identification and password are being used to
14   file the Joint Stipulation and [Proposed] Order Regarding Time for Defendants' Response to
15   Plaintiff's Class Action Complaint. I hereby attest that Bahram Seyedin-Noor has concurred in
16   this filing.

18   Dated: October 4, 2007                                WILSON SONSINI GOODRICH & ROSATI
                                                                             Professional Corporation

                                                                             By: /s/ BRYAN KETROSER
                                                                                      BRYAN KETROSER

                                                                             Attorneys for Defendants