TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
BAHRAM SEYEDIN-NOOR, State Bar No. 203224 (bnoor@wsgr.com)
CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
BRYAN KETROSER, State Bar No 239105 (bketroser@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER RUDOLPH, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UT STARCOM, HONG LIANG LU, MICHAEL SOPHIE, THOMAS TOY, and FRANCIS BARTON,<br><br>　　　　　Defendants. | CASE NO.: C-07-4578 SI<br><br>JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S CLASS ACTION COMPLAINT |

1  WHEREAS, on September 4, 2007, Plaintiff filed his Class Action Complaint for
2  Violations of the Federal Securities Law ("Class Action Complaint");

3  WHEREAS, on September 20, 2007, lead plaintiffs in the action entitled *In re*
4  *UTStarcom, Inc. Securities Litigation*, No. C-04-4908 (N.D. Cal.) ("*In re UTStarcom*"), filed an
5  Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local
6  Rules 3-12 and 7-11 ("Motion to Relate Cases"), requesting that that court relate the instant
7  action to *In re UTStarcom*;

8  WHEREAS Plaintiff in this action timely filed a memorandum of points and authorities
9  opposing this Administrative Motion to Relate Cases on September 25, 2007;

10  WHEREAS, the court in *In re UTStarcom* has not yet ruled on the Motion to Relate
11  Cases;

12  WHEREAS, counsel for plaintiff and defendants have met and conferred and have agreed
13  to a schedule for briefing any motions directed at the Class Action Complaint but desire to avoid
14  unnecessary motion practice until it is determined whether the present action will be
15  consolidated with *In re UTStarcom*;

16  WHEREAS, the parties therefore stipulate that: a) defendants' time to Answer or
17  otherwise respond will be extended until forty-five (45) after Court-appointed lead plaintiff(s) in
18  this action files an Amended Complaint in the instant action, b) if and when defendants serve any
19  motion(s) directed at the court-appointed lead plaintiff's Amended Complaint, the lead plaintiff's
20  opposition brief(s) will be due within forty-five (45) days of the filing of such motion, and that
21  defendants' reply brief(s) will be due within thirty (30) days of any opposition;

22  NOW THEREFORE, pursuant to the parties' stipulation and subject to the Court's
23  approval:

24  (a)  Defendants' time to Answer or otherwise respond will be extended until forty-five
25  (45) after Court-appointed lead plaintiff(s) in this action files an Amended Complaint in the
26  instant action;

27  (b)  if and when defendants serve any motion(s) directed at the court-appointed lead
28  plaintiff's Amended Complaint, the lead plaintiff's opposition brief(s) will be due within forty-

1  five (45) days of the filing of such motion, and that defendants' reply brief(s) will be due within
2  thirty (30) days of any opposition;

3      (c)    If defendants file and serve a reply to plaintiff's opposition, they must do so
4  within thirty (30) days of the opposition; and

5      (d)    Should the court in *In re UTStarcom* grant the Motion to Relate Cases, defendants
6  shall not be required to respond to plaintiff's Class Action Complaint, but will comply with the
7  existing deadlines already in place in *In re UTStarcom*.

8      IT IS SO STIPULATED.

10  Dated: October 4, 2007                 WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation

13                                             By: /s/ BAHRAM SEYEDIN-NOOR
                                                 BAHRAM SEYEDIN-NOOR

                                           Attorneys for Defendants

16  Dated: October 4, 2007                 FINKELSTEIN, THOMPSON LLP

18                                             By: /s/ DONALD J. ENRIGHT
19                                                   DONALD J. ENRIGHT

20                                             Attorneys for Plaintiff

22                                          **ORDER**

23  PURSUANT TO THIS STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO
24  ORDERED.

27  Dated: _____            _____
                                           The Honorable Susan Illston
28                                             United States District Court Judge

1  I, Bryan Ketroser, am the ECF User whose identification and password are being used to
2  file the Joint Stipulation and [Proposed] Order Regarding Time for Defendants' Response to
3  Plaintiff's Class Action Complaint. I hereby attest that Bahram Seyedin-Noor and Donald J.
4  Enright have concurred in this filing.

Dated: October 4, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ BRYAN KETROSER
    BRYAN KETROSER

Attorneys for Defendants