Mark Punzalan (State Bar No. 247599)
mpunzalan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

[Additional Counsel Listed on Signature Page]

[Proposed] Lead Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER RUDOLPH, individually and on behalf of all others similarly situated, | Case No. 3:07-CV-04578-SI |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO APPOINT JAMES R. BARTHOLOMEW AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL** |
| vs. | |
| UT STARCOM, HONG LIANG LU, MICHAEL SOPHIE, THOMAS TOY, and FRANCIS BARTON, | **DATE:** December 14, 2007 **TIME:** 9:00 a.m. **COURTROOM:** 10 **JUDGE:** Hon. Susan Illston |
| Defendants. | |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that on December 14, 2007 at 9:00 a.m., or soon thereafter as

3  this matter may be heard, class member James R. Bartholomew ("Movant"), by his counsel, will

4  move, and hereby does move, this Court for an Order: (i) appointing James R. Bartholomew as

5  Lead Plaintiff; and (ii) approving James R. Bartholomew's selection of the law firm of Finkelstein

6  Thompson LLP to serve as Lead Counsel.  In support of this motion, James R. Bartholomew

7  submits herewith a Memorandum of Points and Authorities and Declaration of Mark Punzalan.  A

8  proposed form of Order is also submitted herewith.

9  Dated: November 5, 2007                    Respectfully submitted,

10

11                                             Mark Punzalan

12                                             **FINKELSTEIN THOMPSON LLP**

13                                             100 Bush Street
                                               Suite 1450
14                                             San Francisco, California 94104
                                               Telephone: 415.398.8700
15                                             Facsimile: 415.398.8704

16                                                  - and -

17                                             Donald J. Enright
                                               Elizabeth K. Tripodi
18                                             **FINKELSTEIN THOMPSON LLP**
                                               1050 30th Street, NW
19                                             Washington, D.C. 20007
                                               Telephone: 202.337.8000
20                                             Facsimile: 202.337.8090

21

22                                             *[Proposed] Lead Counsel*

23

24

25

26

27

28

-2-

NOTICE OF MOTION AND MOTION OF JAMES R. BARTHOLOMEW FOR APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL
CASE NO. 3:07-CV-04578-SI