Mark Punzalan (State Bar No. 247599)
mpunzalan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

[Additional Counsel Listed on Signature Page]

[Proposed] Lead Counsel

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER RUDOLPH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UT STARCOM, HONG LIANG LU, MICHAEL SOPHIE, THOMAS TOY, and FRANCIS BARTON,<br><br>Defendants. | Case No. 3:07-CV-04578-SI<br><br>**DECLARATION OF MARK PUNZALAN IN SUPPORT OF MOTION TO APPOINT JAMES R. BARTHOLOMEW AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL** |

I, Mark Punzalan, hereby affirm and aver under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am an attorney-at-law with Finkelstein Thompson LLP. I am a member in good standing of the California State Bar and am admitted to practice before the United States District Court for the Northern District of California.

2. Attached hereto as Exhibit A is a true and correct copy of the Plaintiff Certification of plaintiff and movant James R. Bartholomew.

3. Attached hereto as Exhibit B is a true and correct copy of a press release dated September 5, 2007, published by the law firm of Finkelstein Thompson LLP announcing the pendency of the action against UTStarcom.

4. Attached hereto as Exhibit C is a true and correct copy of an analysis reflecting the losses suffered by plaintiff and movant James R. Bartholomew in connection with his purchases of UTStarcom securities.

5. Attached hereto as Exhibit D is a true and correct copy of the firm resume of the law firm of Finkelstein Thompson LLP.

Sworn and subscribed under penalty of perjury this 5th day of November, 2007

_____
Mark Punzalan