# EXHIBIT C

Case 3:07-cv-04578-SI   Document 21-4   Filed 11/05/2007   Page 1 of 2

# JAMES R. BARTHOLOMEW LOSSES
# UTSTARCOM SECURITIES

James R. Bartholomew

| Trade Date | Purchases | Price Per Security | Total | Current 90 day post class price | Current Value | Gain (Loss) | Gain (Loss) Subtotals |
|---|---|---|---|---|---|---|---|
| 3/17/2006 | 20,000 | | 118,726 | $3.15 | 63,058 | -55,668 | |
| 3/17/2006 | 20,000 | | 117,993 | $3.15 | 63,058 | -54,935 | |
| 3/17/2006 | 20,000 | | 118,000 | $3.15 | 63,058 | -54,942 | |
| | 60,000 | $5.91 | 354,719 | | 189,175 | -165,544 | |
| | | | | | | | -165,544 |
| 11/28/2005 | 20,000 | | 158,000 | $3.15 | 63,058 | -94,942 | |
| 11/28/2005 | 5,880 | | 46,452 | $3.15 | 18,539 | -27,913 | |
| 11/25/2005 | 14,120 | | 111,548 | $3.15 | 44,519 | -67,029 | |
| | 40,000 | $7.90 | 316,000 | | 126,117 | -189,883 | |
| | | | | | | | -189,883 |
| 4/1/2005 | 100,000 | $10.96 | 1,095,730 | $3.15 | 315,292 | -780,438 | -780,438 |
| 3/11/2005 | 100,000 | $12.86 | 1,285,940 | $3.15 | 315,292 | -970,648 | -970,648 |
| | | | | | | **Total Mr. Bartholomew Losses** | **-2,106,513** |