**EXHIBIT D**



# FIRM RESUME
# 2007

1050 30th Street, NW · Washington, DC 20007

100 Bush Street, Suite 1450 · San Francisco, CA 94111

# FINKELSTEIN THOMPSON LLP

FINKELSTEIN THOMPSON LLP is a seventeen-lawyer litigation firm ("the firm"), with offices in Washington, D.C. and San Francisco, CA, focusing primarily on complex financial litigation involving antitrust violations, fraud and crime in the banking, securities and commodities industries, and consumer fraud.

By concentrating exclusively on litigation rather than a generalized transactional practice, the firm avoids the conflicts of interest, both actual and philosophical, that can arise from multi-faceted representation, and is able to offer the kind of hard-hitting approach that modern financial litigation demands. Since 1993, the firm has served in a leadership position in cases that have recovered many hundreds of millions of dollars for investors and consumers.

The firm's professional staff includes not only experienced and expert lawyers but also a certified financial analyst with a financial market background. The firm draws on this in-house expertise to provide the cost-efficient and timely analysis of complex transactions needed in fast moving litigation. In addition, because the outcome of litigation is often dependent on the strength of expert testimony, the firm has developed strong working relationships with nationally prominent outside consultants in the areas of securities, commodities, antitrust, banking, consumer fraud, marketing and economics.

## HISTORY

The firm was founded in 1977 by Burton H. Finkelstein and Douglas G. Thompson, Jr. Thomas J. Loughran (deceased) joined the firm in 1984, directly from his position as Director of the Division of Enforcement at the Commodity Futures Trading Commission. The firm's offices are located in Georgetown in the historic Duvall Foundry and in San Francisco in the Financial District.

## EXPERIENCE

Our named partners have over sixty five years combined experience in the prosecution and defense of complex financial civil and criminal matters. Senior partner Burton H. Finkelstein is the former head of the Administrative and Criminal Trial Unit of the Securities and Exchange Commission. Douglas G. Thompson, Jr. is an alumnus of the securities litigation group of a major Washington, D.C. law firm. Thomas J. Loughran was a former Securities and Exchange Commission Special Counsel and former Director of the Division of Enforcement of the Commodity Futures Trading Commission. The other partners and associates have extensive experience in a variety of complex litigation fields. The firm has seventeen lawyers and a Chartered Financial Analyst. The firm has practiced before the Securities and Exchange Commission, Commodity Futures Trading Commission, Federal Trade Commission, Federal Communications Commission, U.S. Copyright Office, New York Stock Exchange, Chicago Board of Trade, National Association of Securities Dealers, National Futures Association, and in various state and federal trial and appellate courts across the country, in civil and criminal enforcement matters and in private damage litigation. The firm has considerable expertise and experience in defending and prosecuting complex financial class action claims.

The firm is involved in class action litigation in federal and state courts nationwide. We have developed a reputation for successful and thorough representation of class clients against many of the largest and most powerful companies in the country. As part of our efforts to serve our clients' interests in the most effective and efficient manner possible, the firm has established ongoing relationships with other class action law firms whose size, location or expertise complement our own. We have won judgments and negotiated settlements that have recovered an aggregate of over one half of a billion dollars for class members.

The firm manages prominent roles in many of the largest nationwide class actions, including:

- In re "Light" Cigarette Litigation, Case No. 04cv1945 (E.D.N.Y), more than a dozen suits in states across the country against tobacco manufacturers alleging consumer fraud relating to the manufacture and sale of so-called "light" cigarettes, in which the firm is pursuing claims on behalf of millions of class members.

- In re Merrill Lynch & Co., Inc. Research Reports Litigation, MDL Docket No. 1484 (S.D.N.Y.), the consolidated securities fraud litigation involving allegedly false and misleading analyst reports issued by Merrill Lynch and their former internet analyst, Henry Blodget, in which the firm serves on the Executive Committee and as Lead Counsel in six of the underlying actions.

