Mark Punzalan (State Bar No. 247599)
mpunzalan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

[Additional Counsel Listed on Signature Page]

[Proposed] Lead Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER RUDOLPH, individually and on behalf of all others similarly situated, | Case No. 3:07-CV-04578-SI |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| UT STARCOM, HONG LIANG LU, MICHAEL SOPHIE, THOMAS TOY, and FRANCIS BARTON, | |
| Defendants. | |

I, Sheeree I. Renwick, declare:

I am employed in San Francisco County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Finkelstein Thompson LLP, 100 Bush Street, Suite 1450, San Francisco, California 94104.

On this date, I served:

1. **NOTICE OF MOTION AND MOTION TO APPOINT JAMES R. BARTHOLOMEW AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO APPOINT JAMES R. BARTHOLOMEW AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

3. **DECLARATION OF MARK PUNZALAN IN SUPPORT OF MOTION TO APPOINT JAMES R. BARTHOLOMEW AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

4. **[PROPOSED] ORDER APPOINTING JAMES R. BARTHOLOMEW AS LEAD PLAINTIFF AND FINKELSTEIN THOMPSON LLP AS LEAD COUNSEL**

5. **CERTIFICATE OF SERVICE**

☒ By electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail address listed below:

Bahram Seyedin-Noor bnoor@wsgr.com
Boris Feldman boris.feldman@wsgr.com
Cheryl Weisbard Foung cfoung@wsgr.com
Terry T. Johnson tjohnson@wsgr.com
**Wilson Sonsini Goodrich & Rosati**
650 Page Mill Road
Palo Alto, CA 94304

Bryan Jacob Ketroser bketroser@wsgr.com
**Wilson Sonsini Goodrich & Rosati**
One Market Street, Spear Tower, Suite 3300
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on November 5, 2007.

_____
Sheeree I. Renwick

CERTIFICATE OF SERVICE
CASE NO. 3:07-CV-04578-SI

2