GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy (#134180)
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Proposed Liaison Counsel*

SCHOENGOLD SPORN LAITMAN
    & LOMETTI, P.C.
Joel P. Laitman
Christopher Lometti
Ashley Kim
19 Fulton Street, Suite 406
New York, New York 10038
Telephone: (212) 964-0046

*Proposed Lead Counsel for the Class
and Attorneys for the Detectives'
Endowment Association Annuity Fund*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER RUDOLPH, Individually and on Behalf of All Others Similarly Situated, | **Civil Action No. 07-CV-4578 (SI)** |
| Plaintiff, | |
| vs. | |
| UT STARCOM, HONG LIANG LU, MICHAEL SOPHIE, THOMAS TOY, and FRANCIS BARTON, | |
| Defendants. | Date: December 14, 2007<br>Time: 9:00 a.m.<br>Courtroom: 10 |

**THE DETECTIVES' ENDOWMENT ASSOCIATION ANNUITY FUND'S
NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT
OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

PLEASE TAKE NOTICE, that on December 14, 2007, at 9:00 a.m., or as soon as counsel may be heard, the undersigned will move this Court before the Honorable Susan Illston, at the United States District Court for the Northern District of California, 450 Golden Gate Ave., San Francisco, CA 94102, pursuant to Rule 42 of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, for an Order:

1. consolidating any and all subsequent cases filed in this District which allege one or more common questions of law or fact with the above-captioned action;

2. appointing the Detectives' Endowment Association Annuity Fund (the "Fund") as Lead Plaintiff on behalf of the Class;

3. approving the Fund's choice of Schoengold Sporn Laitman & Lometti, P.C. as Lead Counsel for the Class and Glancy Binkow & Goldberg LLP as Liaison Counsel; and

4. granting such other and further relief as the Court may deem just and proper.

Dated: November 5, 2007              Respectfully submitted,

**GLANCY BINKOW & GOLDBERG LLP**

By: s/ *Lionel Z. Glancy*
Lionel Z. Glancy
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Proposed Liaison Counsel*

Joel P. Laitman (JL-8178)
Christopher Lometti (CL-9124)
Ashley Kim (AK-0105)
**SCHOENGOLD SPORN LAITMAN & LOMETTI, P.C.**
19 Fulton Street, Suite 406
New York, NY 10038
Telephone: (212) 964-0046

*Proposed Lead Counsel for the Class and Attorneys for the Detectives' Endowment Association Annuity Fund*