GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy  (#134180)
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310)201-9150
Facsimile: (310)201-9160
E-mail: info@glancylaw.com

*Proposed Liaison Counsel*

SCHOENGOLD SPORN LAITMAN
  & LOMETTI, P.C.
Joel P. Laitman
Christopher Lometti
Ashley Kim
19 Fulton Street, Suite 406
New York, New York 10038
Telephone: (212) 964-0046

*Proposed Lead Counsel for the Class
and Attorneys for the Detectives'
Endowment Association Annuity Fund*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER RUDOLPH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UT STARCOM, HONG LIANG LU, MICHAEL SOPHIE, THOMAS TOY, and FRANCIS BARTON,<br><br>Defendants. | **Civil Action No. 07-CV-4578 (SI)**<br><br><br><br>Date: December 14, 2007<br>Time: 9:00 a.m.<br>Courtroom: 10 |

**DECLARATION OF LIONEL Z. GLANCY IN SUPPORT OF
THE DETECTIVES' ENDOWMENT ASSOCIATION ANNUITY FUND'S
MOTION FOR CONSOLIDATION, APPOINTMENT OF
<u>LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL</u>**

I, Lionel Z. Glancy, an attorney duly admitted to practice law before the courts of the State of California, declare, under the penalty of perjury, as follows:

1. I am a partner with the law firm Glancy Binkow & Goldberg LLP. I am fully familiar with all the facts and circumstances herein. I submit this Declaration in support of the Motion of the Detectives' Endowment Association Annuity Fund (the "Fund") for Consolidation, Appointment of Lead Plaintiff and Approval of Lead Counsel.

2. Exhibit A is a true and correct copy of the notification of the within securities class action published on a widely circulated business oriented wire service on September 5, 2007.

3. Exhibit B is a true and correct copy of the Fund's Certification of Securities Class Action Complaint.

4. Exhibit C is a true and correct copy of the calculation of the Fund's damages as a result of defendants' alleged violations of the federal securities laws.

5. Exhibit D is a true and correct copy of the firm biography of proposed Lead Counsel Schoengold Sporn Laitman & Lometti, P.C.

6. Exhibit E is a true and correct copy of the firm biography of proposed Liaison Counsel Glancy Binkow & Goldberg LLP.

Dated:   November 5, 2007         By: s/ *Lionel Z. Glancy*
                                      Lionel Z. Glancy