GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy (#134180)
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Proposed Liaison Counsel*

SCHOENGOLD SPORN LAITMAN
   & LOMETTI, P.C.
Joel P. Laitman
Christopher Lometti
Ashley Kim
19 Fulton Street, Suite 406
New York, New York 10038
Telephone: (212) 964-0046

*Proposed Lead Counsel for the Class*
*and Attorneys for the Detectives'*
*Endowment Association Annuity Fund*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER RUDOLPH, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>UT STARCOM, HONG LIANG LU, MICHAEL SOPHIE, THOMAS TOY, and FRANCIS BARTON,<br><br>        Defendants. | Civil Action No. 07-CV-4578 (SI)<br><br><br><br><br><br><br><br>Date: December 14, 2007<br>Time: 9:00 a.m.<br>Courtroom: 10 |

### CERTIFICATE OF SERVICE

## PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not party to the within action. My business address is 1801 Avenue of the Stars, Los Angeles, California 90067. On November 05, 2007, I served the following by posting such documents electronically to ECF website of the United States District Court for the Northern District of California:

| | |
|---|---|
| 1. | **THE DETECTIVES' ENDOWMENT ASSOCIATION ANNUITY FUND'S NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |
| 2. | **MEMORANDUM OF LAW IN SUPPORT OF THE DETECTIVES' ENDOWMENT ASSOCIATION ANNUITY FUND'S NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| 3. | **DECLARATION OF LIONEL Z. GLANCY IN SUPPORT OF THE DETECTIVES' ENDOWMENT ASSOCIATION ANNUITY FUND'S MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |
| 4. | **[PROPOSED] PRETRIAL ORDER NO. 1** |
| 5. | **CERTIFICATE OF SERVICE** |

To all ECF registered parties in the action and, upon all others not-so registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, CA. They are:

## SEE SERVICE LIST

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 5, 2007, at Los Angeles, CA .

s/*Zabella Moore*
Zabella Moore

**SERVICE LIST**

| | |
|---|---|
| **Bahram Seyedin-Noor**<br>Email: bnoor@wsgr.com<br>**Boris Feldman**<br>Email: boris.feldman@wsgr.com<br>**Cheryl Weisbard Foung**<br>Email: cfoung@wsgr.com<br>**Terry T. Johnson**<br>Email: tjohnson@wsgr.com<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>650-493-9300<br>Fax: 650-493-6811<br><br>**Bryan Jacob Ketroser**<br>Wilson Sonsini Goodrich & Rosati<br>One Market Street, Spear Tower<br>Suite 3300<br>San Francisco, CA 94105<br>415-947-2000<br>Fax: 415-947-2099<br>Email: bketroser@wsgr.com<br><br>*Attorneys for Defendants UT Starcom, Hong Liang Lu, Michael Sophie, Thomas Toy, Francis Barton* | **Christine Pedigo Bartholomew**<br>Email:<br>cbartholomew@finkelsteinthompson.com<br>**Mark Punzalan**<br>Email:<br>mpunzalan@finkelsteinthompson.com<br>Finkelstein Thompson LLP<br>100 Bush Street<br>Suite 1450<br>San Francisco, CA 94104<br>415-398-8700<br>Fax: 415-398-8704<br><br>**Donald J. Enright**<br>Email: dje@ftllaw.com<br>**Elizabeth K Tripodi**<br>Email: ekt@ftllaw.com<br>Finkelstein Thompson LLP<br>1050 30th Street, NW<br>Washington, DC 20007<br>202-337-8000<br>Fax: 202-337-8090<br><br>*Attorneys for Plaintiff Peter Rudolph* |