1  Mark Punzalan (State Bar No. 247599)
   mpunzalan@finkelsteinthompson.com
2  **FINKELSTEIN THOMPSON LLP**
   100 Bush Street, Suite 1450
3  San Francisco, California 94104
   Telephone: (415) 398-8700
4  Facsimile: (415) 398-8704

5

6  [Additional Counsel Listed on Signature Page]

7  [Proposed] Lead Counsel

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  PETER RUDOLPH, individually and on     ) Case No. 3:07-CV-04578-SI
    behalf of all others similarly situated, )
12                                          )
                 Plaintiff,                 ) **CERTIFICATE OF SERVICE**
13                                          )
             vs.                            )
14                                          )
    UT STARCOM, HONG LIANG LU,              )
15  MICHAEL SOPHIE, THOMAS TOY, and         )
16  FRANCIS BARTON,                         )
                                            )
17              Defendants.                 )
                                            )
18

19
20
21
22
23
24
25
26
27
28                     CERTIFICATE OF SERVICE
                       CASE NO. 3:07-CV-04578-SI

                                1

I, Sheeree I. Renwick, declare:

I am employed in San Francisco County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Finkelstein Thompson LLP, 100 Bush Street, Suite 1450, San Francisco, California 94104.

On November 21, 2007, I served the following document:

**JAMES R. BARTHOLOMEW'S OPPOSITION TO THE DETECTIVES' ENDOWMENT ASSOCIATION ANNUITY FUNDS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

☒ By electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the e-mail address listed below:

Bahram Seyedin-Noor bnoor@wsgr.com
Boris Feldman boris.feldman@wsgr.com
Cheryl Weisbard Foung cfoung@wsgr.com
Terry T. Johnson tjohnson@wsgr.com
**Wilson Sonsini Goodrich & Rosati**
650 Page Mill Road
Palo Alto, CA 94304

Bryan Jacob Ketroser bketroser@wsgr.com
**Wilson Sonsini Goodrich & Rosati**
One Market Street, Spear Tower, Suite 3300
San Francisco, CA 94105

Lionel Z. Glancy
Michael M. Goldberg
info@glancylaw.com
**Glancy Binkow & Goldberg LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on November 26, 2007.

_____
Sheeree I. Renwick

CERTIFICATE OF SERVICE
CASE NO. 3:07-CV-04578-SI

2