**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER RUDOLPH, individually and on behalf of all others similarly situated,<br>      Plaintiffs,<br><br>v.<br><br>UT STARCOM, et al.,<br>      Defendants. | CASE NO. C 07-4578 SI<br><br>NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Counsel report that they have met and conferred regarding ADR and that they:

☒   have not yet reached an agreement to an ADR process
☐   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference    December 14, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Donald J. Enright | Plaintiff | (202) 337-8000 | denright@finkelsteinthompson.com |
| Bahram Seyedin-Noor | UTStarcom, et al. | (650) 493-9300 | bnoor@wsgr.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: November 27, 2007

/s/ Donald J. Enright
Attorney for Plaintiff
PETER RUDOLPH, individually and on behalf of all others similarly situated

Dated: November 27, 2007

/s/ Bahram Seyedin-Noor
Attorney for Defendants
UTSTARCOM, INC., HONG LIANG LU, MICHAEL SOPHIE, THOMAS TOY and FRANCIS BARTON