**DENIED**

*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re UTSTARCOM, INC. SECURITIES LITIGATION | Master File No. C-04-4908-JW(PVT) |
| | C 07-04578 SI |
| This Document Relates To: | **ORDER DENYING ADMINISTRATIVE MOTION TO RELATE CASES** |
| ALL ACTIONS. | |

1 | Having reviewed the brief(s) and the supporting declaration(s) and exhibit(s) attached thereto

******

**ORDER**

Based on the papers submitted to date, the Court finds the above entitled action unrelated to a newly file action presently assigned to Judge Susan Illston.  See Rudolph v. UTStarcom, et al. C 07-4578 SI.  The earlier filed Locals 302 and 612's Complaint primarily focuses on alleged false representations regarding UTStarcom's sales in the Chinese market.  The later Rudolph's Complaint primarily focuses on options backdating.  These differences result in distinct loss causation theories and class periods.  Accordingly, the Court DENIES Plaintiffs' Motion to Relate.

Dated:  November 30, 2007

_____
JAMES WARE
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 20, 2007.

/s/
SHIRLEY H. HUANG

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: Shuang@csgrr.com

# Mailing Information for a Case 5:04-cv-04908-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patricia I. Avery**
  pavery@wolfpopper.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Patrick J. Coughlin**
  PatC@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Stephanie L. Dieringer**
  sldieringer@hulettharper.com,office@hulettharper.com

- **Kimberly C. Epstein**
  kimcor@lerachlaw.com,mariam@lerachlaw.com,e_file_sf@lerachlaw.com

- **Boris Feldman**
  boris.feldman@wsgr.com,bhickman@wsgr.com,ncarvalho@wsgr.com

- **Vincent P. Finigan , Jr**
  vfinigan@morganlewis.com

- **Cheryl Weisbard Foung**
  cfoung@wsgr.com,bhickman@wsgr.com

- **Marvin L. Frank**
  mfrank@murrayfrank.com,info@murrayfrank.com

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Philip Howard Gordon**
  pgordon@gordonlawoffices.com,tmurphy@gordonlawoffices.com

- **Scott Christensen Hall**
  halls@sullcrom.com,herediak@sullcrom.com

- **Shirley H. Huang**
  shirleyh@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Terry T. Johnson**

tjohnson@wsgr.com,fgallardo@wsgr.com,calendar@wsgr.com,mevenson@wsgr.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com

- **Amanda Lenore Kosowsky**
  amanda.kosowsky@cwt.com

- **Michael John Lawson**
  michael.lawson@morganlewis.com,rluke@morganlewis.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Elizabeth Pei Lin**
  elin@milbergweiss.com,lbodenstein@milbergweiss.com,crosete@milbergweiss.com,schang@mill

- **Gregory A Markel**
  gregory.markel@cwt.com

- **Rachele R. Rickert**
  rickert@whafh.com

- **Amie Danielle Rooney**
  rooneya@sullcrom.com

- **Robert Andrew Sacks**
  sacksr@sullcrom.com

- **Christopher Paul Seefer**
  chriss@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Ronit Setton**
  ronit.setton@cwt.com

- **Bahram Seyedin-Noor**
  bnoor@wsgr.com,rlustan@wsgr.com

- **Sylvia Sum**
  sylvias@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Olga A. Tkachenko**
  otkachenko@mofo.com,mbarakah@mofo.com

- **Inna Zatulovsky**
  izatulovsky@morganlewis.com,dlang@morganlewis.com

- **Jason de Bretteville**
  debrettevillej@sullcrom.com,powelllj@sullcrom.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Sam Brott**
550 West C Street
San Diego, CA 92101

**Paul T. Curley**
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016

**Dale MacDiarmid**
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Ronit Sutton's**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281