IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER RUDOLPH, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>   v.<br><br>UT STARCOM, et al.,<br><br>                    Defendants.<br>_____/ | No. C 07-04578 SI<br><br>**ORDER REQUESTING ADDITIONAL INFORMATION ABOUT LEAD PLAINTIFF APPLICANT** |

Currently before the Court are competing motions by James R. Bartholomew and the Detectives' Endowment Association Annuity Fund to be appointed lead plaintiff in this putative class action. The motions are scheduled for hearing on December 14, 2007. In advance of that hearing, the Court requires additional background information about Mr. Bartholomew, including where he lives, what he does for a living and, particularly, whether he is affiliated in any way with or related to C.P. Bartholomew, an attorney at Finkelstein Thompson LLP whose name initially appeared on the class action complaint filed by Peter Rudolph. In addition, the Court requests that Mr. Bartholomew explain what the "Reliant Resources" litigation mentioned on his certification form was, and whether/to what extent he had any involvement in it. **This information should be filed with the Court on or before Monday, December 10, 2007.**

**IT IS SO ORDERED.**

Dated: December 5, 2007

                                                                          _Susan Illston_
                                                                          SUSAN ILLSTON
                                                                          United States District Judge