1 | Mark Punzalan (State Bar No. 247599)
2 | mpunzalan@finkelsteinthompson.com
  | **FINKELSTEIN THOMPSON LLP**
3 | 100 Bush Street, Suite 1450
  | San Francisco, California 94104
4 | Telephone: (415) 398-8700
  | Facsimile: (415) 398-8704
5 |
6 | [Additional Counsel Listed on Signature Page]
7 | [Proposed] Lead Counsel

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER RUDOLPH, individually and on behalf of all others similarly situated, ) ) ) | Case No. 3:07-CV-04578-SI |
| Plaintiff, ) ) | **JAMES R. BARTHOLOMEW'S REPLY TO THE COURT'S REQUEST FOR SUPPLEMENTAL INFORMATION** |
| vs. ) ) | |
| UT STARCOM, HONG LIANG LU, MICHAEL SOPHIE, THOMAS TOY, and FRANCIS BARTON, ) ) ) ) | **DATE:** December 14, 2007<br>**TIME:** 9:00 a.m.<br>**COURTROOM:** 10<br>**JUDGE:** Hon. Susan Illston |
| Defendants. ) ) ) ) | |

1
BARTHOLOMEW REPLY TO COURT'S REQUEST FOR SUPP. INFO.
CASE NO. 3:07-CV-04578-SI

1  In response to the Court's request on December 5, 2007 for supplemental information regarding James R. Bartholomew's ("Mr. Bartholomew") application for lead plaintiff, Mr. Bartholomew hereby submits the following information in response to the Court's inquiry.

Mr. Bartholomew was born on November 24, 1942 and is 65 years old. From 1960 until 1963, Mr. Bartholomew served as a construction battalion surveyor for the United States Navy. Following his time in the Navy, Mr. Bartholomew was employed as a motorcycle mechanic until approximately 1973. At this time Mr. Bartholomew became employed as an "over the road" truck driver with McLean Trucking, a company now out of business. During his time as a truck driver, Mr. Bartholomew worked for Consolidated Freightways, Arkansas Best and Yellow Freight. While working as a truck driver, Mr. Bartholomew was also independently investing in the stock market. He retired from truck driving in the late 1980s and continued to make a living as an independent investor in the stock market.

Mr. Bartholomew currently resides at 1311 Crown Isle Circle, Apopka, Florida 32712. He is in no way affiliated or related to C.P. Bartholomew, an attorney with Finkelstein Thompson LLP.

With regards to the *Reliant Resources* securities litigation, Mr. Bartholomew was a class member and submitted a claim form in connection therewith. He was never a lead plaintiff nor a lead plaintiff movant in that action, but listed it as a class action in which he was involved (albeit strictly as a class member and claimant) in the interest of the fullest disclosure.

Dated: December 6, 2007        Respectfully submitted,

/s/ Mark Punzalan
Mark Punzalan

**FINKELSTEIN THOMPSON LLP**
100 Bush Street
Suite 1450
San Francisco, California 94104
Telephone: 415.398.8700

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Facsimile: 415.398.8704

- and -

Donald J. Enright
Elizabeth K. Tripodi
**FINKELSTEIN THOMPSON LLP**
1050 30th Street, NW
Washington, D.C. 20007
Telephone: 202.337.8000
Facsimile: 202.337.8090

*[Proposed] Lead Counsel*

# CERTIFICATE OF SERVICE

I, Mark Punzalan, declare:

I am employed in San Francisco County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Finkelstein Thompson LLP, 100 Bush Street, Suite 1450, San Francisco, California 94104.

On December 6, 2007, I served the following document**:**

**JAMES R. BARTHOLOMEW'S REPLY TO THE COURT'S REQUEST FOR SUPPLEMENTAL INFORMATION**

☒ By electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the e-mail address listed below:

Bahram Seyedin-Noor bnoor@wsgr.com
Boris Feldman boris.feldman@wsgr.com
Cheryl Weisbard Foung cfoung@wsgr.com
Terry T. Johnson tjohnson@wsgr.com
**Wilson Sonsini Goodrich & Rosati**
650 Page Mill Road
Palo Alto, CA 94304

Bryan Jacob Ketroser bketroser@wsgr.com
**Wilson Sonsini Goodrich & Rosati**
One Market Street, Spear Tower, Suite 3300
San Francisco, CA 94105

Lionel Z. Glancy
Michael M. Goldberg
info@glancylaw.com
**Glancy Binkow & Goldberg LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on December 6, 2007.

/s/ Mark Punzalan
Mark Punzalan