GLANCY BINKOW & GOLDBERG
Lionel Z. Glancy, #134180
Michael Goldberg, #188669
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310)201-9150
Facsimile: (310)201-9160
E-mail: info@glancylaw.com

*Liaison Counsel for Plaintiffs*

SCHOENGOLD SPORN LAITMAN
& LOMETTI, P.C.
Christopher Lometti
Jay P. Saltzman
Ashley Kim
19 Fulton Street, Suite 406
New York, New York 10038
Telephone: (212) 964-0046

*Counsel for the Detectives'
Endowment Association Annuity Fund*

*Attorneys for Plaintiffs and Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER RUDOLPH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> UTSTARCOM, HONG LIANG LU, MICHAEL SOPHIE, THOMAS TOY, and FRANCIS BARTON, <br><br> Defendant | Case No.:  **Civil Action No. 07-CV-4578 (SI)** <br><br> **DETECTIVES' ENDOWMENT ASSOCIATION ANNUITY FUND'S NOTICE OF WITHDRAWAL AND STATEMENT OF NON-OPPOSITION** <br><br> Hon. Judge Susan Illston |

The Detectives' Endowment Association Annuity Fund (the "DEA Fund"), through its counsel, pursuant to Civil Local Rule 7.7(e), hereby respectfully withdraws its motion, filed on November 5, 2007, for consolidation, appointment of Lead Plaintiff and approval of Lead Counsel in the above-captioned case and related cases. Pursuant to Civil Local Rule 7.3(b), the DEA Fund further states that it no longer opposes the motion of James R. Bartholomew, also filed on November 5, 2007, for consolidation, appointment of Lead Plaintiff and approval of Lead Counsel in the above-captioned case and related cases.

Dated: December 11, 2007

GLANCY BINKOW & GOLDBERG LLP

By:_____/s/_____
Lionel Z. Glancy, #134180
Michael Goldberg, #188669
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310)201-9150
Facsimile: (310)201-9160
E-mail: info@glancylaw.com

SCHOENGOLD SPORN LAITMAN
& LOMETTI, P.C.
Christopher Lometti
Jay P. Saltzman
Ashley Kim
19 Fulton Street, Suite 406
New York, New York 10038
Telephone: (212) 964-0046

Counsel for the Detectives'
Endowment Association Annuity Fund

Attorneys for Plaintiffs and Proposed Class