GLANCY BINKOW & GOLDBERG
Lionel Z. Glancy, #134180
Michael Goldberg, #188669
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310)201-9150
Facsimile: (310)201-9160
E-mail: info@glancylaw.com

*Liaison Counsel for Plaintiffs*

SCHOENGOLD SPORN LAITMAN
& LOMETTI, P.C.
Christopher Lometti
Jay P. Saltzman
Ashley Kim
19 Fulton Street, Suite 406
New York, New York 10038
Telephone: (212) 964-0046

*Counsel for the Detectives'
Endowment Association Annuity Fund*

*Attorneys for Plaintiffs and Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER RUDOLPH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UTSTARCOM, HONG LIANG LU, MICHAEL SOPHIE, THOMAS TOY, and FRANCIS BARTON,<br><br>Defendant | Civil Action No. 07-CV-4578 (SI)<br><br>**CERTIFICATE OF SERVICE** |

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA RULES AND ECF GENERAL ORDER NO. 45 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On December 11, 2007 I served the following by posting such documents electronically the ECF website of the United States District Court for the Northern District of California:

1. **DETECTIVES' ENDOWMENT ASSOCIATION ANNUITY FUND'S NOTICE OF WITHDRAWAL AND STATEMENT OF NON-OPPOSITION**

on all ECF- registered parties in the action and upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California to:

Christopher Lometti
Ashley Kim
Schoengold & Sporn P.C.
19 Fulton Street
Suite 406
New York, NY 10038

Executed on December 11, 2007, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

                                   /s/*Zabella Moore*
                                   Zabella Moore

**CERTIFICATE OF SERVICE**