UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 12/14/07

Case No.   C-07-4578 SI          Judge:   SUSAN ILLSTON

Title: PETER RUDOLPH  -v-  UT STARCOM

Attorneys: Enright, Punzalan        Seyedin-Noor

Deputy Clerk: Tracy Sutton   Court Reporter: B. Ball

**PROCEEDINGS**

1)   Motion for Approval of Lead pltf., etc - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( X )Court

Disposition :  ( X ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **4/4/08  @ 2:30 p.m.** for Further Case Management Conference

Case continued to  **4/4/08  @ 9:00 a.m.**  for Motion to Dismiss
(Motion due **2/29/08**, Opposition **3/14/08** Reply **3/21/08**)

Case continued to   @ 3:30 p.m.  for Pretrial Conference

Case continued to   @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Plaintiff shall file the amended complaint by 1/25/08.