# EXHIBIT A

## PLAINTIFF CERTIFICATION

I, Jim Bartholomew, hereby declare that:

1. I have reviewed a draft Complaint in this class action and have authorized the filing thereof.

2. I did not purchase (or otherwise acquire) or sell securities of UTSTARcom, Inc. the subject of the Complaint, at the direction of my counsel or in the hope to participate in any private action arising under the Securities Act of 1933 or the Securities Exchange Act of 1934.

3. I am willing to serve as a representative plaintiff on behalf of the class defined in the Complaint, including providing testimony at deposition and trial, if necessary.

4. I have engaged in the following transactions involving the securities of UTSTARcom, Inc.:

| Purchases | Trade Date | Price Per Security | Total |
|---|---|---|---|
| ( SEE ATTACHED ) | | | |

| Sales | Date | Price Per Security | Total |
|---|---|---|---|
| | | | |

5. During the last three years preceding the date of this Certification, I have sought to serve as a representative plaintiff on behalf of a class in the following actions brought under the Securities Act of 1933 or the Securities Exchange Act of 1934: RELIANT RESOURCES (RRI)

6. I will not accept any payment for serving as a representative plaintiff on behalf of the class beyond my pro rata share of any recovery, except as ordered by the Court.

7. Nothing herein shall be construed to be or constitute a waiver of my attorney-client privilege.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the ____ day of ~~July, 2007.~~

9/10/2007 James R Bartholomew

Jim Bartholomew

JAMES R BARTHOLOMEW

| | | |
|---|---|---|
| 3/17/06 | 20,000 | 118,726 |
| " | 20,000 | 117,993 |
| " | 20,000 | 118,000 |
| | 60,000 | $ 354,719 |

$ 5.91+ / SHARE

| | | |
|---|---|---|
| 11/28/05 | 20,000 | $ 158,000 |
| " | 5,880 | 46,452 |
| 11/25/05 | 14,120 | 111,548 |
| | 40,000 | $ 316,000 |

$ 7.90 /SHARE

| | | |
|---|---|---|
| 4/1/05 | 100,000 | $ 1,095,730 |

$ 10.98 / SHARE

| | | |
|---|---|---|
| 3/11/05 | 100,000 | $ 1,285,940 |

$ 12.86 / SHARE