1  TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
   BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
2  BAHRAM SEYEDIN-NOOR, State Bar No. 203224 (bnoor@wsgr.com)
   CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
3  BRYAN J. KETROSER, State Bar No 239105 (bketroser@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
6
   Attorneys for Defendants
7  UTSTARCOM, INC., HONG LIANG LU,
   YING WU, MICHAEL SOPHIE, THOMAS TOY,
8  and FRANCIS BARTON

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12
   PETER RUDOLPH, individually and on behalf   )   CASE NO.: C-07-4578 SI
13 of all others similarly situated,            )
                                                )   **DEFENDANTS' NOTICE OF
14           Plaintiff,                         )   MOTION AND MOTION TO
                                                )   DISMISS PLAINTIFF'S AMENDED
15      v.                                      )   CLASS ACTION COMPLAINT,
                                                )   AND MEMORANDUM OF POINTS
16 UTSTARCOM, HONG LIANG LU, YING WU,           )   AND AUTHORITIES IN SUPPORT
   MICHAEL SOPHIE, THOMAS TOY, and              )   THEREOF**
17 FRANCIS BARTON,                              )
                                                )   Date:   April 4, 2008
18           Defendants.                        )   Time:   9:00 p.m.
                                                )
19 _____ )   Before: Hon. Susan Illston

20

21

22

23

24

25

26

27

28

# TABLE OF CONTENTS

**Page**

NOTICE OF MOTION AND MOTION ..................................................................................... viii

ISSUES TO BE DECIDED (Local Rule 7-4(a)(3)) ..................................................................... viii

MEMORANDUM OF POINTS AND AUTHORITIES ................................................................. 1

INTRODUCTION ........................................................................................................................... 1

BACKGROUND FACTS ............................................................................................................... 2

  A. The Company and the Individual Defendants ................................................... 2

  B. The Options Investigation .................................................................................. 2

  C. Procedural History .............................................................................................. 4

ARGUMENT ................................................................................................................................... 4

I. TO SURVIVE DISMISSAL, THE AMENDED COMPLAINT MUST COMPLY WITH THE HEIGHTENED PLEADING REQUIREMENTS OF THE REFORM ACT ............................................................................................................................ 5

II. PLAINTIFF FAILS TO PLEAD A CLAIM UNDER SECTION 10(b) ........................... 5

  A. Plaintiff Fails to Adequately Plead Loss Causation ............................................ 6

    1. The November 7, 2006 Announcement of a Voluntary Review of Historical Equity Award Grant Practices Was Not a Corrective Disclosure .................................................................................................. 6

    2. The July 24, 2007 Announcement of a Reduced Restatement Does Not Support Loss Causation ................................................................... 7

  B. Plaintiff Fails to Adequately Plead Scienter ....................................................... 9

    1. Plaintiff Must Plead Particularized Facts Establishing a Strong Inference of Intent or Deliberate Recklessness ............................................ 9

    2. The Restatement Does Not Establish Scienter ........................................ 10

    3. Sarbanes-Oxley Certifications Do Not Establish Scienter ...................... 11

    4. Plaintiff Utterly Fails to Plead Facts Establishing the Individual Defendants' Involvement in the Stock Option Granting Process .............. 12

    5. Plaintiff's Motive and Opportunity Allegations Do Not Evidence Scienter ..................................................................................................... 15

    6. Plaintiff's Confidential Witness Allegations Fail to Establish Scienter ..................................................................................................... 17

7. Because Plaintiff Fails to Adequately Plead Scienter as to Any Individual Defendant, He Fails to Plead Scienter as to the Company ......20

III. PLAINTIFF'S SECTION 14(a) CLAIM IS TIME-BARRED AND FAILS TO SATISFY THE PLEADING REQUIREMENTS OF THE REFORM ACT.....................20

    A. Plaintiff Fails to Adequately Identify any False or Misleading Statements..........21

    B. Plaintiff Fails to Adequately Plead that the Alleged Misstatements Were an "Essential Link" in the Accomplishment of Any Proposed Transaction ..............22

