1  TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
   BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
2  BAHRAM SEYEDIN-NOOR, State Bar No. 203224 (bnoor@wsgr.com)
   CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
3  BRYAN J. KETROSER, State Bar No 239105 (bketroser@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6
   Attorneys for Defendants
7  UTSTARCOM, INC., HONG LIANG LU,
   YING WU, MICHAEL SOPHIE, THOMAS TOY,
8  and FRANCIS BARTON

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12
   PETER RUDOLPH, individually and on behalf  )  CASE NO.: C-07-4578 SI
13 of all others similarly situated,           )
                                               )  **DECLARATION OF BRYAN J.**
14        Plaintiff,                           )  **KETROSER IN SUPPORT OF**
                                               )  **MOTION TO DISMISS**
15     v.                                      )  **PLAINTIFF'S AMENDED CLASS**
                                               )  **ACTION COMPLAINT**
16 UTSTARCOM, HONG LIANG LU, YING WU,          )
   MICHAEL SOPHIE, THOMAS TOY, and             )  Date: April 4, 2008
17 FRANCIS BARTON,                             )  Time: 9:00 p.m.
                                               )
18        Defendants.                          )  Before: Hon. Susan Illston
                                               )
19 _____ )

20

21

22

23

24

25

26

27

28

KETROSER DECL. ISO MOTION TO
DISMISS
CASE NO. C-07-4578 SI

I, Bryan J. Ketroser, declare as follows:

I am an attorney duly licensed to practice law in the State of California and before this Court. I am associated with the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation, counsel for Defendants in the above-entitled action. I respectfully submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint and the accompanying Request for Judicial Notice. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

1. Attached hereto as Exhibit A is a true and correct copy of UTStarcom's ("UTSI" or the "Company") press release entitled "UTStarcom Announces Voluntary Review of Equity Grants," dated November 7, 2006.

2. Attached hereto as Exhibit B is a true and correct copy of a *Forbes.com* article entitled "Options Probe Derails UTStarcom Stock," dated November 8, 2006.

3. Attached hereto as Exhibit C is a true and correct copy of UTSI's stock prices from September 4, 2002 through July 24, 2007.

4. Attached hereto as Exhibit D is a true and correct copy of UTSI's press release entitled "UTStarcom Provides Select Preliminary Balance Sheet Liquidity Information as of June 30, 2007," dated July 24, 2007.

5. Attached hereto as Exhibit E is a true and correct copy of excerpts from UTSI's Form 10-Q for the fiscal quarter ended December 31, 2006, filed with the SEC on October 10, 2007.

6. Attached hereto as Exhibit F is a true and correct copy of excerpts from UTSI's Form S-3/A filed with the SEC on June 21, 2001.

7. Attached hereto as Exhibit G is a true and correct copy of excerpts from UTSI's Forms DEF 14A and DEFA 14A filed with the SEC on April 2, 2003, August 22, 2003, April 7, 2004, April 18, 2005, June 16, 2006, and June 21, 2006.

1  I declare under the penalty of perjury that the foregoing is true and correct. Executed this
2  29th day of February, 2008, in San Francisco, California.

3
4                                                /s/Bryan J. Ketroser
                                                 Bryan J. Ketroser