Exhibit E



# FORM 10-Q

## UTSTARCOM INC - UTSI

**Filed: October 10, 2007 (period: September 30, 2006)**

Quarterly report which provides a continuing view of a company's financial position

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM 10-Q

**(Mark One)**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended September 30, 2006

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from          to

COMMISSION FILE NUMBER 000-29661

# UTSTARCOM, INC.
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **DELAWARE** | **52-1782500** |
| (State of Incorporation) | (I.R.S. Employer Identification No.) |
| **1275 HARBOR BAY PARKWAY** | |
| **ALAMEDA, CALIFORNIA** | **94502** |
| (Address of principal executive offices) | (zip code) |

Registrant's telephone number, including area code: **(510) 864-8800**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☐ No ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or non-accelerated filer (as defined in Rule 12b-2 of the Exchange Act).
Large accelerated filer ☒   Accelerated filer ☐   Non-accelerated filer ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act)
Yes ☐ No ☒

As of September 30, 2007 there were 121,294,645 shares of the registrant's common stock outstanding, par value $0.00125.

Source: UTSTARCOM INC, 10-Q, October 10, 2007

# EXPLANATORY NOTE

**The Company was unable to file timely its Form 10-Q for the quarterly period ended September 30, 2006 because we had commenced a voluntary review of historical stock option practices and the results of that review were not known at the date the Form 10-Q filing was due. We are filing the Form 10-Q for such period concurrently with filing of the Company's Form 10-K Annual Report for the year ended December 31, 2006. Information contained herein about the restatements of previously issued financial statements has been taken from the 2006 Annual Report. The 2006 Annual Report contains additional information about the restatements which is not included herein.**

Our consolidated financial statements and related financial information included in this Quarterly Report on Form 10-Q for accounting periods prior to the third quarter of 2006 have been restated, as described below.

*Summary*

In July 2007, the Company announced the Audit Committee was conducting an independent investigation of historical sales with certain customers in China and stated that it could not rule out the possibility that the outcome of the investigation could impact revenue recognized for certain of such contracts as recorded in previously issued financial statements. In September 2007, the Company announced the investigative phase of the Audit Committee's investigation had been completed. After consultation with and upon the recommendation of management, the Audit Committee determined revenue in the Company's Western Region of China was recognized earlier than it should have been and that the financial statements for the affected periods should be restated. The Company also announced that its previously issued financial statements for each of the fiscal years ended December 31 in the period 2000 through 2005, the financial statements for the interim periods contained in the Quarterly Reports on Form 10-Q filed with respect to each of these years, and the quarterly reports on Form 10-Q filed with respect to each of the quarterly periods ended March 31 and June 30, 2006 should not be relied upon. In this Quarterly Report we have corrected for the effects of net sales and related costs of net sales that were recorded earlier than they should have been. The net effect for the three and nine months ended September 30, 2005 was to reduce and defer previously recognized revenue and gross profit of $34.6 million and $15.1 million, respectively, and $63.7 million and $29.4 million, respectively.

We also conducted a voluntary review of historical stock option practices under the direction of the Nominating and Corporate Governance Committee of our Board of Directors ("Governance Committee"). This review considered all option grant awards made in the period from February 29, 2000, shortly before the initial public offering of our Common Stock, through August 2006 for compliance with the various stock-based compensation accounting standards applicable during this period as well as the rules of our stock option plans. We found that in a number of instances we did not use the proper date as the measurement date in determining whether stock options had been issued with exercise prices below the fair value of our common stock. Therefore, we have restated our previously issued financial statements for the years ended December 31, 1998 through 2005 to account for an additional $25.5 million of stock compensation expense that should have been recognized over the period together with an equal increase in additional paid-in capital to recognize the intrinsic value assigned to these issuances of equity securities. Related adjustments of payroll and income taxes resulted in an additional $0.5 million of expense being recognized for the 1998 through 2005 period and total stockholders' equity being reduced by a total of $2.1 million at December 31, 2005. During the first six months of 2006 an additional $1.2 million of stock compensation expense was recognized, which reduced our previously reported operating results for this period. During the three and nine months ended September 30, 2005 (in thousands), stock compensation expense totalling $76 and ($1,470), respectively, was recognized.

