TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
BAHRAM SEYEDIN-NOOR, State Bar No. 203224 (bnoor@wsgr.com)
CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
BRYAN J. KETROSER, State Bar No 239105 (bketroser@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
UTSTARCOM, INC., HONG LIANG LU,
YING WU, MICHAEL SOPHIE, THOMAS TOY,
and FRANCIS BARTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER RUDOLPH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UTSTARCOM, HONG LIANG LU, YING WU, MICHAEL SOPHIE, THOMAS TOY, and FRANCIS BARTON,<br><br>Defendants. | CASE NO.: C-07-4578 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**<br><br>Date:   April 4, 2008<br>Time:  9:00 p.m.<br><br>Before: Hon. Susan Illston |

Defendant UTStarcom, Inc. ("UTSI" or the "Company") and Defendants Hong Liang Lu, Ying Wu, Michael Sophie, Thomas Toy, and Francis Barton (the "Individual Defendants") have moved this Court to dismiss the Amended Class Action Complaint, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.SC. § 78u-4, *et seq.*, and Rule 12(b)(6) of the Federal Rules of Civil Procedure.

The Court, having considered the briefs and other documents in support of and in opposition to the motion, having heard the arguments of counsel, and being fully advised in this matter finds as follows:

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint is GRANTED. The Amended Class Action Complaint is dismissed in its entirety as to all Defendants.

IT IS SO ORDERED.

Dated:

---

The Honorable Susan Illston
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO
DISMISS AM. CLASS ACTION COMPLAINT
CASE NO. C-07-4578 SI

-1-