Mark Punzalan (State Bar No. 247599)
mpunzalan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone:  (415) 398-8700
Facsimile:  (415) 398-8704

Donald J. Enright
denright@finkelsteinthompson.com
Elizabeth K. Tripodi
etripodi@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
1050 30th Street, NW
Washington, D.C. 20007
Telephone: 202.337.8000
Facsimile: 202.337.8090

Lead Counsel for Plaintiff and the Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PETER RUDOLPH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>UT STARCOM, HONG LIANG LU, MICHAEL SOPHIE, THOMAS TOY, and FRANCIS BARTON,<br><br>    Defendants. | Case No. 3:07-CV-04578-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

STIP. AND [PROPOSED] ORDER
CONTINUING HEARING ON MOTION TO
DISMISS
Case No. 3:07-CV-04578-SI

1  WHEREAS, on January 25, 2008, Lead Plaintiff James R. Bartholomew ("Plaintiff") filed his Amended Class Action Complaint ("Complaint");

WHEREAS, on February 29, 2008, Defendants filed a motion to dismiss the Complaint;

WHEREAS, the Court scheduled Defendants' motion for hearing on April 4, 2008 at 9:00 a.m., with a Case Management Conference to be heard on the same day at 2:30 p.m.;

WHEREAS, due to a scheduling conflict, Plaintiff's counsel requests to continue the hearing and Case Management Conference in this action to April 11, 2008;

WHEREAS, Defendants have agreed to Lead Plaintiff's request to continue the hearing on their motion to dismiss the Complaint and the Case Management Conference to April 11, 2008;

NOW THEREFORE, pursuant to the parties' stipulation and subject to the Court's approval:

1. The hearing on Defendants' motion to dismiss, originally set for April 4, 2008 at 9:00 a.m. before the Honorable Susan Illston, United States District Court, Northern District of California, San Francisco Division, Courtroom 10, 19th Floor, is hereby continued to April 11, 2008 at 9:00 a.m.

2. The Case Management Conference, originally set for April 4, 2008 at 2:30 p.m. is hereby continued to April 11, 2008 at 2:30 p.m.

3. All briefing deadlines shall be conformed to the new hearing date pursuant to the Civil Local Rules of this Court.

IT IS SO STIPULATED.

Dated: March 19, 2008                    FINKELSTEIN, THOMPSON LLP


                                         By: /s/ DONALD J. ENRIGHT
                                             DONALD J. ENRIGHT

                                         Attorneys for Plaintiff

STIP. AND [PROPOSED] ORDER
CONTINUING HEARING ON MOTION TO                1
DISMISS
Case No. 3:07-CV-04578-SI

Dated: March 19, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ BAHRAM SEYEDIN-NOOR
BAHRAM SEYEDIN-NOOR

Attorneys for Defendants

## [PROPOSED] ORDER

PURSUANT TO THIS STIPULATION, AND GOOD CAUSE APPEARING, the Court orders as follows:

1. The hearing on Defendants' motion to dismiss, originally set for April 4, 2008 at 9:00 a.m. before the Honorable Susan Illston, United States District Court, Northern District of California, San Francisco Division, Courtroom 10, 19th Floor, is hereby continued to April 11, 2008 at 9:00 a.m.

2. The Case Management Conference, originally set for April 4, 2008 at 2:30 p.m. is hereby continued to April 11, 2008 at 2:30 p.m.

3. All briefing deadlines shall be conformed to the new hearing date pursuant to the Civil Local Rules of this Court.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Susan Illston
United States District Court Judge

1 | I, Mark Punzalan, am the ECF User whose identification and password are being used to file the Joint Stipulation and [Proposed] Order Regarding Time for Defendants' Response to Plaintiff's Class Action Complaint. I hereby attest that Bahram Seyedin-Noor and Donald J. Enright have concurred in this filing.

Dated: March 19, 2008

FINKELSTEIN THOMPSON LLP

By: /s/ Mark Punzalan
    Mark Punzalan

Attorneys for Plaintiff