TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
BAHRAM SEYEDIN-NOOR, State Bar No. 203224 (bnoor@wsgr.com)
CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
BRYAN J. KETROSER, State Bar No 239105 (bketroser@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER RUDOLPH, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>UT STARCOM, HONG LIANG LU, MICHAEL SOPHIE, THOMAS TOY, and FRANCIS BARTON,<br><br>            Defendants. | CASE NO.: C-07-4578 SI<br><br>DEFENDANT YING WU'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2    named parties, there is no such interest to report.

4    Dated: March 19, 2008                         WILSON SONSINI GOODRICH & ROSATI
                                                   Professional Corporation

7                                                  By: /s/ BAHRAM SEYEDIN-NOOR
                                                       BAHRAM SEYEDIN-NOOR

                                                   Attorneys for Defendants

13   I, Bryan J. Ketroser, am the ECF User whose identification and password are being used
14   to file Defendant Ying Wu's Certification of Interested Entities or Persons. I hereby attest that
15   Bahram Seyedin-Noor has concurred in this filing.

17   Dated: March 19, 2008                         WILSON SONSINI GOODRICH & ROSATI
                                                   Professional Corporation

19                                                 By: /s/ BRYAN J. KETROSER
                                                       BRYAN J. KETROSER

                                                   Attorneys for Defendants