Mark Punzalan (State Bar No. 247599)
mpunzalan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Donald J. Enright
denright@finkelsteinthompson.com
Elizabeth K. Tripodi
etripodi@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
1050 30th Street, NW
Washington, D.C. 20007
Telephone: 202.337.8000
Facsimile: 202.337.8090

Lead Counsel for Plaintiff and the Class

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER RUDOLPH, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>UT STARCOM, HONG LIANG LU, MICHAEL SOPHIE, THOMAS TOY, and FRANCIS BARTON,<br><br>          Defendants. | Case No. 3:07-CV-04578-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

STIP. AND [PROPOSED] ORDER
CONTINUING HEARING ON MOTION TO
DISMISS
Case No. 3:07-CV-04578-SI

1  WHEREAS, on January 25, 2008, Lead Plaintiff James R. Bartholomew ("Plaintiff")
2  filed his Amended Class Action Complaint ("Complaint");
3  WHEREAS, on February 29, 2008, Defendants filed a motion to dismiss the Complaint;
4  WHEREAS, the Court scheduled Defendants' motion for hearing on April 4, 2008 at
5  9:00 a.m., with a Case Management Conference to be heard on the same day at 2:30 p.m.;
6  WHEREAS, due to a scheduling conflict, Plaintiff's counsel requests to continue the
7  hearing and Case Management Conference in this action to April 11, 2008;
8  WHEREAS, Defendants have agreed to Lead Plaintiff's request to continue the hearing
9  on their motion to dismiss the Complaint and the Case Management Conference to April 18,
10 2008;
11 NOW THEREFORE, pursuant to the parties' stipulation and subject to the Court's
12 approval:
13 1.     The hearing on Defendants' motion to dismiss, originally set for April 4, 2008 at
14 9:00 a.m. before the Honorable Susan Illston, United States District Court, Northern District of
15 California, San Francisco Division, Courtroom 10, 19th Floor, is hereby continued to April 18,
16 2008 at 9:00 a.m.
17 2.     The Case Management Conference, originally set for April 4, 2008 at 2:30 p.m. is
18 hereby continued to April 18, 2008 at 2:30 p.m.
19 3.     All briefing deadlines shall be conformed to the new hearing date pursuant to the
20 Civil Local Rules of this Court.
21 IT IS SO STIPULATED.

Dated: March 19, 2008                           FINKELSTEIN, THOMPSON LLP


                                                By: /s/ DONALD J. ENRIGHT
                                                        DONALD J. ENRIGHT

                                                Attorneys for Plaintiff

STIP. AND [PROPOSED] ORDER                      1
CONTINUING HEARING ON MOTION TO
DISMISS
Case No. 3:07-CV-04578-SI

| | |
|---|---|
| Dated: March 19, 2008 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | By: /s/ BAHRAM SEYEDIN-NOOR<br>    BAHRAM SEYEDIN-NOOR |
| | Attorneys for Defendants |

### [PROPOSED] ORDER

PURSUANT TO THIS STIPULATION, AND GOOD CAUSE APPEARING, the Court orders as follows:

1. The hearing on Defendants' motion to dismiss, originally set for April 4, 2008 at 9:00 a.m. before the Honorable Susan Illston, United States District Court, Northern District of California, San Francisco Division, Courtroom 10, 19th Floor, is hereby continued to April 18, 2008 at 9:00 a.m.

2. The Case Management Conference, originally set for April 4, 2008 at 2:30 p.m. is hereby continued to April 18, 2008 at 2:30 p.m.

3. All briefing deadlines shall be conformed to the new hearing date pursuant to the Civil Local Rules of this Court.

IT IS SO ORDERED.

Dated: _____     _____
                                    The Honorable Susan Illston
                                    United States District Court Judge

STIP. AND [PROPOSED] ORDER
CONTINUING HEARING ON MOTION TO
DISMISS
Case No. 3:07-CV-04578-SI

2

1    I, Mark Punzalan, am the ECF User whose identification and password are being used to
2  file the Joint Stipulation and [Proposed] Order Regarding Time for Defendants' Response to
3  Plaintiff's Class Action Complaint.  I hereby attest that Bahram Seyedin-Noor and Donald J.
4  Enright have concurred in this filing.

Dated:  March 19, 2008                    FINKELSTEIN THOMPSON LLP

                                          By: /s/ Mark Punzalan
                                              Mark Punzalan

                                          Attorneys for Plaintiff