1  TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
   BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
2  BAHRAM SEYEDIN-NOOR, State Bar No. 203224 (bnoor@wsgr.com)
   CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
3  BRYAN J. KETROSER, State Bar No 239105 (bketroser@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
6
   Attorneys for Defendants
7  UTSTARCOM, INC., HONG LIANG LU,
   YING WU, MICHAEL SOPHIE, THOMAS TOY,
8  and FRANCIS BARTON

9
                        UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11

12
13 PETER RUDOLPH, individually and on behalf    )   CASE NO.:  C-07-4578 SI
   of all others similarly situated,            )
                                                )   **SUPPLEMENTAL DECLARATION**
14              Plaintiff,                      )   **OF BRYAN J. KETROSER IN**
                                                )   **SUPPORT OF MOTION TO**
15       v.                                     )   **DISMISS PLAINTIFF'S AMENDED**
                                                )   **CLASS ACTION COMPLAINT**
16 UTSTARCOM, HONG LIANG LU, YING WU,           )
   MICHAEL SOPHIE, THOMAS TOY, and              )   Date:   April 18, 2008
17 FRANCIS BARTON,                              )   Time:   9:00 a.m.
                                                )
18              Defendants.                     )   Before: Hon. Susan Illston
                                                )
19 _____      )

20

21

22

23

24

25

26

27

28

SUPP. KETROSER DECL. ISO
MOTION TO DISMISS
CASE NO. C-07-4578 SI

1  I, Bryan J. Ketroser, declare as follows:

2  I am an attorney duly licensed to practice law in the State of California and before this Court. I am associated with the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation, counsel for Defendants in the above-entitled action. I respectfully submit this supplemental declaration in support of Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

1.  Attached hereto as Exhibit H is a true and correct copy of excerpts from UTStarcom's ("UTSI") Form DEF 14A filed with the Securities and Exchange Commission ("SEC") on June 16, 2006.

2.  Attached hereto as Exhibit I is a true and correct copy of UTSI's stock prices from July 25, 2002 through September 3, 2002.

3.  Attached hereto as Exhibit J is a true and correct copy of excerpts from UTSI's Form 10-Q for the fiscal quarter ended December 31, 2006, filed with the SEC on October 10, 2007.

4.  Attached hereto as Exhibit K is a true and correct copy of excerpts from UTSI's Form DEF 14A filed with the SEC on April 18, 2005.

5.  Attached hereto as Exhibit L is a true and correct copy of excerpts from UTSI's Form 8-K filed with the SEC on May 16, 2005.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 4th day of April, 2008, in Palo Alto, California.

/s/Bryan J. Ketroser
Bryan J. Ketroser

SUPP. KETROSER DECL. ISO
MOTION TO DISMISS
CASE NO. C-07-4578 SI
-1-