# Exhibit I

**UTStarcom, Inc**
**Price Chart**
**July 25, 2002 through September 3, 2002**

| Date | Open | High | Low | Close/Last |
|---|---|---|---|---|
| 7/25/2002 | $ 17.500 | $ 17.540 | $ 14.800 | $ 15.720 |
| 7/26/2002 | $ 15.860 | $ 16.400 | $ 15.370 | $ 16.050 |
| 7/29/2002 | $ 16.200 | $ 17.650 | $ 16.200 | $ 17.080 |
| 7/30/2002 | $ 16.970 | $ 18.220 | $ 16.590 | $ 17.710 |
| 7/31/2002 | $ 17.570 | $ 17.770 | $ 17.210 | $ 17.450 |
| 8/1/2002 | $ 17.460 | $ 17.470 | $ 16.460 | $ 16.660 |
| 8/2/2002 | $ 16.640 | $ 16.640 | $ 15.747 | $ 16.090 |
| 8/5/2002 | $ 16.000 | $ 16.200 | $ 14.750 | $ 14.830 |
| 8/6/2002 | $ 15.410 | $ 16.420 | $ 15.400 | $ 16.010 |
| 8/7/2002 | $ 16.460 | $ 16.490 | $ 15.400 | $ 16.210 |
| 8/8/2002 | $ 16.150 | $ 16.920 | $ 15.750 | $ 16.600 |
| 8/9/2002 | $ 16.290 | $ 16.500 | $ 15.500 | $ 16.190 |
| 8/12/2002 | $ 16.900 | $ 17.000 | $ 15.850 | $ 16.230 |
| 8/13/2002 | $ 16.250 | $ 16.540 | $ 15.820 | $ 15.980 |
| 8/14/2002 | $ 16.050 | $ 16.250 | $ 15.350 | $ 16.020 |
| 8/15/2002 | $ 15.950 | $ 15.950 | $ 12.870 | $ 13.980 |
| 8/16/2002 | $ 13.810 | $ 14.420 | $ 13.450 | $ 14.230 |
| 8/19/2002 | $ 14.230 | $ 14.550 | $ 13.950 | $ 14.150 |
| 8/20/2002 | $ 14.100 | $ 14.110 | $ 13.310 | $ 13.380 |
| 8/21/2002 | $ 13.560 | $ 15.030 | $ 13.550 | $ 14.900 |
| 8/22/2002 | $ 15.220 | $ 15.700 | $ 14.500 | $ 15.320 |
| 8/23/2002 | $ 15.180 | $ 15.180 | $ 14.030 | $ 14.310 |
| 8/26/2002 | $ 14.370 | $ 14.840 | $ 13.890 | $ 14.500 |
| 8/27/2002 | $ 13.820 | $ 13.900 | $ 12.280 | $ 13.508 |
| 8/28/2002 | $ 13.260 | $ 13.596 | $ 12.550 | $ 12.570 |
| 8/29/2002 | $ 12.420 | $ 13.520 | $ 12.420 | $ 13.090 |
| 8/30/2002 | $ 13.410 | $ 13.800 | $ 12.950 | $ 13.200 |
| 9/3/2002 | $ 13.230 | $ 13.230 | $ 12.210 | $ 12.840 |