Mark Punzalan (State Bar No. 247599)
mpunzalan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

[Additional Counsel Listed on Signature Page]

Lead Counsel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER RUDOLPH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UTSTARCOM, HONG LIANG LU, YING WU, MICHAEL SOPHIE, FRANCIS BARTON, AND THOMAS TOY,<br><br>Defendants. | Case No. 3:07-CV-04578-SI<br><br>**STATEMENT OF RECENT DECISION [L.R. 7-3(d)]**<br><br>Date: April 18, 2008<br>Time: 9:00a.m.<br><br>Before: Hon. Susan Illston |

Pursuant to Local Rule 7-3(d), Lead Plaintiff James R. Bartholomew hereby advises the Court of a relevant judicial decision published on March 31, 2008, after plaintiff's opposition brief was filed on March 14, 2008. The case is entitled *In re Juniper Networks, Inc. Sec. Litig.*, No. C06-4327 JW, attached hereto as Exhibit A.

/

/

/

/

1  Dated: April 7, 2008                         Respectfully submitted,

3                                               By:_____/s/_____
                                                Mark Punzalan
4                                               FINKELSTEIN THOMPSON LLP
                                                100 Bush Street
5                                               Suite 1450
                                                San Francisco, California 94104
6                                               Telephone: 415.398.8700
7                                               Facsimile: 415.398.8704

8                                                        - and -

9                                               Donald J. Enright, Esq.
                                                Elizabeth K. Tripodi
10                                              FINKELSTEIN THOMPSON LLP
                                                1050 30th Street, NW
11                                              Washington, D.C. 20007
                                                Telephone: 202.337.8000
12                                              Facsimile: 202.337.8090
13
14                                              *Counsel for Plaintiffs*

Statement of Recent Decision
3:07-CV-04578-SI

2