1  Mark Punzalan (State Bar No. 247599)
   mpunzalan@finkelsteinthompson.com
2  **FINKELSTEIN THOMPSON LLP**
3  100 Bush Street, Suite 1450
   San Francisco, California 94104
4  Telephone: (415) 398-8700
   Facsimile: (415) 398-8704
5
6  [Additional Counsel Listed on Signature Page]
7  Lead Counsel

8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10                          **SAN FRANCISCO DIVISION**

11 | PETER RUDOLPH, individually and on behalf of all others similarly situated, | ) Case No. 3:07-CV-04578-SI |
|---|---|
| Plaintiff, | ) **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | ) |
| UTSTARCOM, HONG LIANG LU, YING WU, MICHAEL SOPHIE, FRANCIS BARTON, AND THOMAS TOY, | ) **LOCAL RULE 3-16** |
| Defendants. | ) |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

/
/
/
/
/
/

Plaintiff's Certification of Interested Entities or Persons
3:07-CV-04578-SI

| | |
|---|---|
| Dated: April 7, 2008 | Respectfully submitted,<br><br>By:_____/s/_____<br>Mark Punzalan<br>FINKELSTEIN THOMPSON LLP<br>100 Bush Street<br>Suite 1450<br>San Francisco, California 94104<br>Telephone: 415.398.8700<br>Facsimile: 415.398.8704<br><br>- and -<br><br>Donald J. Enright, Esq.<br>Elizabeth K. Tripodi<br>FINKELSTEIN THOMPSON LLP<br>1050 30th Street, NW<br>Washington, D.C. 20007<br>Telephone: 202.337.8000<br>Facsimile: 202.337.8090<br><br>*Counsel for Plaintiffs* |

Plaintiff's Certification of Interested Entities or Persons
3:07-CV-04578-SI

2