

Elizabeth K. Tripodi
Finkelstein Thompson LLP
1050 30th Street, N.W.
Washington, DC 20007
(202) 337-8000

FILED
08 APR -8 AM 9:58

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER RUDOLPH, individually and on behalf of all others similarly situated,

    Plaintiff(s),

v.

UT STARCOM, HONG LIANG LU, YING WU, MICHAEL SOPHIE, FRANCIS BARTON, THOMAS TOY,

    Defendant(s).

CASE NO. 3:07-CV-04578-SI

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Elizabeth K. Tripodi, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff James R. Bartholomew in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Mark Punzalan (State Bar No. 247599)
    100 Bush Street, Suite 1450, San Francisco, CA 94104. (415) 398-8700.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2008

    _____
    Elizabeth K. Tripodi