1

2  UNITED STATES DISTRICT COURT

3  Northern District of California

4

5  PETER RUDOLPH, individually and on
   behalf of all others similarly situated,

6                                                   CASE NO. 3:07-CV-04578-SI

7                                                   (Proposed)
                    Plaintiff(s),                   ORDER GRANTING APPLICATION
8        v.                                         FOR ADMISSION OF ATTORNEY
                                                    *PRO HAC VICE*
9  UT STARCOM, HONG LIANG LU,
   YING WU, MICHAEL SOPHIE,
10 FRANCIS BARTON, THOMAS TOY,

11
                    Defendant(s).
12 _____/

13 Elizabeth K. Tripodi                ☒ , an active member in good standing of the bar of

14 the District of Columbia            ☒ whose business address and telephone number

15 (particular court to which applicant is admitted)

16 is

17 1050 30th Street, N.W.
   Washington, DC 20007
18 (202) 337-8000

19 having applied in the above-entitled action for admission to practice in the Northern District of

20 California on a *pro hac vice* basis, representing Plaintiff James R. Bartholomew          ☒ .

21      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

22 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

23 *vice*. Service of papers upon and communication with co-counsel designed in the application will

24 constitute notice to the party. All future filings in this action are subject to the requirements

25 contained in General Order No. 45, *Electronic Case Filing*.

26

27 Dated:

28
                                                    _____
                                                    United States District    Judge
                                                    Susan Illston