```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017913
Cashier ID: bucklem
Transaction Date: 04/08/2008
Payer Name: finkelstein thompson
----------------------------------------
PRO HAC VICE
 For: elizabeth k tripodi
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
----------------------------------------
CHECK
 Check/Money Order Num: 1007
 Amt Tendered: $210.00
----------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:       $0.00

c07-4578si


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```