IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER RUDOLPH,

        Plaintiff,

v.

UT STARCOM,

        Defendant.

No. C 07-04578SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the further case management conference has been continued to Friday, July 18, 2008, at 2:30 p.m.

Dated: April 16, 2008

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk