TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
BAHRAM SEYEDIN-NOOR, State Bar No. 203244 (bnoor@wsgr.com)
CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
BRYAN J. KETROSER, State Bar No 239105 (bketroser@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendants
UTSTARCOM, INC., HONG LIANG LU,
YING WU, MICHAEL SOPHIE, THOMAS TOY,
and FRANCIS BARTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER RUDOLPH, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>       v.<br><br>UTSTARCOM, HONG LIANG LU, YING WU, MICHAEL SOPHIE, THOMAS TOY, and FRANCIS BARTON,<br><br>            Defendants. | CASE NO.:  C-07-4578 SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Date:   July 18, 2008<br>Time:   2:30 p.m.<br><br>Before:  Hon. Susan Illston |

JOINT STIPULATION AND [PROPOSED] ORDER RE
BRIEFING SCHEDULE FOR
MOT. TO DISMISS THE SAC
CASE NO. C-07-4578 SI

1  WHEREAS, on May 16, 2008 plaintiff filed his Second Amended Class Action Complaint for Violations of the Federal Securities Law ("Second Amended Complaint");

WHEREAS, it is presently set that a) the defendants have until June 5, 2008 to answer or otherwise respond to the Second Amended Complaint; b) plaintiff has until June 27, 2008 to file an opposition to the defendants' motion to dismiss; and c) the defendants have until July 3, 2008 to file a reply to the plaintiff's opposition;

WHEREAS, the Court has set a Hearing and Case Management Conference for this matter on July 18, 2008;

WHEREAS, counsel for defendants would like to continue the hearing and case management conference by two weeks in order to accommodate a medical leave for Terry T. Johnson, counsel for defendants, who will be on medical leave from June 25, 2008 until approximately August 1, 2008;

WHEREAS, counsel for plaintiff and defendants have met and conferred and have agreed to the briefing schedule set forth below for defendants' motion to dismiss the Second Amended Complaint;

WHEREAS, the parties therefore stipulate that: a) defendants shall answer or otherwise respond to the complaint by June 6, 2008; b) plaintiff shall oppose any such answer or response by July 3, 2008; c) defendants shall file their reply to any opposition by July 18, 2008; d) the hearing on defendants' motion to dismiss shall be set for August 1, 2008; and e) the Case Management Conference for this matter shall be rescheduled to August 1, 2008, to coincide with the hearing on the motion to dismiss:

NOW THEREFORE, pursuant to the parties' stipulation and subject to the Court's approval:

(a)     Defendants shall answer or otherwise respond to the complaint by June 6, 2008;

(b)     If and when defendants serve any motion(s) to dismiss the Second Amended Complaint, plaintiff shall oppose any such answer or response by July 3, 2008, and defendants shall file their reply to any opposition by July 18, 2008; and

(c)     The hearing on defendants' motion to dismiss shall be set for August 1, 2008;

(d)     The Case Management Conference for this matter, currently scheduled for July 18, 2008, shall be rescheduled to August 1, 2008, to coincide with the hearing on the motion to dismiss:

IT IS SO STIPULATED.

Dated: May 22, 2008                             WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation


                                                By: /s/  BAHRAM SEYEDIN-NOOR
                                                        BAHRAM SEYEDIN-NOOR

                                                Attorneys for Defendants

Dated: May 22, 2008                             FINKELSTEIN, THOMPSON LLP


                                                By: /s/  DONALD J. ENRIGHT
                                                        DONALD J. ENRIGHT

                                                Attorneys for Plaintiff

**ORDER**

PURSUANT TO THIS STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.


Dated: _____           _____
                                        The Honorable Susan Illston
                                        United States District Court Judge

I, Bahram Seyedin-Noor, am the ECF User whose identification and password are being used to file the Joint Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendants' Response to Plaintiff's Second Amended Class Action Complaint. I hereby attest that Donald J. Enright has concurred in this filing.

Dated: May 22, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                                       Professional Corporation

                                          By: /s/ BAHRAM SEYEDIN-NOOR
                                                  BAHRAM SEYEDIN-NOOR

                                          Attorneys for Defendants