1  TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
   BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
2  BAHRAM SEYEDIN-NOOR, State Bar No. 203244 (bnoor@wsgr.com)
   CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
3  BRYAN J. KETROSER, State Bar No 239105 (bketroser@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
6
   Attorneys for Defendants
7  UTSTARCOM, INC., HONG LIANG LU,
   YING WU, MICHAEL SOPHIE, THOMAS TOY,
8  and FRANCIS BARTON

9

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12
   PETER RUDOLPH, individually and on behalf  )  CASE NO.: C-07-4578 SI
13 of all others similarly situated,           )
                                               )  **JOINT STIPULATION AND**
14           Plaintiff,                        )  **[PROPOSED] ORDER REGARDING**
                                               )  **BRIEFING SCHEDULE FOR**
15      v.                                     )  **DEFENDANTS' RESPONSE TO**
                                               )  **PLAINTIFF'S SECOND AMENDED**
16 UTSTARCOM, HONG LIANG LU, YING WU,         )  **CLASS ACTION COMPLAINT**
   MICHAEL SOPHIE, THOMAS TOY, and             )
17 FRANCIS BARTON,                             )
                                               )
18           Defendants.                       )
                                               )
19                                             )  Date:  July 18, 2008
                                               )  Time:  2:30 p.m.
20                                             )
   _____)  Before: Hon. Susan Illston
21

22

23

24

25

26

27

28

1    WHEREAS, on May 16, 2008 plaintiff filed his Second Amended Class Action
2 Complaint for Violations of the Federal Securities Law ("Second Amended Complaint");
3    WHEREAS, it is presently set that a) the defendants have until June 5, 2008 to answer or
4 otherwise respond to the Second Amended Complaint; b) plaintiff has until June 27, 2008 to file
5 an opposition to the defendants' motion to dismiss; and c) the defendants have until July 3, 2008
6 to file a reply to the plaintiff's opposition;
7    WHEREAS, the Court has set a Hearing and Case Management Conference for this
8 matter on July 18, 2008;
9    WHEREAS, counsel for defendants would like to continue the hearing and case
10 management conference by two weeks in order to accommodate a medical leave for Terry T.
11 Johnson, counsel for defendants, who will be on medical leave from June 25, 2008 until
12 approximately August 1, 2008;
13    WHEREAS, counsel for plaintiff and defendants have met and conferred and have agreed
14 to the briefing schedule set forth below for defendants' motion to dismiss the Second Amended
15 Complaint;
16    WHEREAS, the parties therefore stipulate that: a) defendants shall answer or otherwise
17 respond to the complaint by June 6, 2008; b) plaintiff shall oppose any such answer or response
18 by July 3, 2008; c) defendants shall file their reply to any opposition by July 18, 2008; d) the
19 hearing on defendants' motion to dismiss shall be set for August 1, 2008; and e) the Case
20 Management Conference for this matter shall be rescheduled to August 1, 2008, to coincide with
21 the hearing on the motion to dismiss:
22    NOW THEREFORE, pursuant to the parties' stipulation and subject to the Court's
23 approval:
24    (a)   Defendants shall answer or otherwise respond to the complaint by June 6, 2008;
25    (b)   If and when defendants serve any motion(s) to dismiss the Second Amended
26 Complaint, plaintiff shall oppose any such answer or response by July 3, 2008, and defendants
27 shall file their reply to any opposition by July 18, 2008; and
28    (c)   The hearing on defendants' motion to dismiss shall be set for August 1, 2008;

(d) The Case Management Conference for this matter, currently scheduled for July 18, 2008, shall be rescheduled to August 1, 2008, to coincide with the hearing on the motion to dismiss:

IT IS SO STIPULATED.

Dated: May 22, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ BAHRAM SEYEDIN-NOOR
BAHRAM SEYEDIN-NOOR

Attorneys for Defendants

Dated: May 22, 2008

FINKELSTEIN, THOMPSON LLP

By: /s/ DONALD J. ENRIGHT
DONALD J. ENRIGHT

Attorneys for Plaintiff

**ORDER**

PURSUANT TO THIS STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: _____

The Honorable Susan Illston
United States District Court Judge

I, Bahram Seyedin-Noor, am the ECF User whose identification and password are being used to file the Joint Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendants' Response to Plaintiff's Second Amended Class Action Complaint. I hereby attest that Donald J. Enright has concurred in this filing.

Dated: May 22, 2008                              WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation


                                                 By: /s/ BAHRAM SEYEDIN-NOOR
                                                       BAHRAM SEYEDIN-NOOR

                                                 Attorneys for Defendants