# Exhibit H

**MASSIVE MADE MANAGEABLE.**

Law.com Home | Newswire | LawJobs | CLE Center | LawCatalog | Our Sites | Advertise | Sign Out

# CAL LAW
**CALIFORNIA'S LEGAL NEWS SOURCE**

This Site | Law.com Network | Legal Web

home | decisions | recent stories | subscribe | find a job | advertise | contact us | announcements | free limited access

Home > UTStarcom Execs Settle SEC Charges

Font Size: + - | Print | Email | Feedback | Reprints & Permissions

## UTStarcom Execs Settle SEC Charges

The Recorder
**By Zusha Elinson**
May 5, 2008



Troubled Alameda telecom company **UTStarcom Inc.** and two of its executives settled charges with the Securities and Exchange Commission Thursday.

Accused of violating securities laws in connection with revenue recognition problems, CEO Hong Liang Lu and former CFO Michael Sophie agreed to pay $100,000 and $75,000 respectively. The company also agreed not to violate securities laws but didn't pay a fine.

"These are fairly high penalties considering there are no fraud charges," said Marc Fagel, co-acting regional director in the SEC's San Francisco office. "We did not sue them for fraud; this was more of a negligence-type case."

Over the past two years, UTStarcom restated past financial results three times. As a result of the backdating, the company had to restate its expenses for 1998 to 2006 by about $27 million. The company also made restatements reversing more than $300 million in net revenue stemming from problems with how Asian offices booked revenue.

The SEC claimed that Lu and Sophie violated securities laws by falsely certifying that the company's financial statements and books and records were accurate. An SEC administrative order also found that the company violated securities laws.

Although Sophie left the company two years ago, Lu remains CEO.

UTStarcom's troubles are far from over, according to public filings. The company is still under investigation by the Department of Justice and the SEC for possible **Foreign Corrupt Practices Act violations** in connection with allegations that someone at the company's Mongolia joint venture bribed a government official there.

John Keker of Keker & Van Nest, who represents Lu, did not return phone calls seeking comment. Boris Feldman of Wilson Sonsini Goodrich & Rosati, who represents the company, was traveling Friday and could not be reached.

Sophie's lawyer David Siegel, of Irell & Manella, said his client was "pleased to have the matter closed."

**MOST VIEWED ON CALLAW**

Lawyer Teaches Use of 'Pimp Hand'?

Scrutinizing the Ruling

Jumping Off the Law Firm Track

Energy Lawyers' Work Flowing

Lending Lawyers



GET INSIDE THE NEW .COM

Terms & Conditions | Privacy | Advertise | Help | About Cal Law

About ALM | About Law.com | Customer Support

Copyright 2008 ALM Properties, Inc. All rights reserved.


An incisivemedia company