# Exhibit M

SEC Form 4

# FORM 4

| | OMB APPROVAL |
|---|---|
| | OMB Number: 3235-0287 |
| | Expires: January 31, 2005 |
| | Estimated average burden hours per response: 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* LU HONG LIANG | | | 2. Issuer Name and Ticker or Trading Symbol UTSTARCOM INC [ UTSI ] | | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|---|---|---|
| (Last) | (First) | (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 07/22/2003 | | X Director | X 10% Owner |
| (Street) | | | 4. If Amendment, Date of Original Filed (Month/Day/Year) | | X Officer (give title below) | Other (specify below) |
| (City) | (State) | (Zip) | | | President and CEO | |
| | | | | | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person Form filed by More than One Reporting Person | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/22/2003 | | S (1) | | 10000 | D | 42.00 | 2640961 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**
1. This trade was executed pursuant to a Rule 10b5-1 trading plan that was adopted on May 30, 2003.

By: Su Ping Lu, as Attorney-in-Fact on behalf of Hong Liang Lu        07/22/2003

** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

# FORM 4

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | | | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|---|---|
| LU HONG LIANG | | | UTSTARCOM INC [ UTSI ] | X Director | X 10% Owner |
| (Last) | (First) | (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below) | Other (specify below) |
| 1275 HARBOR BAY PARKWAY | | | 08/01/2003 | President and CEO | |
| SUITE 100 | | | | | |
| (Street) | | | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| ALAMEDA | CA | 94502 | | X Form filed by One Reporting Person | |
| (City) | (State) | (Zip) | | Form filed by More than One Reporting Person | |

### Table 1 - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/01/2003 | | S (1) | | 10,000 | D | $42.03 | 2,630,961 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This trade was executed pursuant to a Rule 10b5-1 trading plan that was adopted on May 30, 2003.

By Su Ping Lu as Attorney-in-Fact on behalf of Hong Liang Lu     08/05/2003

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

** Signature of Reporting Person          Date

SEC Form 4

# FORM 4

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| LU HONG LIANG | UTSTARCOM INC [ UTSI ] | |

| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Director    10% Owner |
|---|---|---|
| 1275 HARBOR BAY PARKWAY SUITE 100 | 09/02/2003 | X Officer (give title below)    Other (specify below) |

| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | President and CEO |
|---|---|---|
| ALAMEDA    CA    94502 | | 6. Individual or Joint/Group Filing (Check Applicable Line) |

| (City)    (State)    (Zip) | | X Form filed by One Reporting Person |
|---|---|---|
| | | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/02/2003 | | S [1] | | 10,000 | D | $43.9967 | 2,520,961 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This trade was executed pursuant to a Rule 10b5-1 trading plan that was adopted on May 30, 2003.

By Su Ping Lu as Attorney-in-Fact on behalf of Hong Liang Lu    09/04/2003

** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

# FORM 4

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b). ☐

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response | 0.5 |

---

1. Name and Address of Reporting Person*
**LU HONG LIANG**

(Last)          (First)          (Middle)
1275 HARBOR BAY PARKWAY
SUITE 100

(Street)
ALAMEDA       CA       94502
(City)        (State)     (Zip)

2. Issuer Name and Ticker or Trading Symbol
**UTSTARCOM INC [ UTSI ]**

3. Date of Earliest Transaction (Month/Day/Year)
10/28/2003

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer
(Check all applicable)
X  Director
   10% Owner
X  Officer (give title below)
   Other (specify below)
   President and CEO

6. Individual or Joint/Group Filing (Check Applicable Line)
X  Form filed by One Reporting Person
   Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/28/2003 | | S (1) | | 10,000 | D | $32.6244 | 2,510,961 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This trade was executed pursuant to a Rate 10b5-1 trading plan that was adopted on May 30, 2003.

By Su Ping Lu, as Attorney-in-Fact on behalf of Hong Liang Lu    10/29/2003

** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

# FORM 4

| | OMB APPROVAL |
|---|---|
| | OMB Number: 3235-0287 |
| | Expires: January 31, 2005 |
| | Estimated average burden hours per response: 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(e) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| LU HONG LIANG | UTSTARCOM INC [ UTSI ] | (Check all applicable) |
| (Last)   (First)   (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X  Director          10% Owner |
| 1275 HARBOR BAY PARKWAY SUITE 100 | 11/03/2003 | X  Officer (give title   Other (specify below)   below) |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | President and CEO |
| ALAMEDA   CA   94502 | | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (City)   (State)   (Zip) | | X  Form filed by One Reporting Person |
| | | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/03/2003 | | S(1) | | 10,000 | D | $31.6368 | 2,500,961 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This trade was executed pursuant to a Rule 10b5-1 trading plan that was adopted on May 30, 2003.

By Su Ping Lu, as Attorney-in-
Fact on behalf of Hong Liang Lu          11/04/2003

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

# FORM 4

OMB APPROVAL

OMB Number: 3235-0287
Expires: January 31, 2005
Estimated average burden
hours per response: 0.5

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| LU HONG LIANG | UTSTARCOM INC [ UTSI ] | (Check all applicable) |

LU HONG LIANG
(Last)     (First)     (Middle)

1275 HARBOR BAY PARKWAY
SUITE 100
(Street)

ALAMEDA    CA    94502
(City)    (State)    (Zip)

3. Date of Earliest Transaction (Month/Day/Year)
12/01/2003

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer
(Check all applicable)

X Director    10% Owner
X Officer (give title below)    Other (specify below)
    President and CEO

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
    Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/01/2003 | | S [1] | | 10,000 | D | $37.8339 | 2,490,961 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This trade was executed pursuant to a Rule 10b5-1 trading plan that was adopted on May 30, 2003.

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

By Su Ping Lu, as Attorney-in-
Fact on behalf of Hong Liang Lu

** Signature of Reporting Person

12/02/2003

Date

SEC Form 4

# FORM 4

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| LU HONG LIANG | UTSTARCOM INC [ UTSI ] | X Director   10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 12/23/2003 | X Officer (give title below)   Other (specify below) |
| 1275 HARBOR BAY PARKWAY SUITE 100 (Street) | | President and CEO |
| ALAMEDA  CA  94502 (City) (State) (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) 01/06/2004 | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person    Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) Code | V | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) Amount | (A) or (D) | Price | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock | 12/23/2003 | | G(1) | | 130,000 | D | $0 | 2,730,625 | D(2) | |
| Common Stock | 12/23/2003 | | G(1) | | 130,000 | A | $0 | 2,730,625 | D(3) | |
| Common Stock | 12/23/2003 | | G(3) | | 500 | D | $0 | 2,730,125 | D(4) | |
| Common Stock | 12/23/2003 | | G(5) | | 500 | D | $0 | 2,729,625 | D(6) | |
| Common Stock | 01/02/2004 | | S(7) | | 10,000 | D | $38.7474 | 2,719,625 | D(8) | |

Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, If any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Transfer of shares to the Lu Charitable Remainder Trust dated December 15, 2003, a newly formed charitable remainder trust of which the reporting person and his spouse are the trustees.

