1  TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
   BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
2  BAHRAM SEYEDIN-NOOR, State Bar No. 203244 (bnoor@wsgr.com)
   CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
3  BRYAN J. KETROSER, State Bar No 239105 (bketroser@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
6
   Attorneys for Defendants
7  UTSTARCOM, INC., HONG LIANG LU,
   YING WU, MICHAEL SOPHIE, THOMAS TOY,
8  and FRANCIS BARTON

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12
   PETER RUDOLPH, individually and on behalf   )   CASE NO.: 3:07-CV-04578-SI
13 of all others similarly situated,           )
                                               )   **[PROPOSED] ORDER GRANTING**
14            Plaintiff,                       )   **DEFENDANTS' MOTION TO**
                                               )   **DISMISS PLAINTIFF'S SECOND**
15       v.                                    )   **AMENDED CLASS ACTION**
                                               )   **COMPLAINT**
16 UTSTARCOM, HONG LIANG LU, YING WU,          )
   MICHAEL SOPHIE, THOMAS TOY, and             )   Date:    August 1, 2008
17 FRANCIS BARTON,                             )   Time:    9:00 a.m.
                                               )
18            Defendants.                      )   Before:  Hon. Susan Illston
                                               )
19 _____  )

20

21

22

23

24

25

26

27

28

1  Defendant UTStarcom, Inc. ("UTSI" or the "Company") and Defendants Hong Liang Lu, Ying Wu, Michael Sophie, Thomas Toy, and Francis Barton (the "Individual Defendants") have moved this Court to dismiss the Second Amended Class Action Complaint, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.SC. § 78u-4, *et seq.*, and Rule 12(b)(6) of the Federal Rules of Civil Procedure.

The Court, having considered the briefs and other documents in support of and in opposition to the motion, having heard the arguments of counsel, and being fully advised in this matter finds as follows:

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Plaintiff's Second Amended Class Action Complaint is GRANTED. The Amended Class Action Complaint is dismissed in its entirety as to all Defendants.

IT IS SO ORDERED.

Dated:

_____
The Honorable Susan Illston
United States District Judge