IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER RUDOLPH,                                                      No. C 07-04578SI

        Plaintiff,                                                      **NOTICE**

  v.

UT STARCOM,

        Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT defendant's motion to dismiss has been continued to Friday, August 22, 2008, at 9:00 a.m.

Dated: June 10, 2008

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk