1  TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
   BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
2  BAHRAM SEYEDIN-NOOR, State Bar No. 203244 (bnoor@wsgr.com)
   CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
3  BRYAN J. KETROSER, State Bar No 239105 (bketroser@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:  (650) 565-5100
6
   Attorneys for Defendants
7  UTSTARCOM, INC., HONG LIANG LU,
   YING WU, MICHAEL SOPHIE, THOMAS TOY,
8  and FRANCIS BARTON

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12
   PETER RUDOLPH, individually and on behalf   )   CASE NO.: 3:07-CV-04578-SI
13 of all others similarly situated,            )
                                                )   **JOINT STIPULATION AND**
14              Plaintiff,                       )   **[PROPOSED] ORDER REGARDING**
                                                )   **CASE MANAGEMENT**
15              v.                               )   **CONFERENCE AND BRIEFING**
                                                )   **SCHEDULE FOR DEFENDANTS'**
16 UTSTARCOM, HONG LIANG LU, YING WU,           )   **MOTION TO DISMISS**
   MICHAEL SOPHIE, THOMAS TOY, and              )
17 FRANCIS BARTON,                              )   Date:   August 1, 2008
                                                )   Time:   2:30 p.m.
18              Defendants.                      )
                                                )   Before: Hon. Susan Illston
19                                              )
                                                )
20                                              )
                                                )
21 _____)

22

23

24

25

26

27

28

1    WHEREAS, the parties previously stipulated, and the Court previously ordered, that: a)

2  Defendants had until June 6, 2008 to answer or otherwise respond to the Second Amended

3  Complaint; b) Plaintiff has until July 3, 2008 to file an opposition to Defendants' motion to

4  dismiss; c) Defendants have until July 18, 2008 to file a reply to Plaintiff's opposition; and d) the

5  hearing on Defendant's motion to dismiss would be set for August 1, 2008;

6    WHEREAS, on June 6, 2008, Defendants filed their motion to dismiss;

7    WHEREAS, on June 10, 2008, the Deputy Clerk of the Court notified the parties that the

8  hearing on Defendants' motion to dismiss had been continued from August 1, 2008 to August

9  22, 2008;

10    WHEREAS, a Case Management Conference in this matter is currently scheduled for

11  August 1, 2008;

12    WHEREAS, for the convenience of the Court and all parties, the parties wish to

13  reschedule the date of the upcoming Case Management Conference to coincide with the new

14  hearing date selected by the Court for the pending motion to dismiss;

15    WHEREAS, the parties also wish to conform the briefing schedule for the pending

16  motion to dismiss with the new hearing date;

17    WHEREAS, counsel for Plaintiff and Defendants have met and conferred and have

18  agreed to the briefing schedule set forth below for Defendants' motion to dismiss;

19    WHEREAS, the parties therefore stipulate that: a) Plaintiff shall oppose Defendants'

20  motion to dismiss by July 18, 2008; b) Defendants shall file their reply to any opposition to their

21  motion to dismiss by August 8, 2008; c) the Case Management Conference for this matter shall

22  be continued to August 22, 2008, to coincide with the hearing on the motion to dismiss:

23    NOW THEREFORE, pursuant to the parties' stipulation and subject to the Court's

24  approval:

25    (a)    Plaintiff shall oppose Defendants' motion to dismiss by July 18, 2008;

26    (b)    Defendants shall file their reply to any opposition to their motion to dismiss by

27  August 8, 2008; and

28

JOINT STIPULATION AND [PROPOSED] ORDER RE         -1-
CMC AND BRIEFING SCHEDULE FOR
DEFENDANTS' MOT. TO DISMISS
CASE NO. 3:07-CV-04578-SI

1      (c)    The Case Management Conference for this matter shall be continued to August

2    22, 2008, to coincide with the hearing on the motion to dismiss:

3         IT IS SO STIPULATED.

4

5    Dated:  June 10, 2008              WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation
6

7

8                                       By: /s/  BAHRAM SEYEDIN-NOOR
                                            BAHRAM SEYEDIN-NOOR
9
                                        Attorneys for Defendants
10

11   Dated:  June 10, 2008              FINKELSTEIN, THOMPSON LLP

12

13
                                        By: /s/  DONALD J. ENRIGHT
14                                          DONALD J. ENRIGHT

15                                      Attorneys for Plaintiff

16

17                      **ORDER**

18        PURSUANT TO THIS STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO

19   ORDERED.

20

21

22   Dated: _____    _____
                                        The Honorable Susan Illston
23                                      United States District Court Judge

24

25

26

27

28

1   I, Bryan Ketroser, am the ECF User whose identification and password are being used to

2   file the Joint Stipulation and [Proposed] Order Regarding Case Management Conference and

3   Briefing Schedule for Defendants' Motion to Dismiss.  I hereby attest that Bahram Seyedin-Noor

4   and Donald J. Enright have concurred in this filing.

5

6   Dated:  June 10, 2008                      WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation
7

8                                              By: /s/ BRYAN KETROSER
                                                    BRYAN KETROSER
9
                                               Attorneys for Defendants
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28