UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 8/22/08

Case No.   C-07-4578 SI          Judge:   SUSAN ILLSTON

Title: PETER RUDOLPH  -v- UT STARCOM

Attorneys: Punzalan          Seyedin-Noor, Johnson

Deputy Clerk: Tracy Sutton  Court Reporter: N/A

## PROCEEDINGS

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  (X) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                 PART

Case continued to **11/7/08  @ 2:30 p.m.** for Further Case Management Conference

Case continued to

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Defendant will be filing another motion to relate the cases since the complaint has been amended.