TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
BAHRAM SEYEDIN-NOOR, State Bar No. 203244 (bnoor@wsgr.com)
CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
BRYAN J. KETROSER, State Bar No 239105 (bketroser@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
UTSTARCOM, INC., HONG LIANG LU,
YING WU, MICHAEL SOPHIE, THOMAS TOY,
and FRANCIS BARTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER RUDOLPH, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>UTSTARCOM, INC., HONG LIANG LU, YING WU, MICHAEL SOPHIE, THOMAS TOY, and FRANCIS BARTON,<br><br>  Defendants. | CASE NO.: C-07-4578 SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Before: Hon. Susan Illston |

1	WHEREAS, on May 16, 2008 plaintiff filed his Second Amended Class Action
2	Complaint for Violations of the Federal Securities Law ("Second Amended Complaint");
3	WHEREAS, on August 21, 2008 the Court granted in part and denied in part Defendants'
4	Motion to Dismiss the Second Amended Complaint;
5	WHEREAS, on August 22, 2008 the Court issued civil pretrial minutes continuing this
6	matter to November 7, 2008 for a Further Case Management Conference;
7	WHEREAS, Defendants have filed a Motion to Relate with the Honorable James Ware to
8	consolidate this matter with the matter *In re UTStarcom, Inc. Securities Litigation*, Case No. 04-
9	4908-JW (PVT);
10	WHEREAS, it is the parties' understanding that the Court wished to suspend activity in
11	this case until after the next Case Management Conference scheduled for November 7, 2008;
12	WHEREAS, counsel for plaintiff and defendants have met and conferred and have agreed
13	that, in order to prevent any confusion or ambiguity regarding pending deadlines, they would
14	formally stipulate to the extension set forth below for defendants to answer the Second Amended
15	Complaint;
16	WHEREAS, the parties therefore stipulate that defendants shall answer the Second
17	Amended Complaint by November 17, 2008, which is ten (10) days after the Case Management
18	Conference set for November 7, 2008:
19	NOW THEREFORE, pursuant to the parties' stipulation and subject to the Court's
20	approval:
21	(a)   Defendants shall answer the Second Amended Complaint on or before November
22	17, 2008;

JOINT STIPULATION AND [PROPOSED] ORDER RE   -1-
EXTENSION TO ANSWER THE SAC
CASE NO. C-07-4578 SI

IT IS SO STIPULATED.

Dated: September 3, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation


                                            By: /s/ BAHRAM SEYEDIN-NOOR
                                                   BAHRAM SEYEDIN-NOOR

                                            Attorneys for Defendants
                                            UTSTARCOM, INC., HONG LIANG LU,
                                            YING WU,[1] MICHAEL SOPHIE, THOMAS
                                            TOY, and FRANCIS BARTON


Dated: September 3, 2008                    FINKELSTEIN, THOMPSON LLP


                                            By: /s/ DONALD J. ENRIGHT
                                                   DONALD J. ENRIGHT

                                            Attorneys for Plaintiff


## **ORDER**

PURSUANT TO THIS STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.


Dated: _____                       _____
                                            The Honorable Susan Illston
                                            United States District Court Judge

---

[1] Appearing specially herein without waiving objections to service of process or jurisdiction.

I, Bahram Seyedin-Noor, am the ECF User whose identification and password are being used to file the Joint Stipulation and [Proposed] Order Regarding Extension of Time for Defendants to Answer Plaintiff's Second Amended Class Action Complaint. I hereby attest that Donald J. Enright has concurred in this filing.

Dated: September 3, 2008    WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ BAHRAM SEYEDIN-NOOR
    BAHRAM SEYEDIN-NOOR

Attorneys for Defendants
UTSTARCOM, INC., HONG LIANG LU,
YING WU, MICHAEL SOPHIE, THOMAS TOY,
and FRANCIS BARTON