1  TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
   BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
2  BAHRAM SEYEDIN-NOOR, State Bar No. 203244 (bnoor@wsgr.com)
   CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
3  BRYAN J. KETROSER, State Bar No 239105 (bketroser@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
6
   Attorneys for Defendants
7  UTSTARCOM, INC., HONG LIANG LU,
   YING WU, MICHAEL SOPHIE, THOMAS TOY,
8  and FRANCIS BARTON

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12
   PETER RUDOLPH, individually and on behalf  ) CASE NO.: C-07-4578 SI
13 of all others similarly situated,           )
                                               ) **JOINT STIPULATION AND
14           Plaintiff,                        ) [PROPOSED] ORDER REGARDING
                                               ) EXTENSION OF TIME FOR
15      v.                                     ) DEFENDANTS TO ANSWER
                                               ) PLAINTIFF'S SECOND AMENDED
16 UTSTARCOM, INC., HONG LIANG LU, YING        ) CLASS ACTION COMPLAINT**
   WU, MICHAEL SOPHIE, THOMAS TOY, and         )
17 FRANCIS BARTON,                             )
                                               )
18           Defendants.                       )
                                               )
19                                             )
                                               )
20                                             )
   _____ ) Before: Hon. Susan Illston
21

22

23

24

25

26

27

28

1     WHEREAS, on May 16, 2008 plaintiff filed his Second Amended Class Action Complaint for Violations of the Federal Securities Law ("Second Amended Complaint");

    WHEREAS, on August 21, 2008 the Court granted in part and denied in part Defendants' Motion to Dismiss the Second Amended Complaint;

    WHEREAS, on August 22, 2008 the Court issued civil pretrial minutes continuing this matter to November 7, 2008 for a Further Case Management Conference;

    WHEREAS, Defendants have filed a Motion to Relate with the Honorable James Ware to consolidate this matter with the matter *In re UTStarcom, Inc. Securities Litigation*, Case No. 04-4908-JW (PVT);

    WHEREAS, it is the parties' understanding that the Court wished to suspend activity in this case until after the next Case Management Conference scheduled for November 7, 2008;

    WHEREAS, counsel for plaintiff and defendants have met and conferred and have agreed that, in order to prevent any confusion or ambiguity regarding pending deadlines, they would formally stipulate to the extension set forth below for defendants to answer the Second Amended Complaint;

    WHEREAS, the parties therefore stipulate that defendants shall answer the Second Amended Complaint by November 17, 2008, which is ten (10) days after the Case Management Conference set for November 7, 2008:

    NOW THEREFORE, pursuant to the parties' stipulation and subject to the Court's approval:

    (a)    Defendants shall answer the Second Amended Complaint on or before November 17, 2008;

1     IT IS SO STIPULATED.

3 Dated: September 3, 2008      WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ BAHRAM SEYEDIN-NOOR
    BAHRAM SEYEDIN-NOOR

Attorneys for Defendants
UTSTARCOM, INC., HONG LIANG LU,
YING WU,[1] MICHAEL SOPHIE, THOMAS
TOY, and FRANCIS BARTON

11 Dated: September 3, 2008      FINKELSTEIN, THOMPSON LLP

By: /s/ DONALD J. ENRIGHT
    DONALD J. ENRIGHT

Attorneys for Plaintiff

### ORDER

PURSUANT TO THIS STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: _____      _____
    The Honorable Susan Illston
    United States District Court Judge

---

[1] Appearing specially herein without waiving objections to service of process or jurisdiction.

I, Bahram Seyedin-Noor, am the ECF User whose identification and password are being used to file the Joint Stipulation and [Proposed] Order Regarding Extension of Time for Defendants to Answer Plaintiff's Second Amended Class Action Complaint. I hereby attest that Donald J. Enright has concurred in this filing.

Dated: September 3, 2008         WILSON SONSINI GOODRICH & ROSATI
                                 Professional Corporation


                                 By: /s/ BAHRAM SEYEDIN-NOOR
                                     BAHRAM SEYEDIN-NOOR

                                 Attorneys for Defendants
                                 UTSTARCOM, INC., HONG LIANG LU,
                                 YING WU, MICHAEL SOPHIE, THOMAS TOY,
                                 and FRANCIS BARTON