| | |
|---|---|
| 1 | Mark Punzalan (State Bar No. 247599)<br>mpunzalan@finkelsteinthompson.com |
| 2 | **FINKELSTEIN THOMPSON LLP**<br>100 Bush Street, Suite 1450 |
| 3 | San Francisco, California 94104<br>Telephone: (415) 398-8700 |
| 4 | Facsimile: (415) 398-8704 |
| 5 | [Additional Counsel Listed on Signature Page] |
| 6 | Counsel for Plaintiffs |
| 7 | |
| 8 | TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)<br>BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com) |
| 9 | BAHRAM SEYEDIN-NOOR, State Bar No. 203244 (bnoor@wsgr.com)<br>CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com) |
| 10 | BRYAN J. KETROSER, State Bar No. 239105 (bketroser@wsgr.com)<br>WILSON SONSINI GOODRICH & ROSATI |
| 11 | Professional Corporation<br>650 Page Mill Road |
| 12 | Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |
| 13 | Facsimile: (650) 565-5100 |
| 14 | Attorneys for Defendants |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PETER RUDOLPH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UTSTARCOM, HONG LIANG LU, YING WU, MICHAEL SOPHIE, FRANCIS BARTON, AND THOMAS TOY,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:07-CV-04578-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT YING WU'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(5) and 4(m)** |

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING DEFENDANT YING WU'S MOTION TO DISMISS
3:07-CV-04578-SI

i

1  WHEREAS, on November 17, 2008, Defendant Ying Wu ("Defendant Wu") filed his Motion to Dismiss Plaintiffs' Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(5) and 4(m) ("motion");

WHEREAS, the motion is presently set for hearing before this Court on January 23, 2009;

WHEREAS, based on this hearing date, Plaintiff's opposition to the motion is due January 2, 2009, and Defendants reply is due January 9, 2009;

WHEREAS, due to a scheduling conflict, Plaintiff seeks to continue the hearing until February 6, 2009, with the briefing schedule moved in accordance with the new hearing date;

WHEREAS, counsel for Plaintiff and Defendants have met and conferred and have agreed to the briefing schedule set forth below;

NOW THEREFORE, the parties respectfully request, for good cause shown, that the Court agree to the following briefing and hearing schedule for the motion:

(a) Plaintiff's opposition to Defendant Wu's motion to dismiss is due on January 9, 2009;

(b) Defendants' reply is due on January 23, 2009; and

~~(c) The hearing on Defendant Wu's motion to dismiss shall be set for February 6, 2009.~~

Dated: December 23, 2008         FINKELSTEIN THOMPSON LLP

By: /s/ Mark Punzalan
    Mark Punzalan

*Counsel for Plaintiffs*

Dated: December 23, 2008         WILSON SONSINI GOODRICH & ROSATI

By: /s/ Bryan J. Ketroser
    Bryan J. Ketroser

*Attorneys for Defendants*

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING DEFENDANT YING WU'S MOTION TO DISMISS
3:07-CV-04578-SI

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT:

1. Plaintiff's opposition to Defendant Wu's motion to dismiss is due on January 9, 2009;

2. Defendants' reply is due on January 23, 2009; and

3. The hearing on Defendant Wu's motion to dismiss shall be set for February 6, 2009.

IT IS SO ORDERED.

Date:_____    _____
　　　　　　　　　　　　　　　　　The Honorable Susan Illston
　　　　　　　　　　　　　　　　　United States District Court Judge

1   I, Mark Punzalan, am the ECF User whose identification and password are being
2   used to file the Joint Stipulation and [Proposed] Order Regarding Defendant Ying Yu's
3   Motion to Dismiss Plaintiffs' Second Amended Complaint Pursuant to Fed. R. CIV. P. 12(b)
4   and 4(m). I hereby attest that Bryan J. Ketroser have concurred in this filing.

Dated: December 23, 2008                FINKELSTEIN THOMPSON LLP

                                        By: /s/ Mark Punzalan
                                            Mark Punzalan

                                        Attorneys for Plaintiff

---

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING DEFENDANT YING WU'S MOTION TO DISMISS
3:07-CV-04578-SI

3