1  Mark Punzalan (State Bar No. 247599)
   mpunzalan@finkelsteinthompson.com
2  **FINKELSTEIN THOMPSON LLP**
   100 Bush Street, Suite 1450
3  San Francisco, California 94104
   Telephone: (415) 398-8700
4  Facsimile: (415) 398-8704

5  Counsel for Lead Plaintiff James Bartholomew

6  TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
   BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
7  BAHRAM SEYEDIN-NOOR, State Bar No. 203244 (bnoor@wsgr.com)
   CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
8  JENNY L. DIXON, State Bar No. 192638 (jldixon@wsgr.com)
   BRYAN J. KETROSER, State Bar No. 239105 (bketroser@wsgr.com)
9  L. DAVID NEFOUSE, State Bar No. 243417 (dnefouse@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
10 Professional Corporation
   650 Page Mill Road
11 Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
12 Facsimile: (650) 565-5100

13 Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PETER RUDOLPH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UTSTARCOM, HONG LIANG LU, YING WU, MICHAEL SOPHIE, FRANCIS BARTON, AND THOMAS TOY,<br><br>Defendants. | Case No. 3:07-CV-04578-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER STAYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

JOINT STIPULATION AND [PROPOSED] ORDER
STAYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
3:07-CV-04578-SI

WHEREAS, on March 13, 2009, Lead Plaintiff James R. Bartholomew ("Bartholomew") filed his Motion for Class Certification Pursuant to Fed. R. Civ. P. 23 (corrected version filed on March 16, 2009) ("class certification motion");

WHEREAS, the class certification motion is presently set for hearing before this Court on April 24, 2009;

WHEREAS, the parties have agreed in principle to a settlement of this action, pending the Court's preliminary and final approval ("settlement");

WHEREAS, in light of the settlement, the parties request that the Court stay consideration of the class certification motion pending a forthcoming motion for preliminary approval of settlement and certification of a settlement class;

WHEREAS, the parties intend to submit the proposed settlement for preliminary approval by May 14, 2009, with a proposed hearing date to consider preliminary approval of the settlement on or about June 19, 2009;

NOW THEREFORE, the parties respectfully request, for good cause shown, that the Court stay consideration of the class certification motion pending a forthcoming motion for preliminary approval of settlement and certification of a settlement class.

Dated: April 13, 2009        FINKELSTEIN THOMPSON LLP

By: /s/ Mark Punzalan
    Mark Punzalan

*Counsel for Plaintiffs*

Dated: April 13, 2009        WILSON SONSINI GOODRICH & ROSATI

By: /s/ Bahram Seyedin-Noor
    Bahram Seyedin-Noor

*Attorneys for Defendants*

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT:

Plaintiff's motion for class certification is STAYED pending a forthcoming motion for preliminary approval of settlement and certification of a settlement class. The parties shall submit a motion for preliminary approval of settlement by May 14, 2009, and the hearing for such motion shall be set for June 19, 2009.

IT IS SO ORDERED.

Date: 4/14/09

*/s/ Susan Illston*
The Honorable Susan Illston
United States District Court Judge

I, Mark Punzalan, am the ECF User whose identification and password are being used to file the Joint Stipulation and [Proposed] Order Regarding Plaintiffs' Motion For Class Certification. I hereby attest that Bahram Seyedin-Noor has concurred in this filing.

Dated: April 13, 2009

FINKELSTEIN THOMPSON LLP

By: /s/ Mark Punzalan
Mark Punzalan

Attorney for Lead Plaintiff