Mark Punzalan (State Bar No. 247599)
mpunzalan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Counsel for Lead Plaintiff James Bartholomew

TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
BAHRAM SEYEDIN-NOOR, State Bar No. 203244 (bnoor@wsgr.com)
CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
JENNY L. DIXON, State Bar No. 192638 (jldixon@wsgr.com)
BRYAN J. KETROSER, State Bar No. 239105 (bketroser@wsgr.com)
L. DAVID NEFOUSE, State Bar No. 243417 (dnefouse@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER RUDOLPH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UTSTARCOM, HONG LIANG LU, YING WU, MICHAEL SOPHIE, FRANCIS BARTON, AND THOMAS TOY,<br><br>Defendants. | Case No. 3:07-CV-04578-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING MAY 29, 2009 HEARING DATE ON LEAD PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND DIRECTING DISSEMINATION OF NOTICE TO CLASS** |

WHEREAS, Lead Plaintiff, James R. Bartholomew, was appointed by the Court to prosecute this action on behalf of all persons who purchased or otherwise acquired the common stock of UTStarcom, Inc. ("UTSI" or the "Company") between September 4, 2002 and July 24, 2007, inclusive ("the Class Period");

WHEREAS, on March 30, 2009 the parties participated in an in-person mediation before the Honorable Layn R. Phillips, former United States district Court Judge;

WHEREAS, on April 10, 2009, with the assistance of Judge Phillips, the parties reached an agreement in principle as to the material terms of the relief for the Class, which Lead Counsel believes to be fair, reasonable and adequate for the Class;

WHEREAS, after reaching an agreement in principle, Lead Plaintiff and Defendants exchanged several drafts of a written settlement agreement, forms of class notice and proposed orders;

WHEREAS, on May 14, 2009, the parties finalized and executed a Stipulation of Settlement;

WHEREAS, pursuant to the terms of the Stipulation of Settlement, Defendants' insurance carrier will pay nine million, five hundred thousand dollars ($ 9,500,000) on behalf of Defendants into an interest bearing account within thirty (30) days of the Court granting preliminary approval, with the interest earned on the settlement fund inuring to the benefit of the Class;

WHEREAS, Defendants have indicated that they do not intend to oppose Lead Plaintiff's Motion For An Order Granting Preliminary Approval Of Class Action Settlement And Directing Dissemination Of Notice To Class;

WHEREAS, Lead Plaintiff and Defendants believe that it is in the interests of judicial economy and efficiency and in the interests of the Class to obtain preliminary approval as soon as possible;

IT IS, THEREFORE, STIPULATED AND AGREED BY ALL PARTIES, PENDING APPROVAL BY THIS COURT, THAT:

The hearing on Lead Plaintiff's Unopposed Motion For An Order Granting Preliminary Approval Of Class Action Settlement And Directing Dissemination Of Notice To Class will be held on May 29, 2009 at 9:00 a.m.

IN WITNESS WHEREOF, the parties hereto have caused the Stipulation to be executed by their duly authorized attorneys, dated as of May 14, 2009.

IT IS SO STIPULATED.

Dated: May 14, 2009     FINKELSTEIN THOMPSON LLP

By: /s/ Mark Punzalan
    Mark Punzalan

*Counsel for Plaintiffs*

Dated: May 14, 2009     WILSON SONSINI GOODRICH & ROSATI

By: /s/ Bahram Seyedin-Noor
    Bahram Seyedin-Noor

*Attorneys for Defendants*

### [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT:

The hearing on Lead Plaintiff's Unopposed Motion For An Order Granting Preliminary Approval Of Class Action Settlement And Directing Dissemination Of Notice To Class will be held on May 29, 2009 at 9:00 a.m.

IT IS SO ORDERED.

Date: 5/15/09

The Honorable Susan Illston
United States District Court Judge

1       I, Mark Punzalan, am the ECF User whose identification and password are being
2 used to file the foregoing Joint Stipulation and [Proposed] Order. I hereby attest that
3 Bahram Seyedin-Noor has concurred in this filing.

4
5 Dated: May 14, 2009                       FINKELSTEIN THOMPSON LLP

6                                                   By: /s/ Mark Punzalan
7                                                        Mark Punzalan

8                                    Attorney for Lead Plaintiff

3

Joint Stipulation And [Proposed] Order
3:07-CV-04578-SI