## SECURITIES & COMMODITIES CLASS ACTION LITIGATION

Since its inception in 1977, the firm's securities litigation practice has extended across a wide range of shareholders' securities litigation, from accounting fraud, allegations of insider trading, proxy statement fights, and minority shareholder rights being violated to cases alleging misstatements in prospectuses. The firm regularly litigates substantive federal issues under the Securities Act of 1933, the Securities Exchange Act of 1934, the Reform Act of 1995, tender offers under the Williams Act, derivative suits under State and Federal law, and unfair business practices claims.

Our clients include institutional investors, pension funds, high-net worth individuals and retail investors. While few class action securities suits go to trial, substantial skill and experience is required to investigate, prepare, and litigate the underlying claims to successful resolution. The firm enjoys a national reputation for high-quality and successful recoveries for our clients.

The firm also selectively prosecutes actions pursuant to the Commodity Exchange Act regarding market manipulations involving commodity futures and options. To date, the firm has enjoyed considerable success in these matters, which are recognized as some of the most difficult causes of action to successfully pursue.

SETTLED REPRESENTATIVE SECURITIES AND COMMODITIES CLASS
ACTION CASES

1.  In re Natural Gas Commodity Litigation, Case No. 03cv6186 (S.D.N.Y.) – Co-
    Lead Counsel; over $100 million achieved in settlements.

2.  PaineWebber Securities Litigation, Case No. 94cv8547 (S.D.N.Y) - Executive
    Committee member; $200 million settlement achieved.

2.  Prudential Securities Litigation, MDL Docket No. 1005 (S.D.N.Y.) - Executive
    Committee member & Co-Chair of Settlement Committee; $150 million
    settlement achieved.

3.  Kidder Peabody Securities Litigation, Case No. 94cv3954 (S.D.N.Y.) - Executive
    Committee member; $19 million settlement achieved.

4.  Holly Glenn v. Polk Audio, Inc., Case No. 99cv4768 (Md. Cir. – Baltimore) - Co-
    lead Counsel; $4.8 million settlement achieved (an increase of nearly 50% of
    shareholder buyout value).

ONGOING REPRESENTATIVE SECURITIES AND COMMODITIES CLASS
ACTION CASES

1.  Mark Tello v. Dean Witter Reynolds, Inc. et al., Case No. 02cv2115 (M.D. Fla.) -
    the firm has been appointed Lead Counsel in an action alleging that Defendants
    manipulated the market price of e-Net stock by engaging in unauthorized trading
    in the accounts of certain Dean Witter customers in order to stabilize the price of
    e-Net, creating and promoting a plan to withhold stock from short sellers to effect
    a "short squeeze" and by making false statements to discourage clients from
    selling e-Net.

2.  Freeland v. Iridium World Communications, Ltd., Case No. 99cv1002 (D.D.C.) -
    a consolidated securities fraud class action against Motorola, Inc. and other
    corporate entities in connection with the development and deployment of the
    Iridium satellite telephone network, in which the firm serves as Liaison Counsel
    and a member of the Lead Plaintiffs' Executive Committee.

3.  Grecian v. Meade Instruments, Inc., Case No. 06cv908 (C.D. Cal.) – the firm has
    been appointed sole Lead Counsel on behalf of shareholders claiming securities
    fraud violations related to alleged illegal backdating of executive stock options.

4.  In re Crude Oil Commodity Litigation, Case No. 06cv6677 (S.D.N.Y.) – the firm
    has been appointed an Executive Committee member in an action alleging that the
    defendants manipulated the market for crude oil.

## ANTITRUST CLASS ACTION LITIGATION

Federal and state antitrust laws are primarily concerned with protecting the economy and promoting competition between businesses by preventing (i) collusion among "competitors" that might result in restraints on competition in a given industry or market, and (ii) anticompetitive conduct by a particular entity who holds monopoly power in a given industry or market.

The firm is involved in several cases on behalf of individuals and businesses that have been injured by the anti-competitive behavior of other companies. These cases involve allegations such as market manipulation, monopolization, price-fixing, and predatory practices. Below is a sample of the cases in which we are intensively involved:

SETTLED REPRESENTATIVE ANTITRUST CLASS ACTION CASES

1.  In re Relafen Antitrust Litigation, Case No. 01cv12239 (D. Mass.) - Executive Committee member in federal direct purchaser case, settlement achieved - $175 million.