    C. Plaintiff Fails to Adequately Plead a Strong Inference of Negligence..................23

    D. The Applicable Statute of Limitations Bars Plaintiff's Claim as to All But the 2005 and 2006 Proxies .....................24

IV. PLAINTIFF'S SECTION 20(a) CLAIM MUST BE DISMISSED FOR FAILURE TO PLEAD A PRIMARY VIOLATION................................25

CONCLUSION ........................................25

# TABLE OF AUTHORITIES

*Beck ex rel. Equity Office Props. Trust v. Dobrowski*, No. 06 C 6411,
   2007 WL 3407132 (N.D. Ill. Nov. 14, 2007) ................................................................. 23

*Berger v. Ludwick*, No. C-97-0728, 2000 WL 1262646 (N.D. Cal. Aug. 17, 2000),
   aff'd, 15 Fed. Appx. 528 (9th Cir. 2001) ..................................................................... 19

*Bond Opportunity Fund v. Unilab Corp.*, No. 99 Civ. 11074, 2003 WL 21058251
   (S.D.N.Y. May 9, 2003) ........................................................................................ 23, 24

*Cent. Laborers Pension Fund v. Merix Corp.*, No. CV04-826, 2005 WL 2244072
   (D. Or. Sept. 15, 2005) ................................................................................................ 22

*Coble v. Broadvision Inc.*, No. C 01-01969, 2002 WL 31093589
   (N.D. Cal. Sept. 11, 2002) .......................................................................................... 18

*Commc'ns Workers of Am. Plan for Employees' Pensions & Death Benefits v.
   CSK Auto Corp.*, No. CV06-1503, 2007 WL 951968
   (D. Ariz. Mar. 28, 2007) ............................................................................................. 12

*DSAM Global Value Fund v. Altris Software, Inc.*, 288 F.3d 385 (9th Cir. 2002) ............ 9, 10

*Desaigoudar v. Meyercord*, 223 F.3d 1020 (9th Cir. 2000) ........................................ 20, 21, 22

*Dura Pharms., Inc. v. Broudo*, 544 U.S. 336 (2005) ............................................................ 6, 24

*Fidel v. Farley*, 392 F.3d 220 (6th Cir. 2004) ........................................................................... 11

*Grace v. Rosenstock*, 228 F.3d 40 (2d Cir. 2000) ..................................................................... 22

*In re Apple Computer, Inc., Sec. Litig.*, 243 F. Supp. 2d 1012 (N.D. Cal. 2002) ..................... 20

*In re Ariba, Inc. Sec. Litig.*, No. C 03-00277, 2005 WL 608278
   (N.D. Cal. Mar. 16, 2005) .......................................................................................... 23

*In re Autodesk, Inc. Sec. Litig.*, 132 F. Supp. 2d 833 (N.D. Cal. 2000) .............................. 14, 22

*In re Avista Corp. Sec. Litig.*, 415 F. Supp. 2d 1214 (E.D. Wash. 2005) ................................... 7

*In re CNET Networks, Inc. S'holder Derivative Litig.*, 483 F. Supp. 2d 947
   (N.D. Cal. 2007) ............................................................................................. 11, 16, 19

*In re Cornerstone Propane Partners, L.P. Sec. Litig.*, 355 F. Supp. 2d 1069
   (N.D. Cal. 2005) .......................................................................................................... 15

*In re Cyberonics Inc. Sec. Litig.*, 523 F. Supp. 2d 547 (S.D. Tex. 2007) ............................ 15, 16

*In re Digital Island Sec. Litig.*, 223 F. Supp. 2d 546 (D. Del. 2002), aff'd,
   357 F.3d 322 (3d Cir. 2004) ....................................................................................... 23

*In re Ditech Networks, Inc. Derivative Litig.*, No. C 06-5157, 2007 WL 2070300
   (N.D. Cal. July 16, 2007) ...................................................................................... 16, 25