In restating our previously issued financial statements for the investigations described above, we also corrected other previously reported amounts. We corrected our reporting for $80.3 million of net sales to certain third party resellers and $41.2 million of associated cost of net sales in 2005 to classify these amounts as related party net sales and related party cost of net sales classifications, respectively, because in 2006 we determined that sales to these entities were, in substance, sales to one of our significant shareholders, SOFTBANK CORP. The accounts receivable from these sales was similarly reclassified into accounts receivable from related parties in our 2005 balance sheets. We also corrected our reporting of $6.3 million of time deposits at March 31 and June 30, 2006 because they did not mature within three months. Formerly the time deposits had been reported in error as cash equivalents, but now these amounts are included in short-term investments in these balance sheets and in the statements of cash flows for the March and June 2006 reporting periods. The corrections for the three and nine months ended September 30, 2005 interim periods have been recorded in the condensed consolidated financial statements included herein. See also Exhibit 99.1 of our Annual Report on Form 10-K for the year ended December 31, 2006 for the impact of the restatement on all quarterly periods for 2005 and 2006.

None of these restatements had any effect on any of our December 31 cash balances; however, cash equivalents were reduced in the March and June 2006 periods due to the reclassifications described above.

3

Source: UTSTARCOM INC, 10-Q, October 10, 2007

The corrections for the stock option restatement are to increase (reduce) previously reported non-cash compensation expense, payroll taxes, income taxes and net income by the following amounts (in thousands of dollars):

| Year ended December 31, | Non-cash stock compensation | Payroll taxes | Income taxes | Net income |
|---|---|---|---|---|
| 1998 | $ 1,244 | $ — | $ (448) | $ (796) |
| 1999 | — | — | — | — |
| 2000 | 556 | — | (104) | (452) |
| 2001 | 4,870 | — | (942) | (3,928) |
| 2002 | 8,110 | — | (1,550) | (6,560) |
| 2003 | 12,470 | 900 | (2,281) | (11,089) |
| Totals through December 31, 2003 | 27,250 | 900 | (5,325) | (22,825) |
| 2004 | (410) | 541 | 250 | (381) |
| 2005 | (1,290) | 60 | 4,083 | (2,853) |
| 2000-2005 Total | 25,550 | 1,501 | (992) | (26,059) |
| 2006 quarter ended | | | | |
| March 31 | 662 | 9 | — | (671) |
| June 30 | 504 | 6 | — | (510) |
| | $ 26,716 | $ 1,516 | $ (992) | $ (27,240) |

The Governance Committee's review found 17.9 million stock options of the 28.8 million options granted on our Common Stock during 2000 through 2005 had incorrect measurement dates. Using the corrected measurement dates, 7.6 million stock options had exercise prices that exceeded the closing price of our Common Stock and therefore had no intrinsic value to be accounted for under APB 25, and 10.3 million stock options had intrinsic value because their exercise prices were below the closing price of our Common Stock. These 10.3 million stock options resulted in an increase in additional non-cash stock-based compensation expense of $24.3 million, and an additional $1.5 million of payroll tax related expenses during 2000-2005 partially offset by $0.5 million of income tax benefit as shown in the above table. Of the 10.3 million stock options resulting in additional non-cash stock-based compensation expense, 2.0 million options were granted to officers and directors and resulted in $6.1 million of additional non-cash stock-based compensation expense.

The total effect of the stock option restatement and the amounts for 2006, as shown in the above table, have been reflected in the September 30, 2006 financial statements. As a result of this restatement, net income decreased by $3.7 million and $2.6 million, respectively, for the three and nine months ended September 30, 2005.

Upon completing its review, the Governance Committee concluded it found no evidence of intent to manipulate the Company's operating results or financial statements. A key finding of the Governance Committee was that there were deficiencies with the process by which stock options were granted during the period from our initial public offering in 2000 through at least 2005, which resulted in accounting errors. The Governance Committee concluded that certain members of management bear varying degrees of responsibility for the deficiencies in the process by which options were granted. The Governance Committee's review also concluded that none of the current or former employees or directors of the Company engaged in intentional wrongdoing.