2. This amount represents the following shares indirectly and directly owned by the reporting person: (i) 2,360,961 shares directly owned; (ii) 5,332 shares registered in the name of Benjamin Lu; (iii) 5,332 shares registered in the name of Melisa Lu; (iv) 229,000 shares registered in the name of The Lu Family Limited Partnership; and (v) 130,000 shares registered in the name of Lu Charitable Remainder Trust dated December 15, 2003.

3. Transfer of shares to Man Li Lu. The reporting person disclaims beneficial ownership of the issuer's common stock held by Man Lu.

4. This amount represents the following shares indirectly and directly owned by the reporting person: (i) 2,360,461 shares directly owned; (ii) 5,332 shares registered in the name of Benjamin Lu; (iii) 5,332 shares registered in the name of Melisa Lu; (iv) 229,000 shares registered in the name of The Lu Family Limited Partnership; and (v) 130,000 shares registered in the name of Lu Charitable Remainder Trust dated December 15, 2003.

5. Transfer of shares to Miki Riki. The reporting person disclaims beneficial ownership of the issuer's common stock held by Miki Riki.

6. This amount represents the following shares indirectly and directly owned by the reporting person: (i) 2,359,961 shares directly owned; (ii) 5,332 shares registered in the name of Benjamin Lu; (iii) 5,332 shares registered in the name of Melisa Lu; (iv) 229,000 shares registered in the name of The Lu Family Limited Partnership; and (v) 130,000 shares registered in the name of Lu Charitable Remainder Trust dated December 15, 2003.

7. This trade was executed pursuant to Rule 10b5-1 trading plan that was adopted on May 30, 2003.

8. This amount represents the following shares indirectly and directly owned by the reporting person: (i) 2,349,961 shares directly owned; (ii) 5,332 shares registered in the name of Benjamin Lu; (iii) 5,332 shares registered in the name of Melisa Lu; (iv) 229,000 shares registered in the name of The Lu Family Limited Partnership; and (v) 130,000 shares registered in the name of Lu Charitable Remainder Trust dated December 15, 2003.

By Su Ping Lu, as Attorney-in-Fact on behalf of Hong Liang Lu        03/23/2004

** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

# FORM 4

| | OMB APPROVAL |
|---|---|
| | OMB Number: 3235-0287 |
| | Expires: January 31, 2008 |
| | Estimated average burden hours per response 0.5 |

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b). ☐

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| SOPHIE MICHAEL J | UTSTARCOM INC [ UTSI ] | (Check all applicable) |

(Last)  (First)  (Middle)

3. Date of Earliest Transaction (Month/Day/Year)
07/01/2003

(Street)

4. If Amendment, Date of Original Filed (Month/Day/Year)

(City)  (State)  (Zip)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

| Director | |
| Officer (give title below) X | 10% Owner |
| | Other (specify below) |

Sr. VP of Finance & CFO

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/01/2003 | | M | | 10417 | A | 4.50 | 14419 | D | |
| Common Stock | 07/01/2003 | | M | | 1583 | A | 9.38 | 16002 | D | |
| Common Stock | 07/01/2003 | | S (1) | | 12000 | D | 34.2790 | 4002 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | 4.50 | 07/01/2003 | | M | | | 10417 | 06/23/2000 (2) | 09/01/2009 | Common Stock | 10417 | $0 | 337583 | D | |
| Employee Stock Option (right to buy) | 9.38 | 07/01/2003 | | M | | | 1583 | 12/27/2000 (2) | 12/27/2009 | Common Stock | 1583 | $0 | 336000 | D | |

**Explanation of Responses:**

1. This trade was executed pursuant to a Rule 10b5-1 trading plan that was adopted on November 18, 2002.

2. Vesting Schedule: 1/4 after one year; 1/36 per month thereafter for the remaining shares.

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

By Su Ping Lu, as Attorney-in-Fact on behalf of Michael J. Sophie

07/02/2003

** Signature of Reporting Person                    Date

SEC Form 4

# FORM 4

| | OMB APPROVAL |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

**1. Name and Address of Reporting Person**
SOPHIE MICHAEL J
(Last)  (First)  (Middle)
UTSTARCOM, INC.
1275 HARBOR BAY PARKWAY SUITE 100
(Street)
ALAMEDA   CA   94502
(City)  (State)  (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
UTSTARCOM INC [ UTSI ]

**3. Date of Earliest Transaction (Month/Day/Year)**
09/02/2003

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer**
(Check all applicable)
Director   10% Owner
X  Officer (give title below)   Other (specify below)
Sr. VP of Finance & CFO

**6. Individual or Joint/Group Filing (Check Applicable Line)**
X  Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/02/2003 | | M | | 7,770 | A | $4.5 | 11,772 | D | |
| Common Stock | 09/02/2003 | | M | | 2,647 | A | $4.5 | 14,419 | D | |
| Common Stock | 09/02/2003 | | M | | 1,583 | A | $9.38 | 16,002 | D | |
| Common Stock | 09/02/2003 | | S(1) | | 12,000 | D | $43.77 | 4,002 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

| Employee Stock Option (right to buy) | $4.5 | 09/02/2003 | M | 7,770 | 08/23/2000 (1) | 09/01/2009 | Common Stock | 7,770 | $0 | 316,230 | D |
| Employee Stock Option (right to buy) | $4.5 | 09/02/2003 | M | 2,647 | 08/23/2000 (2) | 09/01/2009 | Common Stock | 2,647 | $0 | 313,583 | D |
| Employee Stock Option (right to buy) | $9.38 | 09/02/2003 | M | 1,583 | 12/27/2000 (2) | 12/27/2009 | Common Stock | 1,583 | $0 | 312,000 | D |

**Explanation of Responses:**

1. This trade was executed pursuant to a Rule 10b-5-1 trading plan that was adopted on November 18, 2002.

2. Vesting Schedule: 1/4 after one year; 1/36 per month thereafter for the remaining shares.

By Su Ping Lu, as Attorney-in-Fact on behalf of Michael J. Sophie                    09/04/2003

** Signature of Reporting Person                                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response | 0.5 |

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| SOPHIE MICHAEL J | UTSTARCOM INC [ UTSI ] | (Check all applicable) |

(Last) (First) (Middle)
UTSTARCOM, INC.
1275 HARBOR BAY PARKWAY SUITE 100

(Street)
ALAMEDA CA 94502
(City) (State) (Zip)