2.  Heliotrope General, Inc. v. Sumitomo Corporation, et al., Master Case No. 701679 (Cal. Super. - San Diego) - Executive Committee member; settlement achieved - $43.5 million.

3.  National Metals, Inc. v. Sumitomo Corp., Case No. 734001 (Cal. Super. - San Diego) - Co-lead Counsel, settlements achieved with several defendants for $81 million.

4.  In re Warfarin Sodium Antitrust Litigation, MDL Docket No. 1232 (D. Del.) - Discovery Committee member and Co-lead Counsel in state case; settlement achieved in the companion national case - $44.5 million.

ONGOING REPRESENTATIVE ANTITRUST CLASS ACTION CASES

1.  Ryan Rodriguez v. West Publishing Corp. and Kaplan, Inc., Case No. CV-05-3222 R(MCx) (Cal. Central District Court). An antitrust class action where FT LLP served as one of three law firms alleging nationwide national antitrust violations. $49 million settlement preliminary approved. Final approval pending.

2.  Stein v. Pacific Bell et al., Case No. 00cv2915 (N.D. Cal.) - Lead Counsel, suit alleges that Pacific Bell monopolizes the DSL market in California which results in less competition and higher prices to consumers.

3.  In re Reformulated Gasoline (RFG) Antitrust and Patent Litigation, Case No. 05cv1671 (C.D. Cal.) – Co-Lead Counsel in a certified class action lawsuit that alleges antitrust and common law violations which resulted in increased prices for RFG for purchasers.

## CONSUMER CLASS ACTION LITIGATION

In federal and state courts throughout the country, the firm represents consumers who have been injured or defrauded. Our cases involve individuals or classes of individuals who have been physically or economically damaged by the wrongdoing of others. Some of our cases seek to obtain financial relief, medical monitoring, injunctions and revised notification for classes of plaintiffs. Some of the cases we have brought include:

### SETTLED REPRESENTATIVE CONSUMER CLASS ACTION CASES

1. <u>Gael M. Carter, et al. v. Associates Financial Services Co., Inc., et al.</u>, Case No. 96cv4652 (Tex. Dist. – Dallas County). The firm played a pivotal role in pursuing the claims of millions of class members in a number of suits in states across the country against The Associates n/k/a Citifinancial alleging consumer fraud relating to home equity and personal loan terms. Settlements achieved in the state, federal and companion FTC cases totaling $240 million.

2. <u>Cavan et al. v. Sears Roebuck & Co. and Whirlpool Corp.</u>, Case No. 04CH10354 (Ill. Circuit Court - Cook County). Co-Lead counsel for consumer class action based upon the sale of Calypso® washing machines. Nationwide settlement reached and approved by the Court.

3. <u>In re The Coca-Cola Company Apple Juice Consumer Litigation</u>, Master Case No. E-47054 (Ga. Super. - Fulton County). The firm served as Counsel in this consumer class action based upon the sale of adulterated juice products. $5.25 million settlement achieved.

4. <u>In re Nestle Juice Products Litigation</u>, Master File No. 976510 (Cal. Super. Ct. San Francisco County). $3.5 million settlement achieved.

### ONGOING REPRESENTATIVE CONSUMER CLASS ACTION CASES

1. <u>In re Baycol Products Litigation</u>, MDL Docket No. 1431 (D. Minn.) - Discovery Committee Member in this consolidated multidistrict litigation alleging that this commonly prescribed cholesterol lowering drug caused rhabdomyolysis, a disease which causes damage to muscle, kidney failure or other injuries.

2. <u>In re "Light" Cigarette Litigation</u>, Case No. 04cv1945 (E.D.N.Y) - Co-lead Counsel, more than a dozen suits in states across the country against major tobacco manufacturers alleging consumer fraud relating to the manufacture and sale of so-called "light" cigarettes, in which the firm has been successful in obtaining class certifications in various states.