*In re Hansen Natural Corp. Sec. Litig.*, 527 F. Supp. 2d 1142, 2007 WL 3244646 (C.D. Cal. Oct. 16, 2007) .......... 7, 8, 14

*In re Hypercom Corp. Sec. Litig.*, No. CV-05-0455, 2006 WL 1836181 (D. Ariz. July 5, 2006) .......... 12

*In re iBasis, Inc. Derivative Litig.*, – F. Supp. 2d –, 2007 WL 4287591 (D. Mass. Dec. 4, 2007) .......... 24, 25

*In re InVision Techs., Inc. Sec. Litig.*, No. C04-03181, 2006 WL 538752 (N.D. Cal. Jan. 24, 2006) .......... 12

*In re Infineon Techs. AG Sec. Litig.*, No. C 04-04156, 2006 WL 2925680 (N.D. Cal. Sept. 11, 2006) .......... 20

*In re Intelligroup Sec. Litig.*, 468 F. Supp. 2d 670 (D.N.J. 2006) .......... 9

*In re Intelligroup Sec. Litig.*, 527 F. Supp. 2d 262, 2007 WL 3376743 (D.N.J. Nov. 13, 2007) .......... 19

*In re Marsh & McLennan Cos. Sec. Litig.*, – F. Supp. 2d –, 2007 WL 3407064 (S.D.N.Y. Nov. 14, 2007) .......... 21

*In re McKesson HBOC, Inc. Sec. Litig.*, 126 F. Supp. 2d 1248 (N.D. Cal. 2000) .......... 5, 23, 24

*In re Metricom Sec. Litig.*, No. C 01-4085, 2004 WL 966291 (N.D. Cal. Apr. 29, 2004), *aff'd sub nom. Young v. Dreisbach*, 182 Fed. Appx. 714 (9th Cir. 2006) .......... 10

*In re Network Assocs., Inc. II Sec. Litig.*, No. C 00-cv-4849, 2003 WL 24051280 (N.D. Cal. Mar. 25, 2003) .......... 10, 18

*In re Northpoint Commc'ns Group, Inc. Sec. Litig.*, 184 F. Supp. 2d 991 (N.D. Cal. 2001) .......... 18

*In re Omnicom Group, Inc. Sec. Litig.*, No. 02 Civ. 4483, 2008 WL 243788 (S.D.N.Y. Jan. 29, 2008) .......... 8

*In re Openwave Sys., Inc., S'holder Derivative Litig.*, No. C 06-03468, 2008 WL 410259 (N.D. Cal. Feb. 12, 2008) .......... 11

*In re PMC-Sierra, Inc. Derivative Litig.*, No. C 06-05330, 2007 WL 2427980 (N.D. Cal. Aug. 22, 2007) .......... 11

*In re Pac. Gateway Exch., Inc. Sec. Litig.*, 169 F. Supp. 2d 1160 (N.D. Cal. 2001) .......... 22

*In re Peerless Sys., Corp. Sec. Litig.*, 182 F. Supp. 2d 982 (S.D. Cal. 2002) .......... 14

*In re Read-Rite Corp. Sec. Litig.*, 115 F. Supp. 2d 1181 (N.D. Cal. 2000), *aff'd*, 335 F.3d 843 (9th Cir. 2003) .......... 14, 15

*In re Read-Rite Corp. Sec. Litig.*, 335 F.3d 843 (9th Cir. 2003) .......... 9

*In re Siebel Sys., Inc. Sec. Litig.*, No. C 04-0983, 2005 WL 3555718 (N.D. Cal. Dec. 28, 2005) .......... 18, 19

*In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970 (9th Cir. 1999) .................................... *passim*

*In re Silicon Storage Tech., Inc., Sec. Litig.*, No. C 05-0295, 2006 WL 648683 (N.D. Cal. Mar. 10, 2006) ........................................................................................ 10

*In re Splash Tech. Holdings Inc. Sec. Litig.*, 160 F. Supp. 2d 1059 (N.D. Cal. 2001) ........... 17, 18