In determining the above restatement amounts, management used all reasonably available relevant information to form conclusions it believes are reasonable as to the most likely option granting actions that occurred, the dates when such actions occurred, and the determination of grant dates for financial accounting purposes based on when the requirements of the accounting standards were met. In light of significant judgment used in establishing revised measurement dates, alternative approaches to those used by the Stock Option Review Team and management could have resulted in different compensation charges than those recorded in the restatement. The Stock Option Review Team and management considered various alternatives throughout the course of the review and restatement, and management believes the adjustments to measurement dates used in our review of stock option grant accounting and restatement of our financial statements are reasonable and appropriate in our circumstances.

10

Source: UTSTARCOM INC, 10-Q, October 10, 2007

*Summary of Restatement Amounts*

The following table presents the decrease in net earnings from the restatement for each restated year:

| Year ended December 31, | Net income (loss), as previously reported | Restatement adjustments | | | Net income (loss), as restated |
|---|---|---|---|---|---|
| | | China Sales | Stock Options | Total | |
| | | | (in thousands) (Decrease) Increase | | |
| 1998 | $ — | $ | (796) | $ (796) | |
| 1999 | | — | | — | |
| 2000 | | (4,781) | (452) | (5,233) | |
| 2001 | | (5,779) | (3,928) | (9,707) | |
| 2002 | $ 107,862 | (19,697) | (6,560) | (26,257) | $ 81,605 |
| 2003 | $ 209,856 | (6,382) | (11,089) | (17,471) | $ 192,385 |
| Totals through December 31, 2003 | | (36,639) | (22,825) | (59,464) | |
| 2004 | $ 69,824 | (18,594) | (381) | (18,975) | $ 50,849 |
| 2005 | $ (487,359) | (42,433) | (2,853) | (45,286) | $ (532,645) |
| 2000 - 2005 Total | | (97,666) | (26,059) | (123,725) | |
| 2006 quarter ended | | | | | |
| 2006 Q1 | | 1,360 | (671) | 689 | |
| 2006 Q2 | | (371) | (510) | (881) | |
| | | $ (96,677) | $ (27,240) | $ (123,917) | |

The effect these corrections on diluted earnings (loss) per share for 2002 to 2005 are as follows:

| Year ended December 31, | Diluted earnings (loss) per share, as previously reported | Restatement amounts | | | Diluted earnings (loss) per share, as restated |
|---|---|---|---|---|---|
| | | China sales | Stock options | Total restatement | |
| 2002 | 0.94 | (0.17) | (0.06) | (0.23) | 0.71 |
| 2003 | 1.70 | (0.05) | (0.09) | (0.14) | 1.56 |
| 2004 | 0.54 | (0.14) | (0.00) | (0.14) | 0.40 |
| 2005 | (4.16) | (0.36) | (0.03) | (0.39) | (4.55) |

The cumulative effect on stockholders' equity at December 31, 2003 from the above corrections is as follows (in thousands):

| | |
|---|---|
| Increase (decrease) in paid-in capital and deferred stock compensation: | |
| Values assigned to stock options | $ 27,250 |
| Reduction of previously recorded income tax benefits from stock options | (1,278) |
| Net increase in paid-in capital and deferred stock compensation | 25,972 |
| (Increase) decrease in retained earnings: | |
| Revenue and related cost of sales deferral for China system sales | (36,639) |
| Additional non-cash compensation expense from stock options | (27,250) |
| Payroll taxes for values assigned to stock options | (900) |
| Income tax benefit from additional compensation and payroll tax expense | 5,325 |
| Net increase in retained earnings | (59,464) |

Source: UTSTARCOM INC, 10-Q, October 10, 2007

| Net decrease in stockholders' equity at December 31, 2003 | $ | (33,492) |
|---|---|---|

In restating the previously issued financial statements for the investigations discussed above, the Company also corrected other previously reported amounts. It corrected the reporting of $7.2 million and $62.7 million, respectively, of net sales to certain third party resellers and $7.7 million and $24.6 million, respectively, of associated cost of net sales for the three and nine months ended September 30, 2005 to classify these amounts as related party net sales and related party cost of net sales classifications, respectively, because in 2006 the Company determined that sales to these entities were, in substance, sales to a significant shareholder, SOFTBANK CORP. The classification of the accounts receivable from these sales was similarly changed to include them in accounts receivable from related parties in the September 30, 2005 consolidated balance sheet.

11

Source: UTSTARCOM INC, 10-Q, October 10, 2007