3. Date of Earliest Transaction (Month/Day/Year)
08/01/2003

4. If Amendment, Date of Original Filed (Month/Day/Year)
08/05/2003

Relationship:
Director ___ 10% Owner ___
X Officer (give title below) ___ Other (specify below) ___
Sr. VP of Finance & CFO

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/01/2003 | | M | | 7,770 | A | $4.5 | 11,772 | D | |
| Common Stock | 08/01/2003 | | M | | 2,647 | A | $4.5 | 14,419 | D | |
| Common Stock | 08/01/2003 | | M | | 1,583 | A | $9.38 | 16,002 | D | |
| Common Stock | 08/01/2003 | | S (1) | | 12,000 | D | $42.0587 | 4,002 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

| Employee Stock Option (right to buy) | $4.5 | 08/01/2003 | M | 7,770 | 08/23/2000 (1) | 09/01/2009 | Common Stock | 7,770 | $0 | 328,230 | D |
| Employee Stock Option (right to buy) | $4.5 | 09/01/2003 | M | 2,647 | 08/23/2000 (1) | 09/01/2009 | Common Stock | 2,647 | $0 | 325,583 | D |
| Employee Stock Option (right to buy) | $9.38 | 08/01/2003 | M | 1,583 | 12/27/2000 (2) | 12/27/2009 | Common Stock | 1,583 | $0 | 324,000 | D |

**Explanation of Responses:**

1. This trade was executed pursuant to a Rule 10b5-1 trading plan that was adopted on November 18, 2002.
2. Vesting Schedule: 1/4 after one year; 1/36 per month thereafter for the remaining shares.

By Su Ping Lu, as Attorney-in-Fact on behalf of Michael J. Sophie                    09/10/2003

** Signature of Reporting Person                         Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-0287
Expires: January 31, 2005
Estimated average burden hours per response 0.5

| 1. Name and Address of Reporting Person | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| SOPHIE MICHAEL J | UTSTARCOM INC [ UTSI ] | |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | Director ____ 10% Owner ____ |
| UTSTARCOM, INC. | 10/29/2003 | X Officer (give title below) ____ Other (specify below) ____ |
| 1275 HARBOR BAY PARKWAY SUITE 100 | | Sr. VP of Finance & CFO |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| ALAMEDA CA 94502 | | X Form filed by One Reporting Person |
| (City) (State) (Zip) | | ____ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/29/2003 | | M | | 7,770 | A | $4.5 | 11,772 | D | |
| Common Stock | 10/29/2003 | | M | | 2,647 | A | $4.5 | 14,419 | D | |
| Common Stock | 10/29/2003 | | M | | 1,650 | A | $9.38 | 16,069 | D | |
| Common Stock | 10/29/2003 | | M | | 1,667 | A | $15 | 17,736 | D | |
| Common Stock | 10/29/2003 | | M | | 1,597 | A | $12.5 | 19,333 | D | |
| Common Stock | 10/29/2003 | | M | | 4,587 | A | $20.25 | 23,920 | D | |
| Common Stock | 10/29/2003 | | M | | 1,921 | A | $15.72 | 25,841 | D | |
| Common Stock | 10/29/2003 | | S(1) | | 21,839 | D | $32.25 | 4,002 | D | |

Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3, 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $4.5 | 10/29/2003 | | M | | | 7,770 | 08/23/2000 (2) | 09/01/2009 | Common Stock | 7,770 | $0 | 304,210 | D | |
| Employee Stock Option (right to buy) | $4.5 | 10/29/2003 | | M | | | 2,647 | 08/23/2000 (2) | 09/01/2009 | Common Stock | 2,647 | $0 | 301,583 | D | |
| Employee Stock Option (right to buy) | $9.38 | 10/29/2003 | | M | | | 1,650 | 12/27/2000 (2) | 12/27/2009 | Common Stock | 1,650 | $0 | 299,933 | D | |
| Employee Stock Option (right to buy) | $15 | 10/29/2003 | | M | | | 1,667 | 10/18/2001 (3) | 10/18/2010 | Common Stock | 1,667 | $0 | 298,266 | D | |
| Employee Stock Option (right to buy) | $12.5 | 10/29/2003 | | M | | | 1,597 | 12/21/2001 (3) | 12/21/2010 | Common Stock | 1,597 | $0 | 296,669 | D | |
| Employee Stock Option (right to buy) | $20.25 | 10/29/2003 | | M | | | 4,587 | 02/28/2003 (3) | 02/28/2012 | Common Stock | 4,587 | $0 | 292,082 | D | |
| Employee Stock Option (right to buy) | $15.72 | 10/29/2003 | | M | | | 1,921 | 07/25/2003 (4) | 07/25/2012 | Common Stock | 1,921 | $0 | 290,161 | D | |

By Su Ping Lu, as Attorney-in-
Fact on behalf of Michael J.
Sophie                          10/31/2003

** Signature of Reporting Person          Date

**Explanation of Responses:**

1. This trade was executed pursuant to a Rule 10b5-1 trading plan that was adopted on November 18, 2002.
2. Vesting Schedule: 1/4 after one year; 1/36 per month thereafter for the remaining shares.
3. Vesting Schedule: 1/4 after one year from 10/18/00, 1/36 per month thereafter for the remaining shares.
4. Vesting Schedule: 1/4 after one year from 12/21/00, 1/36 per month thereafter for the remaining shares.
5. Vesting Schedule: 1/4 after one year from 2/28/02, 1/36 per month thereafter for the remaining shares.
6. Vesting Schedule: 1/4 after one year from 7/25/02, 1/36 per month thereafter for the remaining shares.

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 18 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response | 0.5 |

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|

SOPHIE MICHAEL J

UTSTARCOM INC [ UTSI ]

| (Last) | (First) | (Middle) |
|---|---|---|

UTSTARCOM, INC.
1275 HARBOR BAY PARKWAY SUITE 100

(Street)

| ALAMEDA | CA | 94502 |
|---|---|---|
| (City) | (State) | (Zip) |

3. Date of Earliest Transaction (Month/Day/Year)
11/03/2003

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

| | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Sr. VP of Finance & CFO

6. Individual or Joint/Group Filing (Check Applicable Line)

X Form filed by One Reporting Person
☐ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/03/2003 | | M | | 7,770 | A | $4.5 | 11,772 | D | |
| Common Stock | 11/03/2003 | | M | | 2,647 | A | $4.5 | 14,419 | D | |
| Common Stock | 11/03/2003 | | M | | 1,650 | A | $9.38 | 16,069 | D | |
| Common Stock | 11/03/2003 | | M | | 1,667 | A | $15 | 17,736 | D | |
| Common Stock | 11/03/2003 | | M | | 1,597 | A | $12.5 | 19,333 | D | |
| Common Stock | 11/03/2003 | | M | | 4,587 | A | $20.25 | 23,920 | D | |
| Common Stock | 11/03/2003 | | M | | 1,921 | A | $15.72 | 25,841 | D | |
| Common Stock | 11/03/2003 | | S(1) | | 21,839 | D | $31.6368 | 4,002 | D | |

Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $4.5 | 11/03/2003 | | M | | | 7,770 | 08/23/2000 (2) | 09/01/2009 (2) | Common Stock | 7,770 | $0 | 282,391 | D | |
| Employee Stock Option (right to buy) | $4.5 | 11/03/2003 | | M | | | 2,647 | 08/23/2000 (2) | 09/01/2009 (2) | Common Stock | 2,647 | $0 | 279,744 | D | |
| Employee Stock Option (right to buy) | $9.38 | 11/03/2003 | | M | | | 1,650 | 12/27/2000 (2) | 12/27/2009 | Common Stock | 1,650 | $0 | 278,094 | D | |
| Employee Stock Option (right to buy) | $15 | 11/03/2003 | | M | | | 1,667 | 10/18/2001 (3) | 10/18/2010 | Common Stock | 1,667 | $0 | 276,427 | D | |
| Employee Stock Option (right to buy) | $12.5 | 11/03/2003 | | M | | | 1,597 | 12/21/2001 (4) | 12/21/2010 | Common Stock | 1,597 | $0 | 274,830 | D | |
| Employee Stock Option (right to buy) | $20.25 | 11/03/2003 | | M | | | 4,587 | 02/28/2003 (5) | 02/28/2012 | Common Stock | 4,587 | $0 | 270,243 | D | |
| Employee Stock Option (right to buy) | $15.72 | 11/03/2003 | | M | | | 1,921 | 07/25/2003 (6) | 07/25/2012 | Common Stock | 1,921 | $0 | 268,322 | D | |

**Explanation of Responses:**

1. This trade was executed pursuant to a Rule 10b5-1 trading plans that were adopted on November 18, 2002 and July 31, 2003.

2. Vesting Schedule: 1/4 after one year; 1/36 per month thereafter for the remaining shares.

3. Vesting Schedule: 1/4 after one year from 10/18/00, 1/36 per month thereafter for the remaining shares.

4. Vesting Schedule: 1/4 after one year from 12/21/00, 1/36 per month thereafter for the remaining shares.

5. Vesting Schedule: 1/4 after one year from 2/28/02, 1/36 per month thereafter for the remaining shares.

6. Vesting Schedule: 1/4 after one year from 7/25/02, 1/36 per month thereafter for the remaining shares.

By Su Ping Lu as Attorney-in-Fact on behalf of Michael J. Sophie          11/04/2003
** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| **SOPHIE MICHAEL J** | UTSTARCOM, INC [ UTSI ] | (Check all applicable) |

SOPHIE MICHAEL J
(Last)   (First)   (Middle)

UTSTARCOM, INC.
1275 HARBOR BAY PARKWAY SUITE 100
(Street)

ALAMEDA   CA   94502
(City)   (State)   (Zip)

2. Issuer Name and Ticker or Trading Symbol
UTSTARCOM, INC [ UTSI ]

3. Date of Earliest Transaction (Month/Day/Year)
12/01/2003

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

| | Director | | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Sr. VP of Finance & CFO

6. Individual or Joint/Group Filing (Check Applicable Line)
X   Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/01/2003 | | M | | 7,768 | A | $4.5 | 11,770 | D | |
| Common Stock | 12/01/2003 | | M | | 2,645 | A | $4.5 | 14,415 | D | |
| Common Stock | 12/01/2003 | | M | | 1,620 | A | $9.38 | 16,035 | D | |
| Common Stock | 12/01/2003 | | M | | 1,667 | A | $15 | 17,702 | D | |
| Common Stock | 12/01/2003 | | M | | 1,597 | A | $12.5 | 19,299 | D | |
| Common Stock | 12/01/2003 | | M | | 4,587 | A | $20.25 | 23,886 | D | |
| Common Stock | 12/01/2003 | | M | | 1,921 | A | $15.72 | 25,807 | D | |
| Common Stock | 12/01/2003 | | S (1) | | 21,805 | D | $37.8339 | 4,002 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, If any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $4.5 | 12/01/2003 | | M | | | 7,768 | 08/23/2000 (2) | 09/01/2009 | Common Stock | 7,768 | $0 | 260,554 | D | |
| Employee Stock Option (right to buy) | $4.5 | 12/01/2003 | | M | | | 2,645 | 08/23/2000 (2) | 09/01/2009 | Common Stock | 2,645 | $0 | 257,909 | D | |
| Employee Stock Option (right to buy) | $9.38 | 12/01/2003 | | M | | | 1,620 | 12/27/2000 (2) | 12/27/2009 | Common Stock | 1,620 | $0 | 256,289 | D | |
| Employee Stock Option (right to buy) | $15 | 12/01/2003 | | M | | | 1,667 | 10/18/2001 (3) | 10/18/2010 | Common Stock | 1,667 | $0 | 254,622 | D | |
| Employee Stock Option (right to buy) | $12.5 | 12/01/2003 | | M | | | 1,597 | 12/21/2001 (4) | 12/21/2010 | Common Stock | 1,597 | $0 | 253,025 | D | |
| Employee Stock Option (right to buy) | $20.25 | 12/01/2003 | | M | | | 4,587 | 02/28/2003 (5) | 02/28/2012 | Common Stock | 4,587 | $0 | 248,438 | D | |
| Employee Stock Option (right to buy) | $15.72 | 12/01/2003 | | M | | | 1,921 | 07/25/2003 (4) | 07/25/2012 | Common Stock | 1,921 | $0 | 246,517 | D | |

**Explanation of Responses:**

1. This trade was executed pursuant to Rule 10b5-1 trading plans that were adopted on November 18, 2002 and July 31, 2003.

2. Vesting Schedule: 1/4 after one year; 1/36 per month thereafter for the remaining shares.

3. Vesting Schedule: 1/4 after one year from 10/18/00, 1/36 per month thereafter for the remaining shares.

4. Vesting Schedule: 1/4 after one year from 12/21/00, 1/36 per month thereafter for the remaining shares.

5. Vesting Schedule: 1/4 after one year from 2/28/02, 1/36 per month thereafter for the remaining shares.

6. Vesting Schedule: 1/4 after one year from 7/25/02, 1/36 per month thereafter for the remaining shares.

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 8 for procedures.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

By Su Ping Lu, as Attorney-in-Fact on behalf of Michael J. Sophie    12/03/2003

** Signature of Reporting Person    Date

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* SOPHIE MICHAEL J | 2. Issuer Name and Ticker or Trading Symbol UTSTARCOM INC [ UTSI ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

1. Name and Address of Reporting Person*

**SOPHIE MICHAEL J**

(Last)         (First)         (Middle)

UTSTARCOM, INC.