## COMMUNICATIONS AND COPYRIGHT LAW PRACTICE

The firm lawyers have represented clients in federal courts and before administrative agencies (such as the Copyright Royalty Tribunal, the Copyright Office, and the Federal Communications Commission) and the U.S. Congress.  Clients include foreign and domestic media firms with interests in broadcasting, entertainment, cable television and satellite communications.

## BURTON H. FINKELSTEIN
### Partner

BURTON H. FINKELSTEIN has practiced securities litigation for more than forty years, first with the Securities and Exchange Commission and then in private practice. At the SEC he was special trial counsel and an Assistant Director of the Enforcement Division, where he was in charge of the administrative, civil and criminal litigation nationwide enforcement program. In 1970 he joined the New York firm of Phillips, Nizer, Benjamin, Krim & Ballon and was a partner in their Washington, D.C. office until 1977, when he and Mr. Thompson formed the firm now known as FINKELSTEIN THOMPSON LLP.

In private practice Mr. Finkelstein has participated in more than twenty securities fraud trials in cities throughout the United States, representing broker-dealers, principals and securities salesmen, attorneys, accountants, publicly and privately held companies and officers and directors of such companies. He has also represented companies and individuals in SEC investigations, and has served as special counsel to public companies in conducting internal investigations.

Mr. Finkelstein earned a B.B.A. degree in accounting from City College of New York in 1959 and an L.L.B. degree from the University of Pennsylvania in 1962. After military service and a brief stint as law clerk to the General Counsel of the Federal Power Commission, he began his securities litigation career as trial counsel at the SEC's Washington Regional Office.

Mr. Finkelstein has appeared as a panelist in securities litigation and enforcement seminars for the Practicing Law Institute, New York Law Journal and the American Law Institute - American Bar Association (ALI-ABA). He was an adjunct professor of law at Georgetown University Law School from 1979 to 1998. His course was entitled "Securities and Financial Frauds - Enforcement and Litigation."

## DOUGLAS G. THOMPSON, JR.
### Partner

DOUGLAS G. THOMPSON has specialized in administrative and civil trial and appellate litigation in private practice for over twenty years. His practice has been concentrated in the areas of securities, commodities, banking, communications, and other complex business and financial transactions. Mr. Thompson has represented clients in federal court and before the Securities and Exchange Commission, the Commodity Futures Trading Commission, the Federal Trade Commission, the Federal Communications Commission, the Copyright Royalty Tribunal, and the Criminal Division of the Department of Justice. Over the past several years, Mr. Thompson has litigated securities and commodities claims in failed savings and loan cases on behalf of the RTC and FDIC. As lead counsel for the FDIC, Mr. Thompson recently won a jury verdict of more than $1 million after a lengthy trial involving commodities fraud issues.

Mr. Thompson received his A.B. and M.A. degrees in economics from Stanford University and his J.D. degree from Stanford Law School in 1969. He taught at the Stanford Law School in 1969-70 and clerked for Judge Ben. C. Duniway of the United States Court of Appeals, Ninth Circuit, in 1970-71. Following his clerkship, Mr. Thompson joined the law firm of Wilmer, Cutler & Pickering, Washington, D.C., where he was a litigator in communications and securities law. In 1977, he joined with Mr. Finkelstein in the formation of the firm now known as FINKELSTEIN THOMPSON LLP.

Mr. Thompson is a member of the bar of the District of Columbia and the State of California and of several federal district and appellate courts.

## L. KENDALL SATTERFIELD
Partner

KENDALL SATTERFIELD joined FINKELSTEIN THOMPSON LLP in 1985.  Mr. Satterfield practices in the fields of both antitrust and consumer fraud class action litigation. Additionally, he has represented private clients and federal banking agencies in civil and administrative litigation involving securities and commodities fraud, federal banking law and accountant malpractice.  Mr. Satterfield also represents Canadian broadcasters and television production companies in matters involving cable television copyright royalties before the United States Copyright Office and has practiced before the Federal Communications Commission.