*In re Stac Elecs. Sec. Litig.*, 89 F.3d 1399 (9th Cir. 1996) ............................................ 14

*In re TIBCO Software, Inc. Sec. Litig.*, No. C 05-2146, 2006 WL 1469654 (N.D. Cal. May 25, 2006) ........................................................................................ 14

*In re Textainer P'ship Sec. Litig.*, No. C-05-0969, 2007 WL 108320 (N.D. Cal. Jan. 10, 2007) ........................................................................................ 21, 25

*In re U.S. Aggregates, Inc. Sec. Litig.*, 235 F. Supp. 2d 1063 (N.D. Cal. 2002) ...................... 10

*In re Van Wagoner Funds, Inc. Sec. Litig.*, 382 F. Supp. 2d 1173 (N.D. Cal. 2004) ................... 11

*In re Vantive Corp. Sec. Litig.*, 283 F.3d 1079 (9th Cir. 2002) ........................... 5, 13, 14, 17

*In re VeriSign, Inc., Derivative Litig.*, – F. Supp. 2d –, 2007 WL 2705221 (N.D. Cal. Sept. 14, 2007) ............................................................................ *passim*

*In re Watchguard Sec. Litig.*, No. C05-678, 2006 WL 2038656 (W.D. Wash. Apr. 21, 2006) ........................................................................................ 12, 13

*Jones v. Deutsche Bank AG*, No. C 04-05357, 2005 WL 1683614 (N.D. Cal. July 19, 2005) ............................................................................................. 16

*Lipton v. Pathogenesis Corp.*, 284 F.3d 1027 (9th Cir. 2002) .......................................... 25

*Morgan v. AXT, Inc.*, No. C 04-4362, 2005 WL 2347125 (N.D. Cal. Sept. 23, 2005) ............... 7, 12

*Nach v. Baldwin*, No. C 07-0740, 2008 WL 410261 (N.D. Cal. Feb. 12, 2008) .................... 11, 20

*Nicholson v. N-Viro Int'l Corp.*, No. 3:06CV01669, 2007 WL 2994452 (N.D. Ohio Oct. 12, 2007) ............................................................................. 22

*Nordstrom, Inc. v. Chubb & Son, Inc.*, 54 F.3d 1424 (9th Cir. 1995) ................................. 20

*Oscar Private Equity Invs. v. Allegiance Telecom, Inc.*, 487 F.3d 261 (5th Cir. 2007) ........................................................................................... 8

*Reiger v. Price Waterhouse Coopers LLP*, 117 F. Supp. 2d 1003 (S.D. Cal. 2000) ..................... 11

*Ronconi v. Larkin*, 253 F.3d 423 (9th Cir. 2001) ....................................................... 17

*S.E.C. v. Todd*, No. 03CV2230, 2006 WL 1564892 (S.D. Cal. May 30, 2006) ........................... 16

*Southland Sec. Corp. v. INSpire Ins. Solutions, Inc.*, 365 F.3d 353 (5th Cir. 2004) .................. 10

*Stoll v. Ardizzone*, No. 07 Civ. 00608, 2007 WL 2982250 (S.D.N.Y. Oct. 9, 2007) .................... 24

*Teachers' Ret. Sys. v. Hunter*, 477 F.3d 162 (4th Cir. 2007) ............................................ 8

1  *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 127 S. Ct. 2499 (2007) ...................................... 5, 10

2  *Weiss v. Amkor Tech., Inc.*, 527 F. Supp. 2d 938, 2007 WL 2808224
       (D. Ariz. Sept. 25, 2007) ..........................................................................................*passim*

3  *Winters v. Stemberg*, – F. Supp. 2d –, 2008 WL 62465 (D. Mass. Jan. 4, 2008).......................... 25

4  *Zucco Partners, LLC v. Digimarc Corp.*, 445 F. Supp. 2d 1201 (D. Or. 2006) ........................... 12

**STATUTES**

15 U.S.C. § 7241(a)..................................................................................................................... 12

15 U.S.C. § 78u-4(b) ................................................................................................................ 5, 21