1275 HARBOR BAY PARKWAY SUITE 100

(Street)

ALAMEDA      CA      94502

(City)      (State)      (Zip)

2. Issuer Name and Ticker or Trading Symbol

UTSTARCOM INC [ UTSI ]

3. Date of Earliest Transaction (Month/Day/Year)

01/02/2004

4. If Amendment, Date of Original Filed (Month/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

| | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Sr. VP of Finance & CFO

6. Individual or Joint/Group Filing (Check Applicable Line)

X   Form filed by One Reporting Person

    Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/02/2004 | | M | | 67 | A | $9.38 | 4,069 | D | |
| Common Stock | 01/02/2004 | | M | | 1,667 | A | $15 | 5,736 | D | |
| Common Stock | 01/02/2004 | | M | | 1,597 | A | $12.5 | 7,333 | D | |
| Common Stock | 01/02/2004 | | M | | 4,587 | A | $20.25 | 11,920 | D | |
| Common Stock | 01/02/2004 | | M | | 1,921 | A | $15.72 | 13,841 | D | |
| Common Stock | 01/02/2004 | | S(1) | | 9,839 | D | $38.7474 | 4,002 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $9.38 | 01/02/2004 | | M | | | 67 | 12/27/2000 (2) | 12/27/2009 | Common Stock | 67 | $0 | 246,450 | D | |
| Employee Stock Option (right to buy) | $15 | 01/02/2004 | | M | | | 1,667 | 10/18/2001 (3) | 10/18/2010 | Common Stock | 1,667 | $0 | 244,783 | D | |
| Employee Stock Option (right to buy) | $12.5 | 01/02/2004 | | M | | | 1,597 | 12/21/2001 (4) | 12/21/2010 | Common Stock | 1,597 | $0 | 243,186 | D | |
| Employee Stock Option (right to buy) | $20.25 | 01/02/2004 | | M | | | 4,587 | 02/28/2003 (5) | 02/28/2012 | Common Stock | 4,587 | $0 | 238,599 | D | |
| Employee Stock Option (right to buy) | $15.72 | 01/02/2004 | | M | | | 1,921 | 07/25/2003 (6) | 07/25/2012 | Common Stock | 1,921 | $0 | 236,678 | D | |

**Explanation of Responses:**

1. This trade was executed pursuant to Rule 10b5-1 trading plans that were adopted on November 18, 2002 and July 31, 2003.
2. Vesting Schedule: 1/4 after one year; 1/36 per month thereafter for the remaining shares.
3. Vesting Schedule: 1/4 after one year from 10/18/00, 1/36 per month thereafter for the remaining shares.
4. Vesting Schedule: 1/4 after one year from 12/21/00, 1/36 per month thereafter for the remaining shares.
5. Vesting Schedule: 1/4 after one year from 2/28/02, 1/36 per month thereafter for the remaining shares.
6. Vesting Schedule: 1/4 after one year from 7/25/02, 1/36 per month thereafter for the remaining shares.

By Su Ping Lu as Attorney-in-Fact on behalf of Michael J. Sophie                    01/06/2004

** Signature of Reporting Person                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response | 0.5 |

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

**1. Name and Address of Reporting Person**
TOY THOMAS J

(Last)    (First)    (Middle)

(Street)

(City)    (State)    (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
UTSTARCOM INC [ UTSI ]

**3. Date of Earliest Transaction (Month/Day/Year)**
07/22/2003

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer**
(Check all applicable)

| X | Director | | 10% Owner |
|---|---|---|---|
| | Officer (give title below) | | Other (specify below) |

**6. Individual or Joint/Group Filing (Check Applicable Line)**

| X | Form filed by One Reporting Person |
|---|---|
| | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/22/2003 | | M | | 2500 | A | 15.00 | 3300 | D | |
| Common Stock | 07/22/2003 | | M | | 7500 | A | 12.50 | 10800 | D | |
| Common Stock | 07/22/2003 | | S (1) | | 10000 | D | 42.00 | 800 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | 15.00 | 07/22/2003 | | M | | | 2500 | 11/18/2000 (2) | 10/18/2010 | Common Stock | 2500 | $0 | 170000 | D | |
| Stock Option (right to buy) | 12.50 | 07/22/2003 | | M | | | 7500 | 01/21/2001 (2) | 12/21/2010 | Common Stock | 7500 | $0 | 162500 | D | |

**Explanation of Responses:**

1. This trade was executed pursuant to a Rule 10b5-1 trading plan that was adopted in June 2003

2. Vesting Schedule: 1/24 per month

By Su Ping Lu, as Attorney-in-
Fact on behalf of Thomas J. Toy          07/22/2003

\*\* Signature of Reporting Person                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response | 0.5 |

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| TOY THOMAS J | UTSTARCOM INC [ UTSI ] | |
| (Last) (First) (Middle) | | X Director       10% Owner |
| PACRIM VENTURE PARTNERS | 3. Date of Earliest Transaction (Month/Day/Year) | Officer (give title below)   Other (specify below) |
| 605 COWPER STREET | 08/01/2003 | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| PALO ALTO   CA   94301 | | X Form filed by One Reporting Person |
| (City) (State) (Zip) | | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/01/2003 | | M | | 9,200 | A | $14.31 | 10,000 | D | |
| Common Stock | 08/01/2003 | | S [1] | | 10,000 | D | $42.0644 | 0 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | $14.31 | 08/01/2003 | | M | | | 9,200 | 09/23/2002 [2] | 09/23/2012 | Common Stock | 9,200 | $0 | 153,300 | D | |

**Explanation of Responses:**

1. This trade was executed pursuant to a Rule 10b5-1 trading plan that was adopted in June 2003.

2. Vesting Schedule: 1/12 per month each month after 8/23/02.

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

By Su Ping Lu, as Attorney-in-
Fact on behalf of Thomas J. Toy          08/05/2003