Mr. Satterfield is a 1981 graduate of Ohio Northern University where he received a Bachelor of Sciences degree with Highest Honors in Business Administration.  He then attended Emory University where he received his Juris Doctor in 1984.  He is a member of the District of Columbia and Georgia Bars.

## MILA F. BARTOS
Partner

MILA F. BARTOS has been with FINKELSTEIN THOMPSON LLP since January 1995. Ms. Bartos practices in the fields of both antitrust litigation and consumer fraud class action cases, including adulterated and toxic products. She is a 1990 graduate of the University of Wisconsin - Madison where she received a joint Bachelor of Arts degree in English and Communications. Ms. Bartos then attended the American University Washington College of Law where she received her Juris Doctor in 1993. At American University, Ms. Bartos was a co-founder of the American University Journal of Gender and Law and was a member of the Editorial Board.

Ms. Bartos is the author of the article, "Law Firm Collaboration Via Extranets" published in the Law Library Resource Xchange. She is also an active member of the Chairman's Council of the Appleseed Foundation. Ms. Bartos is a member of the Maryland and District of Columbia Bars.

**DONALD J. ENRIGHT**
Partner

DONALD J. ENRIGHT joined FINKELSTEIN THOMPSON LLP as an associate in 1996, and became a partner in January 2004. He is a 1993 cum laude graduate of Drew University, where he earned a Bachelor of Arts in Political Science and Economics, and a 1996 graduate of the George Washington University National Law Center, where he received his Juris Doctor. He was a Member Editor of The George Washington University Journal of International Law and Economics from 1994 to 1996, and clerked for the House Judiciary Committee in 1994. He is a member of the Bars of Maryland, New Jersey and the District of Columbia, and is admitted to practice before several United States District Courts and Circuit Courts of Appeal.

Mr. Enright practices in the fields of securities, commodities, consumer fraud and other commercial litigation, and on behalf of the firm represents several institutional investors in connection with the firm's shareholder litigation practice. He won a landmark appellate decision addressing the post-PSLRA scienter pleading standard in the Fifth Circuit in *Nathenson v. Zonagen, Inc.*, 267 F.3d 400 (5th Cir. 2001), and recently won a judgment after four days of trial in *United States Securities and Exchange Commission v. Butler*, 2005 U.S. Dist. LEXIS 7194 (W.D. Pa. April 18, 2005). Mr. Enright works out of the firm's Washington, D.C. offices, and was named as one of Washington's "Top Lawyers" in the December 2004 issue of Washingtonian magazine.

# TRACY D. REZVANI
Partner

TRACY D. REZVANI joined FINKELSTEIN THOMPSON LLP in September 1996. Ms. Rezvani practices in the fields of securities, antitrust and consumer fraud litigation. She is a 1993 graduate of the University of Maryland-College Park where she received a Bachelor of Science degree in Business & Management. Ms. Rezvani then attended the George Washington University Law School where she received her Juris Doctor in May 1996. At George Washington University, Ms. Rezvani was a member editor of The George Washington Journal of International Law & Economics.

Ms. Rezvani is a member of the District of Columbia and Maryland Bars and is admitted to practice before the United States Supreme Court and the U.S. District Courts for the Districts of Maryland and the District of Columbia. Ms. Rezvani is currently serving as an editor for the Iranian-American Bar Association's *IABA Review*. Her published works include "From *Marbury* to *Rasul*: Two Centuries' Expansion on the Question of Jurisdiction", 1 IABA Review 10 (Winter 2005) and "The Plight of Padilla: The Impact of Supreme Court Decisions on the Future of Detainees", 2 IABA Review 12 (Spring 2006). Ms. Rezvani practices in the Washington, D.C. office.