** Signature of Reporting Person                Date

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| TOY THOMAS J | UTSTARCOM INC [ UTSI ] | (Check all applicable) |
| (Last)        (First)        (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X   Director          10% Owner |
| PACRIM VENTURE PARTNERS, 605 COWPER STREET | 08/22/2003 |     Officer (give title below)    Other (specify below) |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| PALO ALTO   CA   94301 | | X   Form filed by One Reporting Person |
| (City)      (State)      (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/05/2003 | | M | | 20,000 | A | $18 | 20,000 | D | |
| Common Stock | 11/05/2003 | | S [1] | | 20,000 | D | $34.2607 | 0 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

| Employee Stock Option (right to buy) | $45.21 | 08/22/2003 | A | 25,000 | | 09/27/2003 (1) | 08/22/2013 | Common Stock | 25,000 | $0 | 168,300 (2) | D | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stock Option (right to buy) | $18 | 11/05/2003 | M | | 20,000 | 03/02/2000 (4) | 12/16/2009 | Common Stock | 20,000 | $0 | 148,300 | | D |

**Explanation of Responses:**

1. Vesting Schedule: 1/12 per month each month after August 22, 2003.
2. Represents derivative securities beneficially owned as of November 5, 2003. Following the August 22, 2003 transaction, the reporting person beneficially owned derivative securities representing 178,300 shares of Common Stock.
3. This trade was executed pursuant to a Rule 10b5-1 trading plan that was adopted in June 2003.
4. Vesting Schedule: 100% of the option shall be exercisable on March 2, 2000.

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

By Su Ping Lu, as Attorney-in-Fact on behalf of Thomas J. Toy    11/06/2003

** Signature of Reporting Person    Date

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response | 0.5 |

**1. Name and Address of Reporting Person**
TOY THOMAS J

(Last)   (First)   (Middle)
PACRIM VENTURE PARTNERS
605 COWPER STREET
(Street)
PALO ALTO   CA   94301
(City)   (State)   (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
UTSTARCOM INC [ UTSI ]

**3. Date of Earliest Transaction (Month/Day/Year)**
09/02/2003

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer**
(Check all applicable)

| | |
|---|---|
| X Director | 10% Owner |
| Officer (give title below) | Other (specify below) |

**6. Individual or Joint/Group Filing (Check Applicable Line)**
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/02/2003 | | M | | 10,000 | A | $18 | 10,000 | D | |
| Common Stock | 09/02/2003 | | S (1) | | 10,000 | D | $43.6091 | 0 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | $18 | 09/02/2003 | | M | | | 10,000 | 03/02/2000 (2) | 12/25/2009 | Common Stock | 10,000 | $0 | 143,300 | D | |

**Explanation of Responses:**

1. This trade was executed pursuant to a Rule 10b5-1 trading plan that was adopted in June 2003.

2. Vesting Schedule: 100% of the option shall be exercisable on March 2, 2006.

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

By Su Ping Lu, as Attorney-in-Fact on behalf of Thomas J. Toy     09/04/2003

** Signature of Reporting Person     Date

SEC Form 4

# FORM 4

□ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
| --- | --- | --- |

**1. Name and Address of Reporting Person***

TOY THOMAS J

(Last)          (First)          (Middle)

PACRIM VENTURE PARTNERS,
605 COWPER STREET

(Street)

PALO ALTO    CA    94301

(City)        (State)      (Zip)

**2. Issuer Name and Ticker or Trading Symbol**

UTSTARCOM INC [ UTSI ]

**3. Date of Earliest Transaction (Month/Day/Year)**

12/01/2003

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer**

(Check all applicable)

| X | Director | | 10% Owner |
| | Officer (give title below) | | Other (specify below) |

**6. Individual or Joint/Group Filing (Check Applicable Line)**

| X | Form filed by One Reporting Person |
| | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/01/2003 | | M | | 10,000 | A | $18 | 10,000 | D | |
| Common Stock | 12/01/2003 | | S(1) | | 10,000 | D | $37.8339 | 0 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

| Stock Option (right to buy) | $18 | 12/01/2003 | | M | | 10,000 | 03/02/2000 (2) | 12/26/2009 | Common Stock | 10,000 | $0 | 138,300 | D |

**Explanation of Responses:**

1. This trade was executed pursuant to a Rule 10b5-1 trading plan that was adopted in June 2003.
2. Vesting Schedule: 100% of the option shall be exercisable on March 2, 2000.

By Su Ping Lu, as Attorney-in-Fact on behalf of Thomas J. Toy    12/03/2003

         Date

** Signature of Reporting Person

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

# FORM 4

| | OMB APPROVAL |
|---|---|
| | OMB Number: 3235-0287 |
| | Expires: January 31, 2008 |
| | Estimated average burden hours per response: 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| TOY THOMAS J | UTSTARCOM INC [ UTSI ] | (Check all applicable) |
| (Last)        (First)        (Middle) | | X  Director        10% Owner |
| PACRIM VENTURE PARTNERS, | 3. Date of Earliest Transaction (Month/Day/Year) | Officer (give title    Other (specify |
| 605 COWPER STREET | 01/02/2004 | below)         below) |
| (Street) | | |
| PALO ALTO   CA   94301 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (City)      (State)      (Zip) | | X  Form filed by One Reporting Person |
| | | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/02/2004 | | M | | 10,000 | A | $18 | 10,000 | D | |
| Common Stock | 01/02/2004 | | S (1) | | 10,000 | D | $38.7474 | 0 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

| Stock Option (right to buy) | $18 | 01/02/2004 | M | 10,000 | 03/02/2000 (2) | 12/26/2009 | Common Stock | 10,000 | $0 | 128,300 | D |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Explanation of Responses:**

1. This trade was executed pursuant to Rule 10b5-1 trading plan that was adopted in June 2003.
2. Vesting Schedule: 100% of the option shall be exercisable on March 2, 2000.

By Su Ping Lu, as Attorney-in-Fact on behalf of Thomas J. Toy    01/06/2004
** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

# FORM 4

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* |
|---|
| WU YING |
| (Last)    (First)    (Middle) |
| (Street) |
| (City)    (State)    (Zip) |

| 2. Issuer Name and Ticker or Trading Symbol |
|---|
| UTSTARCOM INC [ UTSI ] |

| 3. Date of Earliest Transaction (Month/Day/Year) |
|---|
| 07/22/2003 |

| 4. If Amendment, Date of Original Filed (Month/Day/Year) |
|---|

| 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|
| X Director | 10% Owner |
| X Officer (give title below) | Other (specify below) |
| Executive VP & Vice Chairman | |

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/21/2003 | | G | | 24740 | D | 0 | 2587087 | D | |
| Common Stock | 07/22/2003 | | M | | 85000 | A | 0.8538 | 2672087 | D | |
| Common Stock | 07/22/2003 | | S (1) | | 85000 | D | 42.00 | 2587087 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | 0.8538 | 07/22/2003 | | M | | | 85000 | 10/06/1995 | 10/09/2005 | Common Stock | 85000 | $0 | 895357 | D | |