# RICHARD M. VOLIN
Partner

RICHARD M. VOLIN joined FINKELSTEIN THOMPSON LLP in September, 1997 and currently practices in the fields of antitrust and consumer fraud litigation. He is a 1991 graduate of the University of Michigan at Ann Arbor, where he received a Bachelor of Arts degree in English. Mr. Volin then attended the George Washington University Law School, where he received his Juris Doctor with Honors in 1996. During law school, Mr. Volin worked as an intern for the Honorable Marian Blank Horn in the United States Court of Federal Claims. Upon graduation, he served as a judicial law clerk to the Honorable Conrad N. Koch and the Honorable Betty J. Lester in the New Jersey Superior Court for Essex County.

He is a member of the Bars of Maryland, New Jersey and the District of Columbia, and is admitted to practice in the United States District Courts for the District of Columbia, the District of Maryland and the District of New Jersey.

**HALLEY F. ASCHER**
Partner

HALLEY F. ASCHER joined FINKELSTEIN THOMPSON LLP in September 2001. Ms. Ascher practices in the fields of securities, consumer fraud and antitrust litigation. She is a 1992 cum laude graduate of the University of Pennsylvania where she received a Bachelor of Arts degree in Elementary Education and a minor in English. Ms. Ascher then attended University of Pennsylvania Law School where she received her Juris Doctor with Honors in 1996. While in law school, Ms. Ascher was a research assistant for Professor Heidi M. Hurd specializing in the area of legal philosophy. She also participated in the University of Pennsylvania Civil Practice Clinic where she was responsible for family law and other civil cases. She is a member of the Maryland and District of Columbia bars.

Ms. Ascher was previously an associate at a large Washington, DC firm where she specialized in insurance coverage litigation, and has also worked at a large Philadelphia firm where she specialized in intellectual property litigation and import/export compliance.

**KAREN J. MARCUS**
Associate

KAREN J. MARCUS joined FINKELSTEIN THOMPSON LLP in April 2004.  Ms. Marcus practices in the fields of antitrust and consumer fraud litigation.  She is a 1999 graduate of the University of Miami, where she received a Bachelor of Arts degree with honors in English.  Ms. Marcus then attended The George Washington University Law School where she received her Juris Doctor, cum laude in 2002.  During law school, Ms. Marcus worked as an intern for the Environmental Protection Agency in the Office of Enforcement.  While in law school, Ms. Marcus worked as a research assistant for Professor Renee Lerner specializing in the areas of legal history and criminal procedure.  She also participated in The George Washington University Law School Environmental Law Clinic and was Vice President of the Environmental Law Association during law school.

Ms. Marcus is a member of the Virginia, Maryland and District of Columbia bars and is admitted to practice before the Eastern District of Virginia.

**MICHAEL G. McLELLAN**
Associate

MICHAEL G. McLELLAN joined FINKELSTEIN THOMPSON LLP in May 2004.  Mr. McLellan practices in the fields of securities, antitrust and consumer fraud litigation.  He is a 1996 graduate of the University of South Carolina, where he received a Bachelor of Arts degree in English.  Mr. McLellan also attended the University of South Carolina of Law, where he received his Juris Doctor in 2003.  During law school, Mr. McLellan served as Articles Editor for the South Carolina Law Review and was awarded membership in the Order of the Wig and Robe.  Upon graduation, Mr. McLellan attended the American University Washington College of Law, where he received an LL.M. in Law and Government, magna cum laude in 2004.  While pursuing his LL.M. degree, Mr. McLellan worked as an intern for the Securities and Exchange Commission in the Division of Enforcement and volunteered as a Constitutional Law teacher at Ballou Stay High School.  He additionally worked as an independent researcher for the Association of Corporate Counsel.

Mr. McLellan is a member of the South Carolina and District of Columbia bars.

## CHRISTINE PEDIGO BARTHOLOMEW
Associate

CHRISTINE PEDIGO BARTHOLOMEW joined FINKELSTEIN THOMPSON LLP in June 2004. Ms. Bartholomew practices in the fields of antitrust, consumer fraud and securities litigation. She is a 1997 graduate of the San Francisco State University, where she received a Bachelor of Arts degree in English Literature. Ms. Bartholomew then attended the University of California, Davis School of Law, where she received her Juris Doctor in 2000. During law school, Ms. Bartholomew served as Editor-in-Chief for the Journal of Juvenile Law & Policy, was a member of King Hall Law Review, and externed for the Honorable Gerald Burrell in the Eastern District of California. Ms. Bartholomew has published "The Portrayal of the Legal System in Young Adult Literature," 2 Davis J. of Juv. L. & Pol'y 17 (1998) and "Protecting Students' Fourth Amendment Rights: Alternatives to School Mandated Urinalysis," 4 Davis J. of Juv. L. & Pol'y 175 (2000).