**Explanation of Responses:**

1. This trade was executed pursuant to a Rule 10b5-1 Trading plan that was adopted on May 31, 2003.

By Su Ping Lu, as Attorney-in-

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(e).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Fact on behalf of Ying Wu                    07/22/2003

\*\* Signature of Reporting Person          Date

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response | 0.5 |

| 1. Name and Address of Reporting Person* | | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|---|
| WU YING | | UTSTARCOM INC [ UTSI ] | X Director | 10% Owner |
| (Last) (First) (Middle) | | | X Officer (give title below) | Other (specify below) |
| 11TH FLOOR CNT MANHATTAN BUILDING NO 6 CHAO YANG MEN BEI DA JIE. | | 3. Date of Earliest Transaction (Month/Day/Year) 09/02/2003 | Executive VP & Vice Chairman | |
| (Street) | | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| BEIJING F4 100027 | | | X Form filed by One Reporting Person | |
| (City) (State) (Zip) | | | Form filed by More than One Reporting Person | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/02/2003 | | S [1] | | 50,000 | D | $43.184 | 1,373,087 | D [2] | |
| Common Stock | 09/02/2003 | | S [1] [3] | | 35,000 | D | $43.184 | 1,373,087 [3] | I | Stonybrook Investors L.P. |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

Explanation of Responses:

1. This trade was executed pursuant to Rule 10b5-1 trading plan that was adopted on May 31, 2003.

2. The reporting person also claims indirectly the following securities: i) 1,165,900 shares registered in the name of Stanlybrook Investors L.P.; ii) 4,868 shares registered in the name of Wu Living Trust; iii) 4,873 shares registered in the name of Ashley Wu Trust-1998; iv) 4,873 shares registered in the name of Richard Wu Trust-1998; and v) 1,505,900 shares registered in the name of Wu Partners.

3. The reporting person disclaims beneficial ownership of the issuer's common stock held by Stanlybrook except to the extent of his pecuniary interest therein.

By Su Ping Lu, as Attorney-in-
Fact on behalf of Ying Wu

** Signature of Reporting Person

09/04/2003
Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response | 0.5 |

| 1. Name and Address of Reporting Person* | | | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|---|---|
| WU YING | | | UTSTARCOM INC [ UTSI ] | (Check all applicable) |
| (Last) | (First) | (Middle) | | X Director   X 10% Owner |
| 11TH FLOOR CNT MANHATTAN BUILDING NO 6 | | | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below)   Other (specify below) |
| CHAO YANG MEN BEI DA JIE | | | 08/01/2003 | Executive VP & Vice Chairman |
| (Street) | | | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| BEIJING | F4 | 100027 | | X Form filed by One Reporting Person |
| (City) | (State) | (Zip) | | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/01/2003 | | M | | 85,000 | A | $0.8538 | 1,458,087 | D | |
| Common Stock | 08/01/2003 | | S(1) | | 85,000 | D | $42.0644 | 1,373,087 | D | |
| Common Stock | 10/28/2003 | | M | | 85,000 | A | $0.8538 | 1,458,087 | D | |
| Common Stock | 10/28/2003 | | S(1) | | 85,000 | D | $32.6244 | 1,373,087 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

| Stock Option (right to buy) | $0.8538 | 08/01/2003 | | M | | 85,000 | 10/06/1995 | 10/06/1995 | Common Stock | 85,000 | $0 | 810,357 | D |
| Stock Option (right to buy) | $0.8538 | 10/28/2003 | | M | | 85,000 | 10/06/1995 | 10/06/1995 | Common Stock | 85,000 | $0 | 735,357 | D |

**Explanation of Responses:**

1. This trade was executed pursuant to a Rule 10b5-1 trading plan that was adopted on May 31, 2005.

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

By Su Ping Lu, as Attorney-in-Fact on behalf of Ying Wu    10/30/2005

** Signature of Reporting Person    Date

SEC Form 4
# FORM 4

OMB APPROVAL
OMB Number: 3235-0287
Expires: January 31, 2008
Estimated average burden
hours per response 0.5

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| WU YING | UTSTARCOM INC [ UTSI ] | ☒ Director  ☐ 10% Owner ☒ Officer (give title below)  ☐ Other (specify below) |
| (Last)  (First)  (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | Executive VP & Vice Chairman |
| 11TH FLOOR CNT MANHATTAN BUILDING NO 6 | 11/03/2003 | |
| CHAO YANG MEN BEI DA JIE | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| BEIJING F4 100027 | | ☒ Form filed by One Reporting Person |
| (City)  (State)  (Zip) | | ☐ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/03/2003 | | M | | 85,000 | A | $0.8538 | 1,458,087 | D | |
| Common Stock | 11/03/2003 | | S (1) | | 85,000 | D | $31.6368 | 1,373,087 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

| Stock Option (right to buy) | 90.8538 | 11/03/2003 | | M | 85,000 | 10/06/1995 | 10/09/2005 | Common Stock | 85,000 | $0 | 640,357 | D |

**Explanation of Responses:**

1. This trade was executed pursuant to a Rule 10b5-1 trading plan that was adopted on May 31, 2003.

**By Su Ping Lu, as Attorney-in-**
**Fact on behalf of Ying Wu**                    **11/05/2003**
** Signature of Reporting Person                    Date**

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

# FORM 4

OMB APPROVAL

OMB Number:          3235-0287
Expires:              January 31, 2008
Estimated average burden
hours per response          0.5

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| WU YING | UTSTARCOM INC [ UTSI ] | (Check all applicable) |

**1. Name and Address of Reporting Person**
WU YING

(Last)  (First)  (Middle)
11TH FLOOR CNT MANHATTAN BUILDING NO 6
CHAO YANG MEN BEI DA JIE

(Street)
BEIJING  F4  100027

(City)  (State)  (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
UTSTARCOM INC [ UTSI ]

**3. Date of Earliest Transaction (Month/Day/Year)**
12/01/2003

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer**
(Check all applicable)

| | |
|---|---|
| X | Director |
| X | 10% Owner |
| X | Officer (give title below) |
| | Other (specify below) |

Executive VP & Vice Chairman

**6. Individual or Joint/Group Filing (Check Applicable Line)**

| | |
|---|---|
| X | Form filed by One Reporting Person |
| | Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/01/2003 | | M | | 85,000 | A | $0.8538 | 1,458,087 | D | |
| Common Stock | 12/01/2003 | | S[1] | | 85,000 | D | $37.8339 | 1,373,087 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | $0.8538 | 12/01/2003 | | M | | | 85,000 | 12/09/1995 | 10/09/2005 | Common Stock | 85,000 | $0 | 555,357 | D | |

**Explanation of Responses:**

1. This trade was executed pursuant to Rule 10b5-1 trading plan that was adopted on May 31, 2003.

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

By: Su Ping Lu, as Attorney-in-
Fact on behalf of Ying Wu
** Signature of Reporting Person