Ms. Bartholomew is a member of the California bar and practices in the San Francisco office.

## STAN M. DOERRER
Associate

STAN M. DOERRER joined FINKELSTEIN THOMPSON LLP in March 2006. Mr. Doerrer practices in the fields of securities, antitrust and consumer fraud litigation. He graduated cum laude from Colorado College in 1998, where he received a Bachelor of Arts degree in Economics. Mr. Doerrer worked as a management consultant for four years prior to attending the George Washington Law School where he received his Juris Doctorate degree in 2005. While in law school, Mr. Doerrer completed a legal internship with the U.S. Department of Justice Antitrust Division and served as an Articles Editor for the American Intellectual Property Law Association Quarterly Journal.

Mr. Doerrer is a member of the Colorado and District of Columbia bars and practices in the Washington, D.C. office.

**ELIZABETH K. TRIPODI**
Associate

ELIZABETH TRIPODI has worked as an associate with FINKELSTEIN THOMPSON LLP since September 2006 and practices in the fields of antitrust, consumer fraud and securities litigation.  She also served as a law clerk for the firm beginning in 2005.  Ms. Tripodi graduated from Davidson College in 2000, where she received her Bachelor of Arts in Art History.  She attended American University Washington College of Law and received her Juris Doctorate cum laude in 2006.  While in law school, Ms. Tripodi was a participant in American University's Civil Practice Clinic, a member of the Environmental Moot Court Team, and served as Editor in Chief of the Business Law Brief.  Prior to joining FT, Ms. Tripodi completed an internship with the Environmental Enforcement Section at the Department of Justice.

Ms. Tripodi is a member of the Virginia bar and is admitted to practice in the Eastern District of Virginia. She practices in the Washington, D.C. office.

## ROSALEE B. CONNELL
Associate

ROSALEE CONNELL has been associated with FINKELSTEIN THOMPSON LLP since October 2006 and practices in the fields of antitrust, consumer fraud and securities litigation. Ms. Connell graduated from Columbia University in 1999, where she studied Political Science. She received her Juris Doctorate from Georgetown Law in 2004 and was recognized as a Pro Bono Pledge Honoree. While in law school, Ms. Connell participated in the Street Law Clinic and served as a student attorney with the D.C. Law Students in Court Clinical Program. Ms. Connell also completed a clerkship at the U.S. Consumer Product Safety Commission.

Ms. Connell is a member of the New Jersey and District of Columbia bars and is admitted to practice in the District of New Jersey. She practices in the Washington, D.C. office.

### ROSEMARY M. RIVAS
Associate

ROSEMARY RIVAS has been associated with FINKELSTEIN THOMPSON LLP since October 2006 and practices in the fields of antitrust and consumer fraud.  Ms. Rivas comes from a class action firm, where she worked in consumer litigation.  Ms. Rivas graduated from San Francisco State University in 1997 and received her B.A. in Political Science.  She received her Juris Doctorate from the University of California, Hastings College of Law in 2000.  While in law school, Ms. Rivas served as the Senior Note Editor for the Hastings Constitutional Law Quarterly and was honored with the American Jurisprudence Award in Wills and Trusts. Currently, she serves as Litigation Section Chair and Board Member of the Barristers Club of the San Francisco Bar Association.

Ms. Rivas is a member of the California bar and is admitted to practice in the Central and Northern U.S. District Courts of California.  She practices in the San Francisco office.