12/03/2003
Date

SEC Form 4

# FORM 4

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response | 0.5 |

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

**1. Name and Address of Reporting Person**

WU YING

(Last)    (First)    (Middle)

11TH FLOOR CNT MANHATTAN BUILDING NO 6
CHAO YANG MEN BEI DA JIE

(Street)

BEIJING    F4    100027

(City)    (State)    (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
UTSTARCOM INC [ UTSI ]

**3. Date of Earliest Transaction (Month/Day/Year)**
12/05/2003

**4. If Amendment, Date of Original Filed (Month/Day/Year)**
01/08/2004

**5. Relationship of Reporting Person(s) to Issuer**
(Check all applicable)

| | |
|---|---|
| X | Director |
| | 10% Owner |
| X | Officer (give title below) |
| | Other (specify below) |

Executive VP & Vice Chairman

**6. Individual or Joint/Group Filing (Check Applicable Line)**

X Form filed by One Reporting Person

Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/05/2003 | | G (1) | | 600 | D | $0 | 4,057,601 | D (2) | |
| Common Stock | 12/05/2003 | | G (3) | | 600 | D | $0 | 4,057,001 | D (4) | |
| Common Stock | 12/05/2003 | | G (5) | | 600 | D | $0 | 4,056,401 | D (6) | |
| Common Stock | 12/05/2003 | | G (7) | | 600 | D | $0 | 4,055,801 | D (8) | |
| Common Stock | 12/05/2003 | | G (9) | | 600 | D | $0 | 4,055,201 | D (10) | |
| Common Stock | 12/05/2003 | | G (11) | V | 600 | D | $0 | 4,054,601 | D (12) | |
| Common Stock | 12/05/2003 | | G (13) | | 100,000 | D | $0 | 3,954,601 | D (14) | |

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Common Stock | | 01/05/2004 | | S | | | 85,000 | D | | | | $39.8579 | 3,869,601 | D | (16) |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

**Explanation of Responses:**

1. Transfer of shares to May Wang Chen. The reporting person disclaims beneficial ownership of the issuer's common stock held by May Wang Chen.

2. This amount represents the following shares directly and indirectly owned by the reporting person: (i) 1,372,487 shares held directly; (ii) 4,868 shares registered in the name of Wu Living Trust; (iii) 4,873 shares registered in the name of Ashley Wu Trust-1998; (iv) 4,873 shares registered in the name of Richard Wu Trust-1998; (v) 1,505,500 shares registered in the name of Stonybrook Investors L.P.

3. Transfer of shares to Michael Chen. The reporting person disclaims beneficial ownership of the issuer's common stock held by Michael Chen.

4. This amount represents the following shares directly and indirectly owned by the reporting person: (i) 1,371,887 shares held directly; (ii) 4,868 shares registered in the name of Wu Living Trust; (iii) 4,873 shares registered in the name of Ashley Wu Trust-1998; (iv) 4,873 shares registered in the name of Richard Wu Trust-1998; (v) 1,505,500 shares registered in the name of Stonybrook Investors L.P.

5. Transfer of shares to Doris Zhang. The reporting person disclaims beneficial ownership of the issuer's common stock held by Doris Zhang.

6. This amount represents the following shares directly and indirectly owned by the reporting person: (i) 1,371,287 shares held directly; (ii) 4,868 shares registered in the name of Wu Living Trust; (iii) 4,873 shares registered in the name of Ashley Wu Trust-1998; (iv) 4,873 shares registered in the name of Richard Wu Trust-1998; (v) 1,505,500 shares registered in the name of Stonybrook Investors L.P.

7. Transfer of shares to Melody Zhang. The reporting person disclaims beneficial ownership of the issuer's common stock held by Melody Zhang.

8. This amount represents the following shares directly and indirectly owned by the reporting person: (i) 1,370,687 shares held directly; (ii) 4,868 shares registered in the name of Wu Living Trust; (iii) 4,873 shares registered in the name of Ashley Wu Trust-1998; (iv) 4,873 shares registered in the name of Richard Wu Trust-1998; (v) 1,505,500 shares registered in the name of Stonybrook Investors L.P.

9. Transfer of shares to Yadan Wang Chen. The reporting person disclaims beneficial ownership of the issuer's common stock held by Yadan Wang Chen.

10. This amount represents the following shares directly and indirectly owned by the reporting person: (i) 1,370,087 shares held directly; (ii) 4,868 shares registered in the name of Wu Living Trust; (iii) 4,873 shares registered in the name of Ashley Wu Trust-1998; (iv) 4,873 shares registered in the name of Richard Wu Trust-1998; (v) 1,505,500 shares registered in the name of Stonybrook Investors L.P.

11. Transfer of shares to Hua Shi. The reporting person disclaims beneficial ownership of the issuer's common stock held by Hua Shi.

12. This amount represents the following shares directly and indirectly owned by the reporting person: (i) 1,369,487 shares held directly; (ii) 4,868 shares registered in the name of Wu Living Trust; (iii) 4,873 shares registered in the name of Ashley Wu Trust-1998; (iv) 4,873 shares registered in the name of Richard Wu Trust-1998; (v) 1,505,500 shares registered in the name of Stonybrook Investors L.P.

13. Transfer of shares to The Rainbow Private Foundation Inc. ("Rainbow") a newly formed private charitable foundation of which the reporting person and his spouse are the sole officers. The foundation has no shareholders. The reporting person disclaims beneficial ownership of the issuer's common stock held by Rainbow.

14. This amount represents the following shares directly and indirectly owned by the reporting person: (i) 1,269,487 shares held directly; (ii) 4,868 shares registered in the name of Wu Living Trust; (iii) 4,873 shares registered in the name of Ashley Wu Trust-1998; (iv) 4,873 shares registered in the name of Richard Wu Trust-1998; (v) 1,505,500 shares registered in the name of Stonybrook Investors L.P.

15. This trade was made pursuant to Rule 10b5-1 trading plan that was adopted on May 31, 2003.

16. This amount represents the following shares indirectly owned by the reporting person: (i) 1,269,487 shares held directly; (ii) 4,868 shares registered in the name of Wu Living Trust; (iii) 4,873 shares registered in the name of Ashley Wu Trust-1998; (iv) 4,873 shares registered in the name of Richard Wu Trust-1998; (v) 1,505,500 shares registered in the name of Stonybrook Investors L.P.; and (vi) 1,080,000 shares registered in the name of Stonybrook Investors L.P.

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

By Su Ping Lu as Attorney-in-
Fact on behalf of Ying Wu                03/22/2004

** Signature of Reporting Person              Date

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.