**SHERI L. KELLY**
Associate

SHERI KELLY has been associated with FINKELSTEIN THOMPSON LLP since June 2007. Ms. Kelly practices in the fields of antitrust litigation and consumer fraud. She is a 1997 graduate of the University of California, Berkeley, where she received her Bachelor of Arts in Philosophy, and was a member of the speech and debate teams. Ms. Kelly received her Juris Doctorate from the University of California, Hastings College of the Law in 2003. While in law school, she served as the Executive Editor of the Hastings Women's Law Journal. Ms. Kelly also served as an extern to the Hon. James R. Lambden of the California Court of Appeals in 2002.

Ms. Kelly is a member of the California Bar and is admitted to practice in the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California. She practices in the San Francisco office.

## MARK PUNZALAN
Associate

MARK PUNZALAN has been associated with FINKELSTEIN THOMPSON LLP since June 2007. Mr. Punzalan practices in the fields of antitrust, consumer fraud, and securities litigation. He is a 2001 graduate of the University of California, Los Angeles, where he received his Bachelor of Arts in Political Science. Mr. Punzalan received his Juris Doctor from Santa Clara University in 2006. While in law school, he was the recipient of the Best Brief Award for Appellate Advocacy and the CALI Excellence for the Future Award. Additionally, Mr. Punzalan was the Problem Committee Chair for the Honors Moot Court Board.

Mr. Punzalan is a member of the California Bar and is admitted to practice in the United States District Court for the Northern District of California. He practices in the San Francisco office.

**ROBERTO G. GARCIA**, CFA, CFE
Financial Analyst

ROBERTO G. GARCIA, CFA, CFE received his Masters in Economics from the University of Missouri in 1982. He was awarded his Chartered Financial Analyst charter in 1989. In 2004, Mr. Garcia earned the Certified Fraud Examiner certificate. Mr. Garcia has experience as a financial analyst, portfolio manager, securities broker, bond trader, credit analyst, debt manager, and litigation analyst. As a financial institution liquidity manager, Mr. Garcia was responsible for up to $200 million of short term investments, up to $700 million of outstanding debt, and provided assistance to the RTC and FSLIC by valuing, analyzing, or directly selling over $1 billion of assets. Mr. Garcia has constructed cash flow models for each loan of a $400 million commercial real estate loan portfolio to ensure the accurate application of internal rate of return valuation measures, developed a bank credit scoring system to protect a $100 million portfolio of Fed Funds investments, and created FHLMC securities from mortgage loans. Mr. Garcia has also analyzed the secondary market trading operations and determined the ongoing profitability of a mortgage banking subsidiary with over $6 billion in loan servicing. He also priced branch purchases totaling over $650 million in deposits, evaluated corporate acquisitions, made asset/liability strategy recommendations, and prepared bid packages for the sale of a $2 billion savings association.

While at the firm, Mr. Garcia has valued the stock of companies involved in merger negotiations, computed damages, analyzed trading strategies, constructed trial exhibits, applied hedge accounting techniques, and reviewed portfolio compositions in cases involving stocks, options, swaps, caps, futures (equity, commodity, and fixed income), conventional mortgage-backed securities, MBS derivatives, loan servicing rights, limited partnership units, fixed income instruments, mutual funds, and synthetic securities. He has developed systematic damage computation techniques for large class action lawsuits including a case that involved more than 600 different limited partnerships and over $3 billion in potential losses.

**EBONIE BRANCH**
Paralegal

Ebonie Branch joined Finkelstein Thompson LLP in July 2007. She received a Bachelor of Arts in Justice from American University, where she graduated *cum laude* and with university honors. During her undergraduate studies she was a research and public policy intern at a non-profit advocacy group committed to advancing economic justice and equality for women.

Ms. Branch works in the Washington, DC office

**SEAN T. WOOSLEY**
Paralegal

SEAN WOOSLEY joined FINKELSTEIN THOMPSON LLP in August 2006. He is a graduate of Reed College in Portland, Oregon, where he received a Bachelor of Arts degree in German Literature in 2004. Prior to joining FTL, Mr. Woosley worked as a paralegal with an employment discrimination firm in Washington, D.C.